## EXHIBIT B

**Parties Engaged in Sale Discussions**

| Company | Primary contacts | email | Last interaction summary |
|---|---|---|---|
| Exxon Mobil | Chris Honsberger, Global Lead Bio-Feed Origination - AG | chris.d.honsberger@exxonmobil.com | Exxon was not ready to were not ready to make the necessary financial commitment to advance Y10 Camelina development instead seeking a plant science company as a third partner. |
| Par Pacific | Jon Auerbach, VP Renewables | JAuerbach@parpacific.com | Par declined to make the necessary investment for Camelina development |
| Mitsubishi/Eneos | Yoshitake Miyake, Business Development Manager | yoshitaka.miyake@mitsubishicorp.com | Both Mitsubishi and Eneos were not ready to make the necessary financial commitment to advance Y10 Camelina development |
| | Hiromichi Ozawa, Deputy GM | hiromichi.ozawa@mitsubishicorp.com | |
| | Sho Aono, Eneos | | |
| Mitsubishi/Suntory | Yohei Hosokawa, Mitsubishi London Branch | yohei.hosokawa@mitsubishicorp.com | ready to make the necessary financial commitment to advance Y10 Camelina development |
| | Kei Akiko, Mitsubishi London Branch | akiko.kei@mitsubishicorp.com | |
| | Taro Kuzuno, Suntory | taro.kuzuno@suntory.com | |
| | Takashi Nishjima, Mitsubishi Team Leader | takashi.nishijima@mitsubishicorp.com | |
| Chevron/REG | Steve Klein, Senior Business Analyst | Steve.Klein@chevron.com | Chevron/REG were not ready to make the necessary financial commitment to advance Y10 Camelina development |
| Bunge | Luis Copeland, Low Intensity Carbon Seeds | luis.copeland@bunge.com | Bunge was not ready to make the necessary financial commitment to advance Y10 Camelina development |
| Cargill | Lyle J DePauw Director, Crop Innovation | Lyle_DePauw@cargill.com | Cargill was not ready to make the necessary financial commitment to advance Y10 Camelina development |
| | Nikhil Kumar | Nikhil_Kumar@cargill.com | |
| | Abhishek Bhardwaj | Abhishek_Bhardwaj@cargill.com | |
| | Geronimo Watson, Technical Development Manager | geronimo.watson@neste.com | |
| | Sara Alonso, Head of Novel Vegetable Oils | sara.alonso@neste.com | |
| | Marcus Molthan, Product Manager, Specialty Crops | markus.molthan@kws.com | |
| Sustainable Oils | Mike Karst, CEO | mike.karst@susoils.com | Sustainable Oils was not ready to make the necessary financial commitment to advance Y10 Camelina development |
| Andersons | Scott Wernimont, Director of Strategy and Corporate Development | swernimont@andersonsinc.com | Andersons was not ready to make the necessary financial commitment to advance Y10 Camelina development |
| Louis Dreyfuss Corp | Max Clegg, Head of New Company Ventures | MAX.CLEGG@ldc.com | Louis Dreyfuss Corporation was not ready to make the necessary financial commitment to advance Y10 Camelina development |
| | Juan Jose Blanchard, COO | JUANJOSE.BLANCHARD@ldc.com | |
| | David Peterson, Director of Global Marketing | David.Peterson@LDC.com | |
| Corbion | Tim Rutten, VP Nutrition and Pharma | tim.rutten@corbion.com | Corbian was not ready to make the necessary financial commitment to advance Y10 Camelina development |
| | Robert Jan de Voogd, GM Algae | robert.jan.de.voogd@corbion.com | was not ready to make the necessary financial commitment to advance Y10 Camelina development |
| | Ruud Peerbooms, Chief Innovation Officer | Ruud.Peerbooms@corbion.com | |
| Nutreco | Mette Lutcherath, Global Category Manager | Mette.Lutcherath@nutreco.com | Nutreco was not ready to make the necessary financial commitment to advance Y10 Camelina development |
| DSM | Alex Boswell, Senior Manager, Global Strategy | Alex.Boswell@dsm-firmenich.com | DSM was not ready to make the necessary financial commitment to advance Y10 Camelina development |
| | Ross Zirkle, Director of Biotechnology Scouting | Ross.Zirkle@dsm-firmenich.com | |
| Nissui | Takayoshi Sekiguchi, General Manager, Central Labs | takayoshi_sekiguchi@nissui.co.jp | Nissui was not ready to make the necessary financial commitment to advance Y10 Camelina development |
| EWOS/Cargill | Ted Andreas Mollan, VP | Ted_Mollan@cargill.com | EWOS/Cargill was not ready to make the necessary financial commitment to advance Y10 Camelina development |
| GDM Seed | Gabriela Mendes Alves, Business Analyst | galves@gdmseeds.com | GDM Seed was not ready to make the necessary financial commitment to advance Y10 Camelina development |
| | Fernan Diaz Saubidet, Feed Food and Fuel Business Manager | fdiazsaubidet@gdmseeds.com | |
| | Tiago Gonsalves, Commercial Products | tgoncalves@gdmseeds.com | |
| Elementa | Pedro Terrado, Senior Manager | pterrado@elementafoods.com | Elementa was not ready to make the necessary financial commitment to advance Y10 Camelina development |
| | Martin Schon, Commercial Director | mschon@elementafoods.com | |
| | Jacinto Peralta Ramos, Executive Partner | jacintopr@elementafoods.com | |
| Ash Creek Renewables | John Cusick, Managing Director | jc@ashcreekrenewables.com | Ash Creek Renewables was not ready to make the necessary financial commitment to advance Y10 Camelina development |
| KD Pharma | Robert Fronzoni, R&D Manager | roberto.fronzoni@kdpharmagroup.com | KD Pharma was not ready to make the necessary financial commitment to advance Y10 Camelina development |
| | Adam Ismail, Chief Strategy Officer | adam.ismail@kdpharmagroup.com | |
| Bayer | Kara Isaak, Oilseed New Business Development Manager | kara.isaak@bayer.com | Bayer was not ready to make the necessary financial commitment to advance Y10 Camelina development |