## EXHIBIT C

**Budget**

**Yield10 Bioscience, Inc. and Subsidiaries**
**Cash Budget**
**For the Period December 6, 2024 through January 10, 2025**

| | | | |
|---|---|---|---|
| **Yield10 Bioscience, Inc.** | | | |
| Citizens Bank Operating Account | $USD | | |
| Balance as of December 6, 2024 | $ | 183,900 | |
| Current outstanding payments | | - | |
| *Estimated (Payments) / Deposits:* | | | |
| Pendindg Ramp Credit Card Charges (van, etc.) | | (1,677) | Previous balance plus pay AWS invoice ($792); reduced all CC limits to $0 |
| US Payroll (Payroll 12/13/2024) | | (20,877) | 1 week full salary, 1 week FLSA minimum $844/wk + estimated taxes, charges, and benefits |
| US Payroll (Payroll 12/27/2024) | | (7,979) | 2 weeks FLSA minimum $844/wk + estimated taxes, charges, and benefits |
| US Payroll (2024 Stub, 2 days) | | (1,596) | 2 days FLSA minimum $844/wk + estimated taxes, charges, and benefits |
| US Accrued Vacation Payouts to remaining employees | | (18,150) | |
| Gravoc IT services and & software licenses | | (7,205) | Pay ahead through Feb 2025 |
| Post Chapter 11 Consulting | | (7,000) | Peoples, Haaser, Ramirez ( 4 hours per business day 1/1/25 thru 1/10/25 @ $250 hour) |
| Iron Mountain | | (4,100) | Offsite document destruction |
| Delaware Travel Reimbursement | | (3,000) | Peoples' trips to Delaware for court proceedings |
| Tobin Storage | | (14,000) | Ambient storage of research materialss and equipment @ $2K/mo and cold storage of $5K/mo |
| **Estimated balance at January 10, 2025** | $ | **98,316** | |
| | | | |
| **Yield10 Oilseeds Inc.** | | | |
| Bank of Montreal Operating Account | $CDN | | |
| Balance as of December 6, 2024 | $ | 10,582 | |
| Current outstanding payments: | | - | |
| Estimated (Payments) / Deposits: | | | |
| GST/HST Refund | | 10,979 | |
| **Estimated balance at January 10, 2025** | $ | **21,561** | |