# EXHIBIT A

**Proposed Sale Notice Order**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re:<br><br>Yield10 Bioscience, Inc., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 24-12752<br><br>(Joint Administration Requested) |

### ORDER (A) APPROVING FORM AND MANNER OF
### NOTICES AND (B) SCHEDULING A SALE HEARING AND
### ESTABLISHING DATES AND DEADLINES RELATED THERETO

Upon the motion (the "Motion") of the above-captioned debtors and debtors in possession (collectively, the "Debtors") for entry of an order (this "Sale Notice Order"), (a) approving the Debtors' proposed form of notice of the hearing to approve the proposed sale of substantially all of the Debtors' assets (the "Sale Hearing") and (b) scheduling the Sale Hearing and certain dates and deadlines related thereto, all as more fully set forth in the Motion; and upon the First Day Declaration; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012; and this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2), and that this Court may enter a final order consistent with Article III of the United States Constitution; and this Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that the relief requested in the Motion is in the best interests of the Debtors, their estates, their creditors, and other parties in interest; and this Court having found that notice of and opportunity for a hearing on the Motion were appropriate

---

[1] The last four digits of the taxpayer identification numbers of the Debtors follow in parentheses: (i) Yield10 (x 8289); (ii) Securities Corp. (x7435) and (ii) Oilseeds (Canadian Business No.x9469).

{00040301. }

under the circumstances and no other notice need be provided; and this Court having reviewed the Motion and having heard the testimony of the Debtors' representatives and the statements of counsel in support of the relief requested therein at a hearing before this Court (the "Hearing"); and this Court having determined that the legal and factual bases set forth in the Motion and at the Hearing establish just cause for the relief granted herein; and upon all of the proceedings had before this Court; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1.      The Motion is granted as set forth herein. Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion.

2.      All objections to the Motion or the relief provided herein that have not been withdrawn, waived, or settled, and all reservations of rights included therein, hereby are overruled and denied on the merits.

3.      The Debtors may sell the Purchased Assets and enter into the transactions contemplated by the Asset Purchase Agreement by conducting a private sale in accordance with Bankruptcy Rule 6004(f).

4.      The Sale Hearing shall be held before this Court on **January [___], 2025, at ___:00 __.m. (prevailing Eastern Time)**, or at such earlier date as counsel and interested parties may be heard.

5.      Objections, if any, to the sale of the Purchased Assets and the transactions contemplated by the Asset Purchase Agreement, or the relief requested in the Motion must: (a) be in writing; (b) conform to the applicable provisions of the Bankruptcy Rules and the Local Rules; (c) state with particularity the legal and factual basis for the objection and the specific grounds therefor; and (d) be filed with the clerk of the Bankruptcy Court for the District of

Delaware, Third Floor, 824 Market Street, Wilmington, Delaware 19801 and served on: (i) proposed counsel to the Debtors, The Rosner Law Group LLC, 824 Market Street, Suite 810 Wilmington, Delaware 19801, Attn.: Frederick B. Rosner and Zhao (Ruby) Liu liu@teamrosner.com; (ii) counsel to the Buyer, K & L Gates, LLP, 301 Hillsborough Street, Suite 1200, Raleigh, North Carolina 27603, attn.: A. Lee Hogewood III, a.lee.hogewoodiii@klgates.com and (c) the Office of the United States Trustee, 844 King Street, Suite 2207, Lockbox 35, Wilmington, Delaware 19801, attn.: Richard Schepacarter on or before **4:00 p.m. (prevailing Eastern Time) on January [     ], 2025** (the "Sale Objection Deadline").

6.      On or before three (3) business days after entry of this Sale Notice Order, the Debtors will cause the notice, substantially in the form attached hereto as Exhibit 1 (the "Sale Notice") to be sent to the Notice Parties including specifically the Counter-Parties to the Contracts.  The Sale Hearing may be adjourned, from time to time, without further notice to creditors or other parties in interest other than by announcement of said adjournment before this Court on the date scheduled for such hearing or in the hearing agenda for such hearing.

6.      The stays provided for in Bankruptcy Rules 6004(h) and 6006(d) are hereby waived and this Sale Notice Order shall be effective immediately upon its entry.

7.      All time periods set forth in this Order shall be calculated in accordance with Bankruptcy Rule 9006(a).

8.      The Debtors are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Motion.

9.      This Court retains jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

# EXHIBIT 1

**Proposed Form of Sale Notice**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>Yield10 Bioscience, Inc., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 24-12752<br><br>(Joint Administration Requested) |

**NOTICE OF HEARING TO APPROVE (A) PROPOSED SALE OF ASSETS FREE AND
CLEAR OF ALL LIENS, CLAIMS, ENCUMBRANCES, AND INTERESTS, (B)
ASSUMPTION AND ASSIGNMENT OF EXECUTORY CONTRACTS AND
UNEXPRED LEASES, (C) GRANT BUYER PROTECTIONS AFFORDED TO GOOD
FAITH PURCHASER, AND (D) GRANTING RELATED RELIEF**

**PLEASE TAKE NOTICE THAT** on December 6, 2024, the above-captioned debtors
and debtors in possession (collectively, the "Debtors") filed the attached *Motion of the Debtors
for the Entry of (I) an Order (A) Approving Form and Manner of Notices and (B) Scheduling a
Sale Hearing and Establishing Dates and Deadlines Related Thereto; and (II) an Order (A)
Authorizing the Sale of Substantially All of the Debtors' Assets Free and Clear of All Liens,
Claims, Encumbrances, and Other Interests, (B) Granting the Purchaser the Protections
Afforded to a Good Faith Purchaser, and (C) Granting Related Relief* (the "Sale Motion") with
the United States Bankruptcy Court for the District of Delaware (the "Court") seeking entry of
an order, substantially in the form attached as Exhibit B to the Sale Motion (the "Sale Order"):
(a)(i) authorizing the sale of substantially all of the Debtors' assets (such assets, collectively, the
"Purchased Assets") to Nuseed Nutritional US Inc. (the "Buyer") free and clear of all liens,
claims, encumbrances, and other interests, pursuant to that certain Asset Purchase Agreement
between the Debtors and the Buyer substantially in the form attached as Exhibit 1 to the Sale
Order and (ii) authorizing the form of notice for the Sale and the assumption and assignment of
executory contracts and unexpired leases (collectively, the "Contracts") pursuant to the APA, (b)
granting the Buyer the protections afforded to a good faith purchaser pursuant to section 363(m)
of the Bankruptcy Code, and (c) granting certain related relief. Please note that all capitalized
terms used but not defined herein shall have the meanings set forth in the Sale Motion.

**Sale Hearing and Objections to Sale**

**PLEASE TAKE FURTHER NOTICE THAT** the Debtors will seek approval of the
Sale Motion and approval of procedures for the assumption and assignment of Contracts at a
hearing scheduled to commence on January [•], **2025, at [___], prevailing Eastern Time,** (the
"Sale Hearing") before the Honorable [_____] in the United States Bankruptcy Court for the

---

[1] The last four digits of the taxpayer identification numbers of the Debtors follow in parentheses: (i) Yield10 (x
8289); (ii) Securities Corp. (x7435) and (ii) Oilseeds (Canadian Business No.x9469).

District of Delaware, located at 824 Market Street, Fifth Floor, Courtroom No. [____], Wilmington, Delaware 19801.

**PLEASE TAKE FURTHER NOTICE THAT,** at the Sale Hearing, the Debtors will seek approval of the Asset Purchase Agreement, pursuant to which the Debtors propose to sell substantially all of their assets to the Buyer, and approval of procedures pursuant to which the Debtors intend to assume and assign to the Buyer certain Contracts and unexpired lease(s).

**PLEASE TAKE FURTHER NOTICE THAT** objections to the sale of the Purchased Assets or approval of the procedures for the assumption and assignment of Contracts, if any, **must:** (a) be in writing; (b) conform to the applicable provisions of the Bankruptcy Rules and the Local Rules; (c) state with particularity the legal and factual basis for the objection and the specific grounds therefor; and (d) be filed with the Court and served on the following parties (the "Notice Parties"), in each case on or before January [•], **2025, at 4:00 p.m., prevailing Eastern Time** (the "Sale Objection Deadline"):

| Counsel to the Debtors | Counsel to the Buyer |
|---|---|
| The Rosner Law Group LLC<br>824 Market Street<br>Suite 810<br>Wilmington, DE 19801<br>Attn.: Frederick B. Rosner & Zhao (Ruby) Liu | K & L Gates LLP<br>301 Hillsborough Street, Suite 1200<br>Raleigh, North Carolina 27603<br>Attn:  A. Lee Hogewood III<br>a.lee.hogewoodiii@klgates.com |
| **Office of the United States Trustee** ||
| Office of the United States Trustee<br>844 King Street<br>Suite 2207<br>Lockbox 35<br>Wilmington, Delaware 19801<br>Attn.:  Richard Schepacarter ||

**PLEASE TAKE FURTHER NOTICE THAT** a list of the proposed Contracts to assumed and assigned to Nuseed together with Cure Amounts is attached hereto as Schedule A. Any objection to the proposed assumption and assignment of any Contract or any Cure Amount with respect thereto must: (a) be in writing; (b) conform to the applicable provisions of the Bankruptcy Rules and the Local Rules; (c) state with particularity the legal and factual basis for the objection and the specific grounds therefor; and (d) be filed with the Court and served on the Notice Parties on or before the Sale Objection Deadline.

**PLEASE TAKE FURTHER NOTICE THAT** any Assumed Contract subject to an objection with respect to the Debtors' proposed assumption and assignment of such Assumed Contract and/or the proposed Cure Amount with respect thereto that is not resolved at or prior to or during the Sale Hearing shall not be assumed by the Debtors and assigned to the Purchaser until such objection is resolved by agreement of the parties or further order of the Court.

**PLEASE TAKE FURTHER NOTICE THAT YOU ARE RECEIVING THIS SALE NOTICE BECAUSE YOU ARE A CREDITOR OR CONTRACT COUNTERPARTY OF THE DEBTORS, OR OTHERWISE HAVE BEEN IDENTIFIED BY THE DEBTORS AS AN ENTITY WITH A PARTICULARIZED INTEREST IN THE SALE HEARING, AND THAT ANY PARTY OR ENTITY WHO FAILS TO TIMELY**

**MAKE AN OBJECTION TO THE SALE ON OR BEFORE THE SALE OBJECTION
DEADLINE IN ACCORDANCE WITH THE SALE MOTION SHALL BE FOREVER
BARRED FROM ASSERTING ANY OBJECTION TO THE SALE, INCLUDING WITH
RESPECT TO THE TRANSFER OF THE DEBTORS' ASSETS FREE AND CLEAR OF
ALL LIENS, CLAIMS, ENCUMBRANCES, AND OTHER INTERESTS, EXCEPT AS
SET FORTH IN THE APA.**

Dated: December ___. 2024
       Wilmington, Delaware

**THE ROSNER LAW GROUP LLC**

*/s/ Frederick B. Rosner*
Frederick B. Rosner (DE #3995)
Zhao (Ruby) Liu, Esq. (DE 6436)
824 N. Market Street, Suite 810
Wilmington, Delaware 19801
Telephone: (302) 777-1111
rosner@teamrosner.com
liu@teamrosner.com

*Proposed Counsel to Debtors and Debtors in
Possession*

**SCHEDULE A**

**Cure Amounts**

| Debtor Entity | Counterparty | Contracts Description | | Cure Amount |
|---|---|---|---|---|
| Yield10 Bioscience, Inc. | A.G.P. / Alliance Global Partners<br>Kareem Ali<br>590 Madison Ave., 28th Floor \| New York, NY 10022<br>kali@allianceg.com \| www.allianceg.com | Mutual Confidentiality Agreement | 11/10/2023 | $0 |
| Yield10 Bioscience, Inc. | AdFarm US Inc.<br>Ally Bosch<br>140 Quarry Park Blvd SE, Suite 130 Calgary, AB T2C 3G3<br>ally.bosch@adfarm.com | Confidential Disclosure Agreement | 06/16/2022 | $0 |
| Yield10 Bioscience, Inc. | Ag-Quest Holdings Ltd.<br>Dana Maxwell, P.Ag., BSc. (Ag), MSc.<br>President & CEO<br>Director of Plant Genetics Services<br>Ag-Quest Inc.<br>Box 144, Minto, Manitoba R0K 1M0<br>dana.maxwell@agquest.com | 2023-24 Field Experiment Plan | 08/15/2023 | $0 |
| Yield10 Bioscience, Inc. | Ag-Quest Holdings Ltd. | Master Services Agreement | 09/22/2022 | $0 |
| Yield10 Bioscience, Inc. | Ag-Quest Holdings Ltd. | Confidential Disclosure Agreement | 10/20/2021 | $0 |
| Yield10 Bioscience, Inc. | AgraServ, LLC<br>Steve Bergsten<br>AgraServ, LLC<br>2565 Freedom Lane<br>American Falls, ID 83211 | 2024 Field Experiment Plan | 04/24/2024 | $0 |
| Yield10 Bioscience, Inc. | AgraServ, LLC | Master Services Agreement | 08/23/2023 | $0 |

| Debtor Entity | Counterparty | Contracts Description | | Cure Amount |
|---|---|---|---|---|
| Yield10 Bioscience, Inc. | AgraServ, LLC | Work Order \| 2024 Field Experiment Plan | 04/22/2024 | $0 |
| Yield10 Bioscience, Inc. | AgriThority LLC TONY PARDO *Global Director, Client Services* 11125 N. Ambassador Dr., Ste. 120 Kansas City, Missouri, 64153, USA tony.pardo@agrithority.com | Master Services Agreement | 08/22/2023 | $0 |
| Yield10 Bioscience, Inc. | AgriThority LLC | Work Order \| 2024 Spring Camelina Trials | 04/29/2024 | $0 |
| Yield10 Bioscience, Inc. | AgriThority LLC | Mutual Confidential Disclosure Agreement | 06/16/2021 | $0 |
| Yield10 Bioscience, Inc. | American Airlines, Inc. Tom Opderbeck Senior Manager, Sustainability Tom.Opderbeck@aa.com | Mutual Non-disclosure Agreement | 12/15/2022 | $0 |
| Yield10 Bioscience, Inc. | Analome Inc David Kovalic 91 Washington Avenue, St. Louis, Missouri 63101 | Confidential Disclosure Agreement | 06/25/2021 | $0 |
| Yield10 Bioscience, Inc. | APAGROU SAS Carlos Rubione Yi 1445, Piso 3. CP11100 Montivideo, Montivideo Oriental del Uruguay – RUT218987240019 | Confidentiality Agreement - Appendix | 08/22/2022 | $0 |
| Yield10 Bioscience, Inc. | Archer-Daniels-Midland Company (ADM) Austin Williams Austin.williams@adm.com | Confidentiality Agreement | 08/03/2022 | $0 |
| Yield10 Bioscience, Inc. | ARE-MA Region No. 20, LLC | Confidential Disclosure Agreement | 12/04/2023 | $0 |

| Debtor Entity | Counterparty | Contracts Description | | Cure Amount |
|---|---|---|---|---|
| Yield10 Bioscience, Inc. | Ash Creek Renewables LLC. <br> John Cusick, CEO <br> Ash Creek Renewables <br> 175 Rennell Drive, Southport CT, 06890 <br> E: jc@ashcreekrenewables.com | Confidential Disclosure Agreement | 08/31/2022 | $0 |
| Yield10 Bioscience, Inc. | Atmospheric and Environmental Research, Inc. (AER) <br> Guy Seeley, President <br> 131 Hartwell Avenue <br> Lexington, MA 02421 <br> Contact: Ned Snell, Executive Vp <br> hsnell@AER.com | Confidential Disclosure Agreement | 03/08/2023 | $0 |
| Yield10 Bioscience, Inc. | Atmospheric and Environmental Research, Inc. (AER) | Confidential Disclosure Agreement | Amendment 1 | 05/05/2023 | $0 |
| Yield10 Bioscience, Inc. | Bartlett and Company, LP <br> Simon Buckner <br> 4900 Main Street – Suite 1200 <br> Kansas City, MO 64112 | Confidentiality Agreement | 08/26/2022 | $0 |
| Yield10 Bioscience, Inc. | BASF Agricultural Solutions Seed US LLC <br> Scott Peoples <br> Postal Address: BASF Corporation, P.O. Box 12014 <br> 2 TW Alexander Drive, Research Triangle Park, 27709, USA <br> E-Mail: scott.peoples@basf.com | Materials Transfer Agreement | 02/29/2024 | $0 |
| Yield10 Bioscience, Inc. | BASF Agricultural Solutions Seed US LLC | Confidentiality Agreement | 05/20/2023 | $0 |
| Yield10 Bioscience, Inc. | BASF Agricultural Solutions Seed US LLC | Confidentiality Agreement - Amendment 1 | 05/20/2024 | $0 |
| Yield10 Bioscience, Inc. | Bayer CropScience LP (BCS) <br> *Kara Isaak* <br> Global Biofuel Strategy Lead | Mutual Non-disclosure Agreement | 01/05/2024 | $0 |

| Debtor Entity | Counterparty | Contracts Description | Cure Amount |
|---|---|---|---|
| | Bayer U.S. LLC<br>Crop Science Division<br>Strategy & Sustainability<br>800 N Lindbergh Blvd.<br>Creve Coeur, MO 63167 USA<br>E-mail: Kara.isaak@bayer.com | | |
| Yield10 Bioscience, Inc. | BP Products North America Inc.<br>Barrett Barr<br><br>barrett.barr@bp.com | Confidentiality Agreement    06/04/2024 | $0 |
| Yield10 Bioscience, Inc. | Bunge North America, Inc<br>Louis Copeland<br><br>luis.copeland@bunge.com | Confidentiality Agreement    10/03/2022 | $0 |
| Yield10 Bioscience, Inc. | Camelina Company Espana S.L.<br>Yuri Herreras Yambanis, Director<br><br>Yuri.herreras@camelinacompany.es | Confidential Disclosure Agreement    02/25/2021 | $0 |
| Yield10 Bioscience, Inc. | Campbell Farms & Livestock LLC<br>Jeff Campbell<br>4588 Bailey Road,<br>Arbon, Idaho 83212<br>jcfarms@gmail.com | Yield10 Camelina Stewardship Management Program[1]    04/30/2024 | $0 |
| Yield10 Bioscience, Inc. | CAMSTAR, INC.<br>Ron Schlenske<br>PO Box 2671<br>Bigfork, MT 59911 | Confidential Disclosure Agreement    02/01/2022 | $0 |
| Yield10 Bioscience, Inc. | Canaccord Genuity LLC<br>Marc Marano, Managing Director<br>Canaccord Genuity LLC<br>99 High Street, Boston, MA 02110 | Confidential Disclosure Agreement    06/10/2024 | $0 |

---

[1] This contract will be excluded from the Assumed Payables calculation.

| Debtor Entity | Counterparty | Contracts Description | | Cure Amount |
|---|---|---|---|---|
| | mmarano@cgf.com | | | |
| Yield10 Bioscience, Inc. | Canary Biofuels, Inc.<br>George Wadsworth<br>408, 322 11th Ave SW, Calgary, AB T2RoC5, Alberta, Canada | Confidential Disclosure Agreement | 10/21/2021 | $0 |
| Yield10 Bioscience, Inc. | Canopy Growth Corporation<br>Christelle Gedeon<br>Chief Legal Officer<br>candice.bellamy@keyleaf.ca | Mutual Non-disclosure Agreement | 10/31/2023 | $0 |
| Yield10 Bioscience, Inc. | Canpressco<br>Trenna Derdall, President<br>626 Balmoral St., Saskatoon, SK., S7K0Y7<br>Email: trenna@canpressco.com | Confidential Disclosure Agreement | 03/19/2024 | $0 |
| Yield10 Bioscience, Inc. | Cargill, Incorporated | Mutual Confidentiality Agreement | 10/13/2023 | $0 |
| Yield10 Bioscience, Inc. | Cargill, Incorporated<br><br>David VandenEinde, VP GEOS Global R&D lead<br>15407 McGinty Road West,<br>Wayzata, MN 55391<br>Abhishek_Bhardwaj@cargill.com | Mutual Confidentiality Agreement | 01/19/2024 | $0 |
| Yield10 Bioscience, Inc. | Cargill, Incorporated | Mutual Confidentiality Agreement | 07/14/2022 | $0 |
| Yield10 Bioscience, Inc. | CBIZ MHM, LLC<br>Michael O'Day, Managing Director<br>500 Boylston Street, Boston, MA 02116 | Confidential Disclosure Agreement | 08/15/2022 | $0 |
| Yield10 Bioscience, Inc. | Cermaq Group AS<br>Dronning Eufemias Gate 16, PO Box 144 Sentrum<br>0102 Oslo, Norway<br>Olai.einen@cermaq.com | Confidential Disclosure Agreement | 11/14/2023 | $0 |

| Debtor Entity | Counterparty | Contracts Description | | Cure Amount |
|---|---|---|---|---|
| Yield10 Bioscience, Inc. | CGB Enterprises, Inc.<br>Kaleb Belzer<br>CGB Enterprises, Inc.<br>1127 Highway 190, East Service Road<br>Covington, LA  70433<br>kaleb.belzer@CGB.com | Confidential Disclosure Agreement | 01/23/2024 | $0 |
| Yield10 Bioscience, Inc. | Critereon Company, LLC   -   401K Plan related | Confidential Disclosure Agreement | 11/21/2022 | $0 |
| Yield10 Bioscience, Inc. | Delek US Energy, Inc.<br>Chad Schramek<br>Sr. Director, Strategic Business Development<br>Delek Companies<br>12700 Park Central Drive<br>Suite 700<br>Dallas, TX 75251<br>Chad.Schramek@delekus.com | Confidential Disclosure Agreement | 01/23/2023 | $0 |
| Yield10 Bioscience, Inc. | Deveron UAS Corp.<br>Karla Jackson Suite 200, 82 Richmond Street East<br>Toronto, On M5C 1P1, Canada<br>KJackson@deveron.com | Confidential Disclosure Agreement | 06/05/2020 | $0 |
| Yield10 Bioscience, Inc. | DSM Nutritional Products, LLC,<br>555 Rolling Hills Ln, Winchester, KY 40391<br>Christopher Stowers, Sen Dir Biotechnology<br>Ross Zirkle Ph.D.<br>Director Biotechnology Scouting<br>6480 Dobbin Road<br>Columbia Maryland 2104<br>Ross.Zirkle@dsm-firmenich.com | Materials Transfer Agreement | 01/10/2024 | $0 |
| Yield10 Bioscience, Inc. | DSM Nutritional Products, LLC | Mutual Confidentiality Agreement | 11/13/2023 | $0 |

| Debtor Entity | Counterparty | Contracts Description | | Cure Amount |
|---|---|---|---|---|
| Yield10 Bioscience, Inc. | Duane Johnson (Clearskies Biolubricants, Inc.) 113 Obrien Terrace, Bigfork, MT 59911, USA newcropper@outlook.com | Confidential Disclosure Agreement | 10/07/2019 | $0 |
| Yield10 Bioscience, Inc. | Elementa Foods Pedro Terrado – SeniorManager, pterrado@elementafoods.com | Confidential Disclosure Agreement | 12/19/2023 | $0 |
| Yield10 Bioscience, Inc. | ENEOS Corporation | Materials Transfer Agreement | 04/12/2023 | $0 |
| Yield10 Bioscience, Inc. | ENEOS Corporation hisao.okuyama@eneosusa.com | Confidential Disclosure Agreement | 02/03/2023 | $0 |
| Yield10 Bioscience, Inc. | Evogene Ltd. Eyal Ronen 13 Gad Feinstein St., Rehovot, Israel eyal.ronen@evogene.com> | Confidential Disclosure Agreement | 01/10/2024 | $0 |
| Yield10 Bioscience, Inc. | Exxon Mobil Corporation EMHC, 22777 Springwoods Village Parkway Spring, Texas 77389 Attention Anant Patel Anant.v.patel@exxonmobil.com<br><br>Chris Honsberger, Global Lead Bio-Feed Origination - AG<br><br>chris.d.honsberger@exxonmobil.com | Confidentiality Agreement | 03/23/2023 | $0 |
| Yield10 Bioscience, Inc. | ExxonMobil Technology and Engineering Company | Confidentiality Agreement | 03/15/2024 | $0 |
| Yield10 Bioscience, Inc. | Farmer's Business Network, Inc. Matthew Meisner VP of R&D 388 El Camino Real San Carlos, CA 94070 | Non-disclosure Agreement | 09/08/2021 | $0 |

| Debtor Entity | Counterparty | Contracts Description | | Cure Amount |
|---|---|---|---|---|
| | legal@farmersbusinessnetwork.com | | | |
| Yield10 Bioscience, Inc. | G2 Ag Research LLC | 2023-24 Field Experiment Plan | 08/15/2023 | $0 |
| Yield10 Bioscience, Inc. | G2 Ag Research LLC 2429 Harold Drive Idaho Falls, ID 83402 Corey_Dixon@G2AgResearch.com | Master Services Agreement | 08/22/2023 | $0 |
| Yield10 Bioscience, Inc. | GDM Argentina S.A Manuel Mihura Strategy and New Business Director mmihura@gdmseeds.com Monseñor Magliano 3061 San Isidro, Buenos Aires, B1642GLA, Argentina gdmseeds.com | Confidential Disclosure Agreement | 02/26/2024 | $0 |
| Yield10 Bioscience, Inc. | GDM Seeds | First Amendment To The Research License Agreement | 09/05/2023 | $0 |
| Yield10 Bioscience, Inc. | GDM Seeds | ARM Full Bundle License | 10/13/2023 | $0 |
| Yield10 Bioscience, Inc. | GENEWIZ, LLC 115 Corporate Drive South, Plainfield, NJ 07080 Denise Hoppaugh, Director Finance and Procurement Denise.hoppaugh@brooks.com | Mutual Nondisclosure Agreement | 09/22/2021 | $0 |
| Yield10 Bioscience, Inc. | Global Agricultural Development Corporation 219 East Chatham Street, Suite 200, Cary NC 27511 VP Business Development | Confidential Disclosure Agreement | 02/12/2020 | $0 |
| Yield10 Bioscience, Inc. | HATCH Blue Holding Ltd Carsten Krome, Managing Partner carsten@hatch.blue | Confidential Disclosure Agreement | 11/15/2023 | $0 |

| Debtor Entity | Counterparty | Contracts Description | | Cure Amount |
|---|---|---|---|---|
| Yield10 Bioscience, Inc. | Hawaii Agriculture Research Center<br>PO Box 100, Kunia, HI 96759<br>Stephanie Whalen, Executive Director | Confidential Disclosure Agreement | 10/06/2022 | $0 |
| Yield10 Bioscience, Inc. | ICMS | 2023-24 Field Experiment Plan | 09/08/2023 | $0 |
| Yield10 Bioscience, Inc. | ICMS<br>Box 67, Station Main, Saskatchewan Ave. E., Portage la Prairie, MB, Canada, R1N 3B2<br>Luanne Anderson<br>ICMS, Inc.<br>anderson@icms-inc.com | Master Services Agreement | 09/05/2023 | $0 |
| Yield10 Bioscience, Inc. | Innovation Saskatchewan<br>Paula Ghiglione<br>Innovation Saskatchewan<br>Business Development Manager<br>210 – 15 Innovation Boulevard<br>Saskatoon, SK  S7N 2X8<br>paula.ghiglione@innovationsask.ca | Gross Sublease | 11/19/2024 | $0 |
| Yield10 Bioscience, Inc. | Jeremy Scott Tax Law | Confidential Disclosure Agreement | 09/08/2023 | $0 |
| Yield10 Bioscience, Inc. | Joseph Gunnar & Co. LLC<br>30 Broad Street, 11th Floor, New York, NY 1004<br>Stephanie Stein | Confidential Disclosure Agreement | 08/26/2022 | $0 |
| Yield10 Bioscience, Inc. | KayJay Ag Services<br>Aaron Carlson<br>KayJay Ag Services, Inc.<br>5351 County Road 81 S.<br>Horace, ND 58047<br>e: Aaron.Carlson@kayjayag.com | Master Services Agreement | 04/22/2024 | $0 |
| Yield10 Bioscience, Inc. | KayJay Ag Services | Work Order | 2024 Field Experiment Plan | 04/22/2024 | $0 |

| Debtor Entity | Counterparty | Contracts Description | | Cure Amount |
|---|---|---|---|---|
| Yield10 Bioscience, Inc. | KD Pharma Group SA<br>Via Campagna 30, 6934 Bioggio, Switzerland<br>Robert Fronzoni, R&D Manager<br><br>roberto.fronzoni@kdpharmagroup.com | Confidential Disclosure Agreement | 11/03/2023 | $0 |
| Yield10 Bioscience, Inc. | Knoell USA, LLC<br>Sally Feeley<br>General Manager<br>Christy Drive<br>Suite 102<br>Chadds Ford, PA 19317, USA<br>info@knoellusa.com | Non-disclosure Agreement | 09/22/2022 | $0 |
| Yield10 Bioscience, Inc. | Koch Engineered Solutions LLC.<br>4111 E 37th St N., Wichita, Kansas 67220<br>Jason Bootsma, Manager, Transformative Technology R&D<br>jason.bootsma@kes.global | Confidential Disclosure Agreement | 11/08/2021 | $0 |
| Yield10 Bioscience, Inc. | KWS SAAT SE & Co. KGaA<br>Henrik Hagemann, Project Manager<br><br>henrik.hagemann@kws.com | Confidential Disclosure Agreement | 02/13/2020 | $0 |
| Yield10 Bioscience, Inc. | Lake Street Capital Markets, LLC<br>John Baumgartner | Head of Capital Markets<br>Lake Street Capital Markets, LLC<br>920 Second Avenue South, Suite 700 | Minneapolis, MN 55402<br>E: john.baumgartner@lakestreetcm.com | Mutual Confidentiality Agreement | 08/26/2023 | $0 |
| Yield10 Bioscience, Inc. | LG Chem, Ltd.<br>LG Twin Towers, 128, Yeoui-daero, Yeongdeungpo-gu, Seoul, 07336, Republic of Korea<br>Hak Cheol (H.C.) Shin, CEO (Chief Executive Officer) | Mutual Non-disclosure Agreement | 02/06/2023 | $0 |
| Yield10 Bioscience, Inc. | Louis Dreyfus Company LLC<br>Max Clegg, Head of New Company Ventures<br><br>40 Danbury Road, Wilton, CT 06897 | Mutual Non-disclosure And Confidentiality Agreement | 06/12/2024 | $0 |

| Debtor Entity | Counterparty | Contracts Description | | Cure Amount |
|---|---|---|---|---|
| | MAX.CLEGG@ldc.com | | | |
| Yield10 Bioscience, Inc. | Marcum LLP 10 Melville Park Road, Melvillle, New York, 11747 Atn: General Council | Non-disclosure Agreement | 02/19/2024 | $0 |
| Yield10 Bioscience, Inc. | Maxim Group LLC Joseph Daneshgar *Senior Vice President \| Investment Banking* Maxim Group LLC 300 Park Avenue, 16th Floor New York, NY 10022 jdaneshgar@maximgrp.com | Non-Disclosure Agreement | 11/06/2023 | $0 |
| Yield10 Bioscience, Inc. | Mazars USA LLP 135 West 50th Street, New York, NY10020 | Mutual Nondisclosure Agreement | 02/19/2024 | $0 |
| Yield10 Bioscience, Inc. | Millborn Seeds, Inc. David Kiesner, Director of Business Development 2132 32ND AVE.  BROOKINGS, SD  57006 davidk@millbornseeds.com | Confidential Disclosure Agreement | 09/26/2022 | $0 |
| Yield10 Bioscience, Inc. | Minister of Agriculture and Agri-Food (AAFC) Keith Hanson, keith.hanson@agr.gc.ca | Non-Exclusive License for a Plant Variety | 01/27/2020 | $0 |
| Yield10 Bioscience, Inc. | Minister of Agriculture and Agri-Food (AAFC) | Amendment No. 1 To Variety Licencing Agreement | 03/24/2021 | $0 |
| Yield10 Bioscience, Inc. | Minister of Agriculture and Agri-Food (AAFC) | Material Transfer Agreement | 04/08/2022 | $0 |
| Yield10 Bioscience, Inc. | Minister of Agriculture and Agri-Food (AAFC) | Material Transfer Agreement | 02/01/2020 | $0 |

| Debtor Entity | Counterparty | Contracts Description | | Cure Amount |
|---|---|---|---|---|
| Yield10 Bioscience, Inc. | Minister of Agriculture and Agri-Food (AAFC) | Standard Material Transfer Agreement | 02/12/2024 | $0 |
| Yield10 Bioscience, Inc. | Mitsubishi Corporation (Americas) Yoshitaka Miyake Manager, Renewable Fuels Project Development Mitsubishi International Corporation yoshitaka.miyake@mitsubishicorp.com | Four-way Confidentiality And Non-disclosure Agreement | 09/08/2023 | $0 |
| Yield10 Bioscience, Inc. | Mitsui & Co. (U.S.A.), Inc. Romi Mahdi Sr. Business Development Manager, Energy Dept. \| Mitsui & Co.(U.S.A.),Inc. 1300 Post Oak Blvd Suite 1700 Houston TX 77056 R.madhi@mitsui.com | Mutual Non-disclosure Agreement | 04/10/2024 | $0 |
| Yield10 Bioscience, Inc. | National Research Council of Canada (NRC) | Material Transfer Agreement | 11/18/2021 | $0 |
| Yield10 Bioscience, Inc. | Nissui Corporation SEKIGUCHI Takayoshi Central Research Laboratory Nissui Corporation 1-32-3 Nanakuni, Hachioji, Tokyo 192-0991 JAPAN takayoshi_sekiguchi@nissui.co.jp | Confidential Disclosure Agreement | 03/07/2024 | $0 |
| Yield10 Bioscience, Inc. | North Dakota State University Professor Marisol Berti marisol.berti@ndsu.edu | Confidential Disclosure Agreement | 04/18/2024 | $0 |
| Yield10 Bioscience, Inc. | NorthStar Genetics 41103 MacDonald Rd, 6E, Domain, Manitoba Travis Williams, VEO | Confidential Disclosure Agreement | 08/17/2022 | $0 |
| Yield10 Bioscience, Inc. | Nuseed Nutritional US Inc. | License Agreement | 07/12/2024 | $0 |

| Debtor Entity | Counterparty | Contracts Description | Cure Amount |
|---|---|---|---|
| Yield10 Bioscience, Inc. | Nuseed Nutritional US Inc. | Confidentiality Agreement    01/12/2024 | $0 |
| Yield10 Bioscience, Inc. | Nutreco | Confidential Disclosure Agreement              09/27/2023 | $0 |
| Yield10 Bioscience, Inc. | Nyrasta LLC | Confidential Disclosure Agreement              11/03/2021 | $0 |
| Yield10 Bioscience, Inc. | Par Pacific Holdings, Inc. Jon Auerbach, VP Renewables JAuerbach@parpacific.com | Confidential Disclosure Agreement              05/02/2023 | $0 |
| Yield10 Bioscience, Inc. | Peaker Energy Group, LLC 10011 West Gulf Bank Road Ste B. Houston, TX 77040 Matthew Joitis | Confidential Disclosure Agreement              01/12/2021 | $0 |
| Yield10 Bioscience, Inc. | Performance Crop Research, LLC | 2023-24 Field Experiment Plan                         08/17/2023 | $0 |
| Yield10 Bioscience, Inc. | Performance Crop Research, LLC | Master Services Agreement              08/23/2023 | $0 |
| Yield10 Bioscience, Inc. | Petro-Lubricant Testing Laboratories, Inc. 116 Sunset Inn Road, P.O. Box 300 Lafayette, NJ 07848 Josiaah Wintermute | Materials Transfer Agreement              12/22/2021 | $0 |
| Yield10 Bioscience, Inc. | Petro-Lubricant Testing Laboratories, Inc. | Confidential Disclosure Agreement              12/21/2021 | $0 |
| Yield10 Bioscience, Inc. | Platform Genetics Inc. Dr. Michael Pautler Head of Genomics Services | Framework Agreement On The Provision Of Contract Services              04/25/2022 | $0 |

| Debtor Entity | Counterparty | Contracts Description | | Cure Amount |
|---|---|---|---|---|
| | 4890 Victoria Avenue North, Box 4000 Vineland Station ON, L0R 2EO Michael.pautler@platformgenetics.ca | | | |
| Yield10 Bioscience, Inc. | POS Biosciences Corp. 118 Veterinary Road, Saskatoon, SK S7N 2R4 James Shields, Managing Director | Materials Transfer Agreement | 02/15/2024 | $0 |
| Yield10 Bioscience, Inc. | Regents of the University of Minnesota<br><br>Colin Cureton Director of Adoption and Scaling Forever Green Initiative University of Minnesota Cure0012@umn.edu | First Amendment To Plant Material Testing Agreement | 02/15/2023 | $0 |
| Yield10 Bioscience, Inc. | Regents of the University of Minnesota | First Amendment To Plant Material Testing Agreement | 02/28/2023 | $0 |
| Yield10 Bioscience, Inc. | Regents of the University of Minnesota | Plant Material Testing Agreement | 08/25/2021 | $0 |
| Yield10 Bioscience, Inc. | Regents of the University of Minnesota | Plant Material Testing Agreement | 08/27/2021 | $0 |
| Yield10 Bioscience, Inc. | Regents of the University of Minnesota | Plant Material Testing Agreement | 08/27/2021 | $0 |
| Yield10 Bioscience, Inc. | Richter LLP – FINANCE TEAM 181 bay Street #3510, Bay Wellington Tower, Toronto On M5J 2T3, Canada | Confidential Disclosure Agreement | 03/30/2022 | $0 |
| Yield10 Bioscience, Inc. | Robert Kostek 10850 125th Ave NW, Crosby ND 58730 Kostek58730@yahoo.com | Yield10 Camelina Stewardship Management Program[2] | 04/19/2024 | $0 |

---

[2] This contract will be excluded from the Assumed Payables calculation.

| Debtor Entity | Counterparty | Contracts Description | | Cure Amount |
|---|---|---|---|---|
| Yield10 Bioscience, Inc. | Rothamsted Research Limited<br>Louise Warren<br>Louise.warren@rothamsted.ac.uk | License Agreement | 06/12/2024 | $0 |
| Yield10 Bioscience, Inc. | Rothamsted Research Limited | Materials Transfer Agreement | 05/03/2022 | $0 |
| Yield10 Bioscience, Inc. | Rothamsted Research Limited | Non-Disclosure Agreement | 07/24/2024 | $0 |
| Yield10 Bioscience, Inc. | S&W Seed Company<br>2101 Ken Pratt Blvd., Suite 201, Longmont, Co 80502<br>Kirk Rolfs, VP Supply Chain<br><br>Steve Calhoun \| Vice President for Research and Development<br>6615 Winfield Ave<br>Lubbock TX 79407<br>SteveCalhoun@swseedco.com | Material Transfer Agreement | 05/11/2021 | $0 |
| Yield10 Bioscience, Inc. | Saskatchewan Conservation Learning Centre (CLC)<br>Box 1903 Stn main, Prince Albert, SK S6V 6JN Canada<br>Robin Lokken, Manager | 2023-24 Field Experiment Plan | 08/29/2023 | $0 |
| Yield10 Bioscience, Inc. | SNPsaurus LLC<br>1892 Fairmount Blvd, Eugene, OR 97403<br>Eric Johnson, Owner<br>Eric@snpsaurus.com | Confidential Disclosure Agreement | 03/16/2022 | $0 |
| Yield10 Bioscience, Inc. | SNPsaurus LLC | Confidential Disclosure Agreement | 02/07/2022 | $0 |
| Yield10 Bioscience, Inc. | Société des Produits Nestlé SA<br>Av. Nestle 55, CH-1800 Vevey, Switzerland<br>Dr. -Ing. Gerhard Niederreiter<br>Head of Nestle Institute of Packaging Sciences, Nestle Research<br>violette.bourg@rd.nestle.com | Confidentiality Agreement | 03/03/2022 | $0 |

| Debtor Entity | Counterparty | Contracts Description | | Cure Amount |
|---|---|---|---|---|
| Yield10 Bioscience, Inc. | SouthEast Research Farm (SERF)<br>Box 129 Redvers, SK S0C 2HO, Canada<br>Lana Shaw, Executive Director<br>Lshaw.serf@gmail.com | Master Services Agreement | 08/29/2023 | $0 |
| Yield10 Bioscience, Inc. | Strategic Vision Consulting Ltd<br>11312 057 Avenue NW, Edmonton, Alberta, Canada T6H 0Z9<br>Ron Pidsklalny, President | Confidential Disclosure Agreement | 03/14/2023 | $0 |
| Yield10 Bioscience, Inc. | Strategic Vision Consulting Ltd | Consulting Agreement | 3/31/2023 | $0 |
| Yield10 Bioscience, Inc. | Suntory Holdings Limited<br>Tamachi Station Tower N, 311 Shibaura, Minato ku, Tokyo, Japan<br><br>Taro Kuzuno, Global Supply Solutions<br><br>taro.kuzuno@suntory.com<br><br>Brian Golden, GM of Global Supply Solutions Department | Mutual Confidentiality Agreement | 05/01/2024 | $0 |
| Yield10 Bioscience, Inc. | Sustainable Oils, Inc.<br>Mike Karst, President<br>Mike.karst@susoils.com | Mutual Non-disclosure Agreement | 01/18/2024 | $0 |
| Yield10 Bioscience, Inc. | The Broad Institute, Inc.<br>Alba Miranda-Ribera, Ph.D., MBA<br>Senior Licensing Associate - BD&L Transactions<br>Office of Strategic Alliances and Partnering<br>Broad Institute of MIT and Harvard / 75 Ames Street / Cambridge, MA 02142<br>amiranda@broadinstitute.org | Mutual Non-disclosure Agreement | 11/22/2022 | $0 |
| Yield10 Bioscience, Inc. | Thenell & Associates LLC<br>Scott Thenell<br>Scott@sthenell.com | Confidential Disclosure Agreement | 11/19/2019 | $0 |
| Yield10 Bioscience, Inc. | Tobin Scientific & Sons Moving and Storage, LLC | Transportation and Storage Agreement | 11/25/2024 | $0 |

| Debtor Entity | Counterparty | Contracts Description | | Cure Amount |
|---|---|---|---|---|
| | Zack Newman<br>*Account Executive*<br>tobinscientific.com<br>znewman@tobinscientific.com | | | |
| Yield10 Bioscience, Inc. | Tobin Scientific | Biorepository Services Agreement | 11/25/2024 | $0 |
| Yield10 Bioscience, Inc. | University of Missouri (Curators of the)<br>Samuel E. Bish, Ph.D.<br>*Senior Technology Transfer Manager, Life Sciences*<br>Technology Advancement Office<br>1400 Rock Quarry Road | Suite Q180 | Columbia MO 65211<br>bishs@missouri.edu | Exclusive License Agreement | 05/17/2018 | $0 |
| Yield10 Bioscience, Inc. | University of Missouri (Curators of the) | Exclusive License Agreement - Amendment 1 | 04/08/2019 | $0 |
| Yield10 Bioscience, Inc. | University of Nebraska (Board of Regents)<br>1400 R St, Lincoln, NE 68588<br>Brad Roth, Assoc. Vice Chancellor for Tech. Development | Material Transfer Agreement | 07/16/2021 | $0 |
| Yield10 Bioscience, Inc. | USDA-ARS-WRRC | Confidential Disclosure Agreement | 04/08/2020 | $0 |
| Yield10 Bioscience, Inc. | vCPO LLC<br>Gretchen Herault, Principal<br>4 Barilone Circle, Maynard, MA 01754 | Confidential Disclosure Agreement | 02/22/2021 | $0 |
| Yield10 Bioscience, Inc. | Vision Bioenergy Oilseeds LLC<br>Vision Bioenergy Oilseeds LLC<br>2101 Ken Pratt Blvd, Suite 101<br>Longmont, CO 80501, USA<br><br>Attention: Brad Chambers, GMM<br>Email: brad.chambers@visionbioseeds.com | License And Service Fee Agreement | 02/09/2024 | $0 |

| Debtor Entity | Counterparty | Contracts Description | | Cure Amount |
|---|---|---|---|---|
| Yield10 Bioscience, Inc. | Vision Bioenergy Oilseeds LLC | Stewardship Management Program | 03/13/2024 | $0 |
| Yield10 Bioscience, Inc. | Vision Bioenergy Oilseeds LLC | Confidential Disclosure Agreement | 10/11/2023 | $0 |
| Yield10 Bioscience, Inc. | Washington State University JESSY MCGOWAN SENIOR TECHNOLOGY LICENSING ASSOCIATE Office of Commercialization Office of Research Washington State University Email: jessy.mcgowan@wsu.edu commercialization.wsu.edu | Mutual Confidential Disclosure Agreement | 02/21/2024 | $0 |
| Yield10 Bioscience, Inc. | Western Applied Research Corporation (WARC) Box 89 Hwy 374 Scott SK S0K 4A0 SK Canada Kayla Slind, Acting GM | 2023-24 Field Experiment Plan | 08/29/2023 | $0 |
| Yield10 Bioscience, Inc. | Western Applied Research Corporation (WARC) | Master Services Agreement | 08/29/2023 | $0 |
| Yield10 Bioscience, Inc. | Wheatland Conservation Area (WCA) | 2023-24 Field Experiment Plan | 08/28/2023 | $0 |
| Yield10 Bioscience, Inc. | Wheatland Conservation Area (WCA) Amber Wall, Assistant Manager PO Box 2015 Swift Current, SK S9H 4M7, Canada | Master Services Agreement | 08/28/2023 | $0 |
| Yield10 Bioscience, Inc. | Wincrest Capital 5 Pineapple Grove, Nassau, BS | Confidential Disclosure Agreement | 08/09/2023 | $0 |
| Yield10 Bioscience, Inc. | Wolf & Co. Matthew Vaughn, Principal 255 State Street, Boston, MA 02109 mvaughn@wolfandco.com | Confidential Disclosure Agreement | 02/05/2024 | $0 |

| Debtor Entity | Counterparty | Contracts Description | | Cure Amount |
|---|---|---|---|---|
| Yield10 Bioscience, Inc. | 2010282 AB Ltd. (Kerschbaumer) Trevor Kerschbaumer PO Box 2369, Fairvie, Alberta T0H 1L0, Canada | Master Services Agreement | 09/27/2023 | $0 |
| Yield10 Bioscience, Inc. | AgGro Innovations LLC | Master Services Agreement | 11/14/2022 | $0 |
| Yield10 Bioscience, Inc. | Ag-Quest Holdings Ltd. Ag-Quest Holdings Ltd. Dana Maxwell, P.Ag., BSc. (Ag), MSc. President & CEO Director of Plant Genetics Services Ag-Quest Inc. Box 144, Minto, Manitoba R0K 1M0 dana.maxwell@agquest.com | 2023 PNT Camelina Trial | 04/25/2023 | $0 |
| Yield10 Bioscience, Inc. | AgraServ, LLC AgraServ, LLC Steve Bergsten AgraServ, LLC 2565 Freedom Lane American Falls, ID 83211 www.agraserv.com | 2021 Camelina Seed & Germplasm Eval | 06/15/2021 | $0 |
| Yield10 Bioscience, Inc. | AgraServ, LLC | 2023-24 Field Experiment Plan | 07/31/2023 | $0 |
| Yield10 Bioscience, Inc. | AgraServ, LLC | Master Services Agreement | 05/05/2023 | $0 |
| Yield10 Bioscience, Inc. | Conservation Learning Centre (CLC) Saskatchewan Conservation Learning Centre (CLC) Box 1903 Stn main, Prince Albert, SK S6V 6JN Canada Robin Lokken, Manager | Master Services Agreement | 08/29/2023 | $0 |

| Debtor Entity | Counterparty | Contracts Description | | Cure Amount |
|---|---|---|---|---|
| Yield10 Bioscience, Inc. | Cropwise Research LLC<br>Brent Petersen, President and CEO<br>4981 2nd Street SE, St. Cloud, MN 56304, USA | Master Services Agreement | 09/15/2022 | $0 |
| Yield10 Bioscience, Inc. | G2 Ag Research LLC<br>G2 Ag Research LLC<br>2429 Harold Drive<br>Idaho Falls, ID 83402<br>Corey_Dixon@G2AgResearch.com | Camelina Germplasm Evaluation & Herbicide Tolerance Trials | 03/20/2021 | $0 |
| Yield10 Bioscience, Inc. | G2 Ag Research LLC | Master Services Agreement | 08/29/2022 | $0 |
| Yield10 Bioscience, Inc. | GDM Seeds<br>GDM Argentina S.A<br>Manuel Mihura<br><br>Strategy and New Business Director<br><br>mmihura@gdmseeds.com<br><br>Monseñor Magliano 3061<br>San Isidro, Buenos Aires, B1642GLA, Argentina | Research License Agreement | 08/10/2020 | $0 |
| Yield10 Bioscience, Inc. | Mackenzie Applied Research Association (MARA) | 2023-24 Field Experiment Plan | 09/08/2023 | $0 |
| Yield10 Bioscience, Inc. | Mackenzie Applied Research Association (MARA) | 2023-24 Field Experiment Plan | 09/08/2023 | $0 |
| Yield10 Bioscience, Inc. | Mackenzie Applied Research Association (MARA)<br>Sampath Walgama, Manager<br>5901 River Road, PO Box 646, Fort Vermilion, AB T0H 1NO, Canada<br>manager@mackenzieresearch.ca | Master Services Agreement | 09/08/2023 | $0 |
| Yield10 Bioscience, Inc. | Minister of Agriculture and Agri-Food (AAFC)<br>Minister of Agriculture and Agri-Food (AAFC)<br>Keith Hanson, | Collaborative Research And Development | 01/27/2017 | $0 |

| Debtor Entity | Counterparty | Contracts Description | | Cure Amount |
|---|---|---|---|---|
| | keith.hanson@agr.gc.ca | Agreement Amendment No. 1 | | |
| Yield10 Bioscience, Inc. | Mortenson Farm Partners<br>Steve Mortenson<br>14018 48th Street NW<br>Williston, ND 58801<br>56smort@gmail.com | Yield10 Camelina Stewardship Management Program | 04/29/2024 | $0 |
| Yield10 Bioscience, Inc. | Rakochy Farms<br>Lauren Rakochy<br>c/o Lauren Rakochy<br>117-425 115th Street East<br>Saskatoon, SK S7N2E5<br>l.rakochy@outlook.com | Camelina Sativa (Winter Type) Non-Regulated Seed Increase | 09/07/2021 | $0 |
| Yield10 Bioscience, Inc. | Regents of the University of Minnesota<br>Colin Cureton<br>Director of Adoption and Scaling<br>Forever Green Initiative<br>University of Minnesota<br>Cure0012@umn.edu | Confirmation of Seed Destruction | 07/12/2024 | $0 |
| Yield10 Bioscience, Inc. | Research Designed for Agriculture (RD4AG)<br>AgraServ, LLC<br>Steve Bergsten<br>AgraServ, LLC<br>2565 Freedom Lane<br>American Falls, ID 83211<br>www.agraserv.com | Work Agreement | 04/23/2018 | $0 |
| Yield10 Bioscience, Inc. | Rothamsted Research Limited | RNA-Sequencing Project SOW | 07/05/2021 | $0 |
| Yield10 Bioscience, Inc. | S&W Seed Company | Seed Production And Processing Services Agreement | 04/20/2021 | $0 |

| Debtor Entity | Counterparty | Contracts Description | | Cure Amount |
|---|---|---|---|---|
| Yield10 Bioscience, Inc. | SGS North America Inc<br>Amanda, ver Helst201 Route 17 North, 7th Floor, Rutherfor, NJ 07070, USA | Master Services Agreement | 09/20/2022 | $0 |
| Yield10 Bioscience, Inc. | SGS North America Inc | Work Order \| 2022-23 Field Experiment Plan | 09/15/2022 | $0 |
| Yield10 Bioscience, Inc. | South Dakota State University<br>Christopher Graham, Associate Professor<br><br>christopher.graham@sdstate.edu | Master Services Agreement | 08/26/2022 | $0 |
| Yield10 Bioscience, Inc. | South Dakota State University | Work Order \| 2022-23 Field Experiment Plan | 08/31/2022 | $0 |
| Yield10 Bioscience, Inc. | South East Research Farm (SERF) | 2022 Field Experiment Plan - Camelina | 05/04/2022 | $0 |
| Yield10 Bioscience, Inc. | South East Research Farm (SERF) | 2023-24 Field Experiment Plan | 08/28/2023 | $0 |
| Yield10 Bioscience, Inc. | South East Research Farm (SERF)<br>SouthEast Research Farm (SERF)<br>Box 129 Redvers, SK S0C 2HO, Canada<br>Lana Shaw, Executive Director<br>Lshaw.serf@gmail.com | Master Services Agreement | 08/19/2022 | $0 |
| Yield10 Bioscience, Inc. | South East Research Farm (SERF) | Work Order \| 2022-23 Field Experiment Plan | 09/01/2022 | $0 |
| Yield10 Bioscience, Inc. | The Broad Institute, Inc.<br>Alba Miranda-Ribera, Ph.D. / Licensing Associate /<br>*Office of Strategic Alliances and Partnering*<br>Broad Institute of MIT and Harvard / 75 Ames Street / Cambridge, MA 02142 | License Side Letter | 04/04/2024 | $0 |

| Debtor Entity | Counterparty | Contracts Description | | Cure Amount |
|---|---|---|---|---|
| Yield10 Bioscience, Inc. | Wellington Agricultural Research Ltd.<br>Jamie Parnell, President | 2019 PNT Soybean Trials | 04/26/2019 | $0 |
| Yield10 Bioscience, Inc. | Wellington Agricultural Research Ltd. | 2021 Camelina Germplasm Evaluation | 06/21/2021 | $0 |
| Yield10 Bioscience, Inc. | Westman Agricultural Diversification Organization (WADO)<br>Scott Chalmers, Applied Research Specialist<br>139 Main St., Melita, MB R0M 1L0, Canada | Master Services Agreement | 09/07/2022 | $0 |