IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Yield10 Bioscience, Inc., *et al.*,<br><br>                Debtors.[1] | Chapter 11<br><br>Case No. 24-12752 (MFW)<br><br>(Joint Administration Requested) |

**NOTICE OF FILING OF BANKRUPTCY PETITION, FIRST DAY
PLEADINGS, AND NOTICE OF FIRST DAY HEARING**

      **PLEASE TAKE NOTICE** that, on December 6, 2024, the debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "Debtors") filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101–1532 (the "Bankruptcy Code"), and related pleadings with the United States Bankruptcy Court for the District of Delaware. The Debtors are debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. The automatic stay of Section 362(a) of the Bankruptcy Code is in effect.

      **PLEASE TAKE FURTHER NOTICE** that a hearing with respect to the following first day pleadings (collectively, the "First Day Pleadings"), to the extent set forth below, is scheduled for **December 10, 2024, at 2:00 p.m. (prevailing Eastern Time)** (the "First Day Hearing") before The Honorable Mary F. Walrath, United States Bankruptcy Judge for the District of Delaware, United States Bankruptcy Judge, 824 N. Market Street, 5th Floor, Courtroom #4, Wilmington, Delaware 19801.

      **PLEASE TAKE FURTHER NOTICE** that objections, if any, to the First Day Pleadings may be made at the First Day Hearing.

      **PLEASE TAKE FURTHER NOTICE** that the First Day Hearing will be conducted by Zoom. Parties and Witnesses are permitted, but not required, to appear in person. The Court has no preference. To attend the hearing remotely, you must register using the eCourt Appearances tool on the court's website at https://ecf.deb.uscourts.gov/cgi-bin/nysbAppearances.pl. Parties are required to register for the hearing no later than **December 10, 2024 at 10:00 a.m. (prevailing Eastern Time)** to avoid being denied access.

      **PLEASE TAKE FURTHER NOTICE** that copies of all the First Day Pleadings are currently available on the Court's website: www.deb.uscourts.gov. If you would like to receive an electronic copy of any of the First Day Pleadings, please contact the undersigned counsel.

---

[1] The last four digits of the taxpayer identification numbers of the Debtors follow in parentheses: (i) Yield10 Bioscience, Inc. (x8289), (ii) Yield10 Bioscience Securities Corp. (x7435), and (iii) Yield10 Oilseeds Inc. (x9469).

{00040271. }                1

## **FIRST DAY PLEADINGS**

1. Motion Of The Debtors For An Order Authorizing Joint Administration Of Chapter 11 Cases [D.I. 3; filed 12/6/24]

2. Motion For Interim And Final Orders Pursuant to Sections 105(A), 363(B), 363(C), 507(A), 541(B)(7), 541(D), 1107(A) And 1108 of The Bankruptcy Code And Fed. R. Bankr. P. 6003 And 6004 (I) Authorizing Debtors to (A) Pay Certain Prepetition Wages, Compensation, And Employee Benefits, (B) Continue Payment of Wages, Compensation, And Employee Benefits in The Ordinary Course of Business And (C) Continue Payment of Employment, Unemployment, Social Security And Other Taxes Incident to The Employee Obligations; And (II) Authorizing And Directing Debtors' Third-Party Payroll Administrator And Debtors' Bank to Receive, Process, Honor, And Pay Checks Issued And Electronic Payment Requests Relating to The Foregoing [D.I. 4; filed 12/6/24]

3. Motion of The Debtors For Interim And Final Orders Pursuant to 11 U.S.C. §§ 105(A), 345(B), 363, 1107 And 1108 Authorizing: (A) Continued Maintenance of Existing Bank Accounts, (B) Continued Use of Existing Business Forms And (C) Waiver of Section 345(B) Deposit And Investment Requirements And Certain United States Trustee Guidelines. [D.I. 5; filed 12/6/24]

4. Motion of Debtors For Entry of: (I) An Order (A) Approving Form And Manner of Notices And (B) Scheduling a Sale Hearing And Establishing Dates And Deadlines Related Thereto, Including Treatment of Executory Contracts And Unexpired Leases; And (II) An Order (A) Authorizing The Sale of Substantially All of The Debtors' Assets Free And Clear of Liens, Claims, Encumbrances, And Other Interests, (B) Granting The Buyer The Protections Afforded to A Good Faith Buyer, And (C) Granting Related Relief. [D.I. 7; filed 12/6/24]

5. Declaration in Support of Chapter 11 Petitions and First Day Motions [D.I. 6; filed 12/6/24]

Dated: December 9, 2024
Wilmington, Delaware

**THE ROSNER LAW GROUP LLC**

*/s/ Frederick B. Rosner*
Frederick B. Rosner (DE #3995)
Zhao (Ruby) Liu (DE 6436)
824 N. Market Street, Suite 810
Wilmington, Delaware 19801
Telephone: (302) 777-1111
rosner@teamrosner.com
liu@teamrosner.com

*Proposed Counsel to Debtors and Debtors in Possession*