**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>Yield10 Bioscience, Inc., *et al.*,[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 24-12752 (MFW)<br><br>(Joint Administration Requested)<br><br>Re: D.I. 7 |

## NOTICE OF FILING OF REVISED SCHEDULE OF CURE AMOUNTS

**PLEASE TAKE NOTICE** that, on December 6, 2024, the above-captioned debtor and debtor in possession (the "Debtor") filed the *Motion of Debtors for Entry of: (I) an Order (A) Approving Form and Manner of Notices and (B) Scheduling a Sale Hearing and Establishing Dates and Deadlines Related Thereto, Including Treatment of Executory Contracts and Unexpired Leases; and (II) an Order (A) Authorizing the Sale of Substantially All of the Debtors' Assets Free and Clear of Liens, Claims, Encumbrances, and Other Interests, (B) Granting the Buyer the Protections Afforded to a Good Faith Buyer, and (C) Granting Related Relief* [D.I. 7] (the "Sale Motion").

**PLEASE TAKE FURTHER NOTICE** that the Proposed Sale Notice Order [D.I. 7-1], attached as Exhibit A to the Sale Motion, contains a schedule of proposed contracts to be assumed and assigned to the purchaser, Nuseed Nutritional US Inc. ("Original Cure List").

**PLEASE TAKE FURTHER NOTICE** that the Debtors hereby file a revised schedule of proposed Contracts to be assumed and assigned (the "Revised Cure List"), attached hereto as **Exhibit A**.

**PLEASE TAKE FURTHER NOTICE** that a blackline of the Revised Cure List marked against the Original Cure List is attached hereto as **Exhibit B.**

**PLEASE TAKE FURTHER NOTICE** that the Sale Motion is scheduled to be heard—only with respect to the scheduling and approval of notices—at the first day hearing, currently scheduled for **December 10, 2024 at 2:00 p.m. (prevailing Eastern Time)** (the "First Day Hearing"), before the Honorable Mary F. Walrath, United States Bankruptcy Judge, United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 5th floor, Courtroom 4, Wilmington, Delaware 19801. Objections, if any, to the requested relief may be made at the First Day Hearing.

Dated: December 9, 2024　　　　　　　　　　　　　　　**THE ROSNER LAW GROUP LLC**

---

[1] The last four digits of the taxpayer identification numbers of the Debtors follow in parentheses: (i) Yield10 Bioscience, Inc. (x8289), (ii) Yield10 Bioscience Securities Corp. (x7435), and (iii) Yield10 Oilseeds Inc. (Canadian Business No. x9469).

Wilmington, Delaware

/s/ Zhao Liu
Frederick B. Rosner (DE #3995)
Zhao (Ruby) Liu (DE #6436)
824 N. Market Street, Suite 810
Wilmington, Delaware, 19801
Telephone: (302) 777-1111
Email: rosner@teamrosner.com
      liu@teamrosner.com

*Proposed Counsel to the Debtor and Debtor in Possession*

{00040385. }