# Exhibit A

## (Revised Cure Amounts)

**SCHEDULE A**

**Cure Amounts**

| Debtor Entity | Counterparty | Contracts Description | | Cure Amount |
|---|---|---|---|---|
| Yield10 Bioscience, Inc. | A.G.P. / Alliance Global Partners<br>Kareem Ali<br>590 Madison Ave., 28th Floor \| New York, NY 10022<br>kali@allianceg.com \| www.allianceg.com | Mutual Confidentiality Agreement | 11/10/2023 | $0 |
| Yield10 Bioscience, Inc. | AdFarm US Inc.<br>Ally Bosch<br>140 Quarry Park Blvd SE, Suite 130 Calgary, AB T2C 3G3<br>ally.bosch@adfarm.com | Confidential Disclosure Agreement | 06/16/2022 | $0 |
| Yield10 Bioscience, Inc. | Ag-Quest Holdings Ltd.<br>Dana Maxwell, P.Ag., BSc. (Ag), MSc.<br>President & CEO<br>Director of Plant Genetics Services<br>Ag-Quest Inc.<br>Box 144, Minto, Manitoba R0K 1M0<br>dana.maxwell@agquest.com | 2023-24 Field Experiment Plan | 08/15/2023 | $0 |
| Yield10 Bioscience, Inc. | Ag-Quest Holdings Ltd.<br>Dana Maxwell, P.Ag., BSc. (Ag), MSc.<br>President & CEO<br>Director of Plant Genetics Services<br>Ag-Quest Inc.<br>Box 144, Minto, Manitoba R0K 1M0<br>dana.maxwell@agquest.com | Master Services Agreement | 09/22/2022 | $0 |
| Yield10 Bioscience, Inc. | Ag-Quest Holdings Ltd.<br>Dana Maxwell, P.Ag., BSc. (Ag), MSc.<br>President & CEO<br>Director of Plant Genetics Services<br>Ag-Quest Inc.<br>Box 144, Minto, Manitoba R0K 1M0<br>dana.maxwell@agquest.com | Confidential Disclosure Agreement | 10/20/2021 | $0 |

| Debtor Entity | Counterparty | Contracts Description | | Cure Amount |
|---|---|---|---|---|
| Yield10 Bioscience, Inc. | AgraServ, LLC Steve Bergsten AgraServ, LLC 2565 Freedom Lane American Falls, ID 83211 | 2024 Field Experiment Plan | 04/24/2024 | $0 |
| Yield10 Bioscience, Inc. | AgraServ, LLC Steve Bergsten AgraServ, LLC 2565 Freedom Lane American Falls, ID 83211 mobile- 208-427-4440 www.agraserv.com | Master Services Agreement | 08/23/2023 | $0 |
| Yield10 Bioscience, Inc. | AgraServ, LLC Steve Bergsten AgraServ, LLC 2565 Freedom Lane American Falls, ID 83211 mobile- 208-427-4440 www.agraserv.com | Work Order | 2024 Field Experiment Plan | 04/22/2024 | $0 |
| Yield10 Bioscience, Inc. | AgriThority LLC TONY PARDO *Global Director, Client Services* 11125 N. Ambassador Dr., Ste. 120 Kansas City, Missouri, 64153, USA tony.pardo@agrithority.com | Master Services Agreement | 08/22/2023 | $0 |
| Yield10 Bioscience, Inc. | AgriThority LLC TONY PARDO *Global Director, Client Services* 11125 N. Ambassador Dr., Ste. 120 Kansas City, Missouri, 64153, USA tony.pardo@agrithority.com | Work Order | 2024 Spring Camelina Trials | 04/29/2024 | $0 |

| Debtor Entity | Counterparty | Contracts Description | | Cure Amount |
|---|---|---|---|---|
| Yield10 Bioscience, Inc. | AgriThority LLC TONY PARDO *Global Director, Client Services* 11125 N. Ambassador Dr., Ste. 120 Kansas City, Missouri, 64153, USA tony.pardo@agrithority.com | Mutual Confidential Disclosure Agreement | 06/16/2021 | $0 |
| Yield10 Bioscience, Inc. | American Airlines, Inc. Tom Opderbeck 1 Skyview Drive, Fort Worth, TX 76155 Senior Manager, Sustainability Tom.Opderbeck@aa.com | Mutual Non-disclosure Agreement | 12/15/2022 | $0 |
| Yield10 Bioscience, Inc. | Analome Inc David Kovalic 91 Washington Avenue, St. Louis, Missouri 63101 | Confidential Disclosure Agreement | 06/25/2021 | $0 |
| Yield10 Bioscience, Inc. | APAGROU SAS Carlos Rubione Yi 1445, Piso 3. CP11100 Montivideo, Montivideo Oriental del Uruguay – RUT218987240019 | Confidentiality Agreement - Appendix | 08/22/2022 | $0 |
| Yield10 Bioscience, Inc. | Archer-Daniels-Midland Company (ADM) Austin Williams Austin.williams@adm.com Kenneth Campbell President of NA Oil & Biodiesel 4666 Fairies Parkway, Decatur, IL 62526 | Confidentiality Agreement | 08/03/2022 | $0 |
| Yield10 Bioscience, Inc. | ARE-MA Region No. 20, LLC Attention: Corporate Secretary 385 E. Colorado Boulevard, Suite 299, Pasadena, CA 91101 | Confidential Disclosure Agreement | 12/04/2023 | $0 |
| Yield10 Bioscience, Inc. | Ash Creek Renewables LLC. John Cusick, CEO Ash Creek Renewables 175 Rennell Drive, Southport CT, 06890 E: jc@ashcreekrenewables.com | Confidential Disclosure Agreement | 08/31/2022 | $0 |

| Debtor Entity | Counterparty | Contracts Description | | Cure Amount |
|---|---|---|---|---|
| Yield10 Bioscience, Inc. | Atmospheric and Environmental Research, Inc. (AER) Guy Seeley, President 131 Hartwell Avenue Lexington, MA 02421 Contact: Ned Snell, Executive VP hsnell@AER.com | Confidential Disclosure Agreement | 03/08/2023 | $0 |
| Yield10 Bioscience, Inc. | Atmospheric and Environmental Research, Inc. (AER) Guy Seeley, President 131 Hartwell Avenue Lexington, MA 02421 Contact: Ned Snell, Executive VP hsnell@AER.com | Confidential Disclosure Agreement \| Amendment 1 | 05/05/2023 | $0 |
| Yield10 Bioscience, Inc. | Bartlett and Company, LP Simon Buckner 4900 Main Street – Suite 1200 Kansas City, MO 64112 | Confidentiality Agreement | 08/26/2022 | $0 |
| Yield10 Bioscience, Inc. | BASF Agricultural Solutions Seed US LLC Scott Peoples Postal Address: BASF Corporation, P.O. Box 12014 2 TW Alexander Drive, Research Triangle Park, 27709, USA scott.peoples@basf.com | Materials Transfer Agreement | 02/29/2024 | $0 |
| Yield10 Bioscience, Inc. | BASF Agricultural Solutions Seed US LLC Scott Peoples Postal Address: BASF Corporation, P.O. Box 12014 2 TW Alexander Drive, Research Triangle Park, 27709, USA scott.peoples@basf.com | Confidentiality Agreement | 05/20/2023 | $0 |
| Yield10 Bioscience, Inc. | BASF Agricultural Solutions Seed US LLC Scott Peoples Postal Address: BASF Corporation, P.O. Box 12014 2 TW Alexander Drive, Research Triangle Park, 27709, USA scott.peoples@basf.com | Confidentiality Agreement - Amendment 1 | 05/20/2024 | $0 |

| Debtor Entity | Counterparty | Contracts Description | | Cure Amount |
|---|---|---|---|---|
| Yield10 Bioscience, Inc. | Bayer CropScience LP (BCS) *Kara Isaak* Global Biofuel Strategy Lead Bayer U.S. LLC Crop Science Division Strategy & Sustainability 800 N Lindbergh Blvd. Creve Coeur, MO 63167 USA E-mail: Kara.isaak@bayer.com | Mutual Non-disclosure Agreement | 01/05/2024 | $0 |
| Yield10 Bioscience, Inc. | BP Products North America Inc. Allan Giumeelli, VP Boioethanol 2405 York Road, Ste 201, Lutherville Timonium, MD 21093 Bus Dev Contact: barrett.barr@bp.com | Confidentiality Agreement | 06/04/2024 | $0 |
| Yield10 Bioscience, Inc. | Bunge North America, Inc Louis Copeland 1391 Timberlake Manor parkway, MO 63017 luis.copeland@bunge.com | Confidentiality Agreement | 10/03/2022 | $0 |
| Yield10 Bioscience, Inc. | Camelina Company Espana S.L. Yuri Herreras Yambanis, Director Camino de la Carrera 11, nave 11, Fuente el Saz de Jarama, 28140, Spain Yuri.herreras@camelinacompany.es | Confidential Disclosure Agreement | 02/25/2021 | $0 |
| Yield10 Bioscience, Inc. | Campbell Farms & Livestock LLC Jeff Campbell 4588 Bailey Road, Arbon, Idaho 83212 jcfarms@gmail.com | Yield10 Camelina Stewardship Management Program[1] | 04/30/2024 | $0 |
| Yield10 Bioscience, Inc. | CAMSTAR, INC. Ron Schlenske PO Box 2671 Bigfork, MT 59911 | Confidential Disclosure Agreement | 02/01/2022 | $0 |

---

[1] This contract will be excluded from the Assumed Payables calculation.

| Debtor Entity | Counterparty | Contracts Description | | Cure Amount |
|---|---|---|---|---|
| Yield10 Bioscience, Inc. | Canaccord Genuity LLC<br>Marc Marano, Managing Director<br>Canaccord Genuity LLC<br>99 High Street, Boston, MA 02110<br><br>mmarano@cgf.com | Confidential Disclosure Agreement | 06/10/2024 | $0 |
| Yield10 Bioscience, Inc. | Canary Biofuels, Inc.<br>George Wadsworth<br><br>408, 322 11th Ave SW, Calgary, AB T2RoC5, Alberta, Canada | Confidential Disclosure Agreement | 10/21/2021 | $0 |
| Yield10 Bioscience, Inc. | Canopy Growth Corporation<br>Christelle Gedeon<br>Chief Legal Officer<br>Email: candice.bellamy@keyleaf.ca<br>118 Veterinary Road<br>Saskatoon, SK S7N 2R4 Canada<br>candice.bellamy@keyleaf.ca | Mutual Non-disclosure Agreement | 10/31/2023 | $0 |
| Yield10 Bioscience, Inc. | Canpressco<br>Trenna Derdall, President<br>626 Balmoral St., Saskatoon, SK., S7K0Y7<br>Email: trenna@canpressco.com | Confidential Disclosure Agreement | 03/19/2024 | $0 |
| Yield10 Bioscience, Inc. | Cargill, Incorporated<br>David VandenEinde, VP GEOS Global R&D lead<br>15407 McGinty Road West,<br>Wayzata, MN 55391<br>Abhishek_Bhardwaj@cargill.com | Mutual Confidentiality Agreement | 10/13/2023 | $0 |
| Yield10 Bioscience, Inc. | Cargill, Incorporated<br>David VandenEinde, VP GEOS Global R&D lead<br>15407 McGinty Road West,<br>Wayzata, MN 55391<br>Abhishek_Bhardwaj@cargill.com | Mutual Confidentiality Agreement | 01/19/2024 | $0 |

| Debtor Entity | Counterparty | Contracts Description | | Cure Amount |
|---|---|---|---|---|
| Yield10 Bioscience, Inc. | Cargill, Incorporated<br>David VandenEinde, VP GEOS Global R&D lead<br>15407 McGinty Road West,<br>Wayzata, MN 55391<br>Abhishek_Bhardwaj@cargill.com | Mutual Confidentiality Agreement | 07/14/2022 | $0 |
| Yield10 Bioscience, Inc. | CBIZ MHM, LLC<br>Michael O'Day, Managing Director<br>500 Boylston Street, Boston, MA 02116 | Confidential Disclosure Agreement | 08/15/2022 | $0 |
| Yield10 Bioscience, Inc. | Cermaq Group AS<br>Dronning Eufemias Gate 16, PO Box 144 Sentrum<br>0102 Oslo, Norway<br>Olai.einen@cermaq.com | Confidential Disclosure Agreement | 11/14/2023 | $0 |
| Yield10 Bioscience, Inc. | CGB Enterprises, Inc.<br>Kaleb Belzer<br>CGB Enterprises, Inc.<br>1127 Highway 190, East Service Road<br>Covington, LA 70433<br>kaleb.belzer@CGB.com | Confidential Disclosure Agreement | 01/23/2024 | $0 |
| Yield10 Bioscience, Inc. | Critereon Company, LLC   -   401K Plan related | Confidential Disclosure Agreement | 11/21/2022 | $0 |
| Yield10 Bioscience, Inc. | Delek US Energy, Inc.<br>Chad Schramek<br>Sr. Director, Strategic Business Development<br>Delek Companies<br>12700 Park Central Drive, Suite 700<br>Dallas, TX 75251<br>Chad.Schramek@delekus.com | Confidential Disclosure Agreement | 01/23/2023 | $0 |
| Yield10 Bioscience, Inc. | Deveron UAS Corp.<br>Karla Jackson Suite 200, 82 Richmond Street East<br>Toronto, On M5C 1P1, Canada<br>KJackson@deveron.com | Confidential Disclosure Agreement | 06/05/2020 | $0 |

| Debtor Entity | Counterparty | Contracts Description | | Cure Amount |
|---|---|---|---|---|
| Yield10 Bioscience, Inc. | DSM Nutritional Products, LLC, 555 Rolling Hills Ln, Winchester, KY 40391 Christopher Stowers, Sen Dir Biotechnology Ross Zirkle Ph.D. Director Biotechnology Scouting 6480 Dobbin Road Columbia Maryland 2104 Ross.Zirkle@dsm-firmenich.com | Materials Transfer Agreement | 01/10/2024 | $0 |
| Yield10 Bioscience, Inc. | DSM Nutritional Products, LLC 555 Rolling Hills Ln, Winchester, KY 40391 Christopher Stowers, Sen Dir Biotechnology Ross Zirkle Ph.D. Director Biotechnology Scouting 6480 Dobbin Road Columbia Maryland 2104 Ross.Zirkle@dsm-firmenich.com | Mutual Confidentiality Agreement | 11/13/2023 | $0 |
| Yield10 Bioscience, Inc. | Duane Johnson (Clearskies Biolubricants, Inc.) 113 Obrien Terrace, Bigfork, MT 59911, USA newcropper@outlook.com | Confidential Disclosure Agreement | 10/07/2019 | $0 |
| Yield10 Bioscience, Inc. | Elementa Foods Pedro Terrado – SeniorManager Paraguay 794 pterrado@elementafoods.com | Confidential Disclosure Agreement | 12/19/2023 | $0 |
| Yield10 Bioscience, Inc. | ENEOS Corporation Osama Iizuka, Executive Office, General Managar, Overseas Business Planning & Development 1-1-2 Ohtemachi, Chiyoda-ku, Tokyo 100-8162, Japan hisao.okuyama@eneosusa.com | Materials Transfer Agreement | 04/12/2023 | $0 |
| Yield10 Bioscience, Inc. | ENEOS Corporation Osama Iizuka, Executive Office, General Managar, Overseas Business Planning & Development 1-1-2 Ohtemachi, Chiyoda-ku, Tokyo 100-8162, Japan hisao.okuyama@eneosusa.com | Confidential Disclosure Agreement | 02/03/2023 | $0 |

| Debtor Entity | Counterparty | Contracts Description | | Cure Amount |
|---|---|---|---|---|
| Yield10 Bioscience, Inc. | Evogene Ltd.<br>Eyal Ronen<br>13 Gad Feinstein St., Rehovot, Israel<br>eyal.ronen@evogene.com | Confidential Disclosure Agreement | 01/10/2024 | $0 |
| Yield10 Bioscience, Inc. | Exxon Mobil Corporation<br>EMHC, 22777 Springwoods Village Parkway<br>Spring, Texas 77389<br>Attention Anant Patel<br>Anant.v.patel@exxonmobil.com<br>Chris Honsberger, Global Lead Bio-Feed Origination - AG<br><br>chris.d.honsberger@exxonmobil.com | Confidentiality Agreement | 03/23/2023 | $0 |
| Yield10 Bioscience, Inc. | ExxonMobil Technology and Engineering Company<br>EMHC, 22777 Springwoods Village Parkway<br>Spring, Texas 77389<br>Attention Anant Patel<br>Anant.v.patel@exxonmobil.com<br>Chris Honsberger, Global Lead Bio-Feed Origination – AG<br><br>chris.d.honsberger@exxonmobil.com | Confidentiality Agreement | 03/15/2024 | $0 |
| Yield10 Bioscience, Inc. | Farmer's Business Network, Inc.<br>Matthew Meisner<br>VP of R&D<br>388 El Camino Real<br>San Carlos, CA 94070<br>legal@farmersbusinessnetwork.com | Non-disclosure Agreement | 09/08/2021 | $0 |
| Yield10 Bioscience, Inc. | G2 Ag Research LLC<br>2429 Harold Drive<br>Idaho Falls, ID 83402<br>Corey_Dixon@G2AgResearch.com | 2023-24 Field Experiment Plan | 08/15/2023 | $0 |
| Yield10 Bioscience, Inc. | G2 Ag Research LLC<br>2429 Harold Drive<br>Idaho Falls, ID 83402 | Master Services Agreement | 08/22/2023 | $0 |

| Debtor Entity | Counterparty | Contracts Description | | Cure Amount |
|---|---|---|---|---|
| | Corey_Dixon@G2AgResearch.com | | | |
| Yield10 Bioscience, Inc. | GDM Argentina S.A<br>Manuel Mihura<br>Strategy and New Business Director<br>Monseñor Magliano 3061<br>San Isidro, Buenos Aires, B1642GLA, Argentina<br>mmihura@gdmseeds.com | Confidential Disclosure Agreement | 02/26/2024 | $0 |
| Yield10 Bioscience, Inc. | GDM Seeds<br>Manuel Mihura<br>Strategy and New Business Director<br>Monseñor Magliano 3061<br>San Isidro, Buenos Aires, B1642GLA, Argentina<br>mmihura@gdmseeds.com | First Amendment To The Research License Agreement | 09/05/2023 | $0 |
| Yield10 Bioscience, Inc. | GDM Seeds<br>Manuel Mihura<br>Strategy and New Business Director<br>Monseñor Magliano 3061<br>San Isidro, Buenos Aires, B1642GLA, Argentina<br>mmihura@gdmseeds.com | ARM Full Bundle License | 10/13/2023 | $0 |
| Yield10 Bioscience, Inc. | GENEWIZ, LLC<br>115 Corporate Drive South, Plainfield, NJ 07080<br>Denise Hoppaugh, Director Finance and Procurement<br>Denise.hoppaugh@brooks.com | Mutual Nondisclosure Agreement | 09/22/2021 | $0 |
| Yield10 Bioscience, Inc. | Global Agricultural Development Corporation<br>VP Business Development<br>219 East Chatham Street, Suite 200, Cary NC 27511 | Confidential Disclosure Agreement | 02/12/2020 | $0 |
| Yield10 Bioscience, Inc. | HATCH Blue Holding Ltd<br>Carsten Krome, Managing Partner<br>7/8 Liberty Street, Cork, Ireland<br>carsten@hatch.blue | Confidential Disclosure Agreement | 11/15/2023 | $0 |

| Debtor Entity | Counterparty | Contracts Description | | Cure Amount |
|---|---|---|---|---|
| Yield10 Bioscience, Inc. | Hawaii Agriculture Research Center<br>Stephanie Whalen, Executive Director<br>PO Box 100, Kunia, HI 96759 | Confidential Disclosure Agreement | 10/06/2022 | $0 |
| Yield10 Bioscience, Inc. | ICMS<br>Luanne Anderson<br>ICMS, Inc.<br>Box 67, Station Main, Saskatchewan Ave. E., Portage la Prairie, MB, Canada, R1N 3B2<br>anderson@icms-inc.com | 2023-24 Field Experiment Plan | 09/08/2023 | $0 |
| Yield10 Bioscience, Inc. | ICMS<br>Luanne Anderson<br>ICMS, Inc.<br>Box 67, Station Main, Saskatchewan Ave. E., Portage la Prairie, MB, Canada, R1N 3B2<br>anderson@icms-inc.com | Master Services Agreement | 09/05/2023 | $0 |
| Yield10 Oilseeds Inc. | Innovation Saskatchewan<br>Paula Ghiglione<br>Innovation Saskatchewan<br>Business Development Manager<br>210- 15 Innovation Boulevard<br>Saskatoon, SK  S7N 2X8<br>paula.ghiglione@innovationsask.ca | Gross Sublease | 11/19/2024 | $0 |
| Yield10 Bioscience, Inc. | Jeremy Scott Tax Law<br>168 Hobsons Lake Drive, Suite 301, Halifax, Nova Scotia, Canada | Confidential Disclosure Agreement | 09/08/2023 | $0 |
| Yield10 Bioscience, Inc. | Joseph Gunnar & Co. LLC<br>30 Broad Street, 11th Floor, New York, NY 1004<br>Stephanie Stein | Confidential Disclosure Agreement | 08/26/2022 | $0 |
| Yield10 Bioscience, Inc. | KayJay Ag Services<br>Aaron Carlson<br>KayJay Ag Services, Inc.<br>5351 County Road 81 S.<br>Horace, ND 58047 | Master Services Agreement | 04/22/2024 | $0 |

| Debtor Entity | Counterparty | Contracts Description | Cure Amount |
|---|---|---|---|
| | Aaron.Carlson@kayjayag.com | | |
| Yield10 Bioscience, Inc. | KayJay Ag Services<br>Aaron Carlson<br>KayJay Ag Services, Inc.<br>5351 County Road 81 S.<br>Horace, ND 58047<br>Aaron.Carlson@kayjayag.com | Work Order \| 2024 Field Experiment Plan          04/22/2024 | $0 |
| Yield10 Bioscience, Inc. | KD Pharma Group SA<br>Via Campagna 30, 6934 Bioggio, Switzerland<br>Robert Fronzoni, R&D Manager<br><br>roberto.fronzoni@kdpharmagroup.com | Confidential Disclosure Agreement          11/03/2023 | $0 |
| Yield10 Bioscience, Inc. | Knoell USA, LLC<br>Sally Feeley<br>General Manager<br>Christy Drive<br>Suite 102, Chadds Ford, PA 19317, USA<br>info@knoellusa.com | Non-disclosure Agreement          09/22/2022 | $0 |
| Yield10 Bioscience, Inc. | Koch Engineered Solutions LLC.<br>Jason Bootsma, Manager, Transformative Technology R&D<br>4111 E 37th St N., Wichita, Kansas 67220<br>jason.bootsma@kes.global | Confidential Disclosure Agreement          11/08/2021 | $0 |
| Yield10 Bioscience, Inc. | KWS SAAT SE & Co. KGaA<br>Dr. Stefan Schwartz, Head Innovation and Licensing<br>Henrik Hagemann, Project Manager<br>Grimsehlst, 31, Einnbeck, Germany, 37574<br>henrik.hagemann@kws.com | Confidential Disclosure Agreement          02/13/2020 | $0 |
| Yield10 Bioscience, Inc. | Lake Street Capital Markets, LLC<br>John Baumgartner \| Head of Capital Markets<br>Lake Street Capital Markets, LLC<br>920 Second Avenue South, Suite 700 \| Minneapolis, MN 55402<br>john.baumgartner@lakestreetcm.com | Mutual Confidentiality Agreement          08/26/2023 | $0 |

| Debtor Entity | Counterparty | Contracts Description | | Cure Amount |
|---|---|---|---|---|
| Yield10 Bioscience, Inc. | LG Chem, Ltd.<br>Hak Cheol (H.C.) Shin, CEO (Chief Executive Officer)<br>LG Twin Towers, 128, Yeoui-daero, Yeongdeungpo-gu, Seoul, 07336, Republic of Korea | Mutual Non-disclosure Agreement | 02/06/2023 | $0 |
| Yield10 Bioscience, Inc. | Louis Dreyfus Company LLC<br>Max Clegg, Head of New Company Ventures<br><br>40 Danbury Road, Wilton, CT 06897<br><br>MAX.CLEGG@ldc.com | Mutual Non-disclosure And Confidentiality Agreement | 06/12/2024 | $0 |
| Yield10 Bioscience, Inc. | Marcum LLP<br>Atn: General Council<br>10 Melville Park Road,<br>Melvillle, New York, 11747 | Non-disclosure Agreement | 02/19/2024 | $0 |
| Yield10 Bioscience, Inc. | Maxim Group LLC<br>Joseph Daneshgar<br>Senior Vice President | Investment Banking<br>300 Park Avenue, 16th Floor<br>New York, NY 10022<br>jdaneshgar@maximgrp.com | Non-Disclosure Agreement | 11/06/2023 | $0 |
| Yield10 Bioscience, Inc. | Mazars USA LLP<br>135 West 50th Street, New York, NY10020 | Mutual Nondisclosure Agreement | 02/19/2024 | $0 |
| Yield10 Bioscience, Inc. | Millborn Seeds, Inc.<br>David Kiesner, Director of Business Development<br>2132 32ND AVE. BROOKINGS, SD  57006<br>davidk@millbornseeds.com | Confidential Disclosure Agreement | 09/26/2022 | $0 |
| Yield10 Oilseeds Inc. | Minister of Agriculture and Agri-Food (AAFC)<br>Keith Hanson<br>Office of Intellectual Property and Commercialization<br>Agriculture and Agri-Food Canada<br>Saskatoon Research and Development Centre<br>107 Science Place | Non-Exclusive License for a Plant Variety | 01/27/2020 | $0 |

| Debtor Entity | Counterparty | Contracts Description | | Cure Amount |
|---|---|---|---|---|
| | Saskatoon, Saskatchewan S7N 0X2 keith.hanson@agr.gc.ca | | | |
| Yield10 Oilseeds Inc. | Minister of Agriculture and Agri-Food (AAFC) Keith Hanson Office of Intellectual Property and Commercialization Agriculture and Agri-Food Canada Saskatoon Research and Development Centre 107 Science Place Saskatoon, Saskatchewan S7N 0X2 keith.hanson@agr.gc.ca | Amendment No. 1 To Variety Licencing Agreement | 03/24/2021 | $0 |
| Yield10 Oilseeds Inc. | Minister of Agriculture and Agri-Food (AAFC) Keith Hanson Office of Intellectual Property and Commercialization Agriculture and Agri-Food Canada Saskatoon Research and Development Centre 107 Science Place Saskatoon, Saskatchewan S7N 0X2 keith.hanson@agr.gc.ca | Material Transfer Agreement | 04/08/2022 | $0 |
| Yield10 Oilseeds Inc. | Minister of Agriculture and Agri-Food (AAFC) Keith Hanson Office of Intellectual Property and Commercialization Agriculture and Agri-Food Canada Saskatoon Research and Development Centre 107 Science Place Saskatoon, Saskatchewan S7N 0X2 keith.hanson@agr.gc.ca | Material Transfer Agreement | 02/01/2020 | $0 |
| Yield10 Oilseeds Inc. | Minister of Agriculture and Agri-Food (AAFC) Keith Hanson Office of Intellectual Property and Commercialization Agriculture and Agri-Food Canada Saskatoon Research and Development Centre 107 Science Place Saskatoon, Saskatchewan S7N 0X2 | Standard Material Transfer Agreement | 02/12/2024 | $0 |

| Debtor Entity | Counterparty | Contracts Description | | Cure Amount |
|---|---|---|---|---|
| | keith.hanson@agr.gc.ca | | | |
| Yield10 Bioscience, Inc. | Mitsubishi Corporation (Americas) Yoshitaka Miyake Manager, Renewable Fuels Project Development Mitsubishi International Corporation 655 3rd Ave, New York, NY 100017, USA yoshitaka.miyake@mitsubishicorp.com | Four-way Confidentiality And Non-disclosure Agreement | 09/08/2023 | $0 |
| Yield10 Bioscience, Inc. | Mitsui & Co. (U.S.A.), Inc. Romi Mahdi Sr. Business Development Manager, Energy Dept. 1300 Post Oak Blvd Suite 1700 Houston TX 77056 R.madhi@mitsui.com | Mutual Non-disclosure Agreement | 04/10/2024 | $0 |
| Yield10 Bioscience, Inc. | National Research Council of Canada (NRC) Denise LeBlanc, Director General Aquatic and Crop Resource Development Research Center 1200 Montrreal Road, Ottawa, Ontario, K1A 0R6 | Material Transfer Agreement | 11/18/2021 | $0 |
| Yield10 Bioscience, Inc. | Nissui Corporation SEKIGUCHI Takayoshi Central Research Laboratory 1-32-3 Nanakuni, Hachioji, Tokyo, 192-0991 JAPAN takayoshi_sekiguchi@nissui.co.jp | Confidential Disclosure Agreement | 03/07/2024 | $0 |
| Yield10 Bioscience, Inc. | North Dakota State University Professor Marisol Berti  1735 NDSO Research Park Dr., Fargo, Northe Dakota 58105  marisol.berti@ndsu.edu | Confidential Disclosure Agreement | 04/18/2024 | $0 |
| Yield10 Bioscience, Inc. | NorthStar Genetics 41103 MacDonald Rd, 6E, Domain, Manitoba Travis Williams, VEO | Confidential Disclosure Agreement | 08/17/2022 | $0 |
| Yield10 Bioscience, Inc. | Nuseed Nutritional US Inc. 990 Riverside Parkway, Suite 140, West Sacramento, CA 95605 | License Agreement | 07/12/2024 | $0 |

| Debtor Entity | Counterparty | Contracts Description | | Cure Amount |
|---|---|---|---|---|
| Yield10 Bioscience, Inc. | Nuseed Nutritional US Inc.<br>990 Riverside Parkway, Suite 140, West Sacramento, CA 95605 | Confidentiality Agreement | 01/12/2024 | $0 |
| Yield10 Bioscience, Inc. | Nutreco<br>Robert van den Breemer<br>Sustainability and Procurement Director<br>N.V. Stationsstraat 77 3811 MH Amersfoort, The Netherlands<br>Bus Dev. Mette Lutcherath, Mette.Lutcherath@nutreco.com | Confidential Disclosure Agreement | 09/27/2023 | $0 |
| Yield10 Bioscience, Inc. | Nyrasta LLC<br>Ragu Bharadwaj, Principal<br>61 Peaceful Way, Tiverton, RI 02878 | Confidential Disclosure Agreement | 11/03/2021 | $0 |
| Yield10 Bioscience, Inc. | Par Pacific Holdings, Inc.<br>Jon Auerbach, VP Renewables825 Town & Country Lane, Suite 1500, Houston, TX 7704<br><br>JAuerbach@parpacific.com | Confidential Disclosure Agreement | 05/02/2023 | $0 |
| Yield10 Bioscience, Inc. | Peaker Energy Group, LLC<br>Matthew Joitis<br>10011 West Gulf Bank Road Ste B.<br>Houston, TX 77040 | Confidential Disclosure Agreement | 01/12/2021 | $0 |
| Yield10 Bioscience, Inc. | Performance Crop Research, LLC<br>Melissa Nelson, Owner/Operator<br>95 SW 20 RD, Great Bend, KS 67530<br>Performancecropresearch@gmail.com | 2023-24 Field Experiment Plan | 08/17/2023 | $0 |
| Yield10 Bioscience, Inc. | Performance Crop Research, LLC<br>Melissa Nelson, Owner/Operator<br>95 SW 20 RD, Great Bend, KS 67530<br>Performancecropresearch@gmail.com | Master Services Agreement | 08/23/2023 | $0 |
| Yield10 Bioscience, Inc. | Petro-Lubricant Testing Laboratories, Inc.<br>Josiaah Wintermute<br>116 Sunset Inn Road, P.O. Box 300 Lafayette, NJ 07848 | Materials Transfer Agreement | 12/22/2021 | $0 |

| Debtor Entity | Counterparty | Contracts Description | | Cure Amount |
|---|---|---|---|---|
| Yield10 Bioscience, Inc. | Petro-Lubricant Testing Laboratories, Inc. Josiaah Wintermute 116 Sunset Inn Road, P.O. Box 300 Lafayette, NJ 07848 | Confidential Disclosure Agreement | 12/21/2021 | $0 |
| Yield10 Bioscience, Inc. | Platform Genetics Inc. Dr. Michael Pautler Head of Genomics Services 4890 Victoria Avenue North, Box 4000 Vineland Station ON, L0R 2EO Michael.pautler@platformgenetics.ca | Framework Agreement On The Provision Of Contract Services | 04/25/2022 | $0 |
| Yield10 Bioscience, Inc. | POS Biosciences Corp. 118 Veterinary Road, Saskatoon, SK S7N 2R4 James Shields, Managing Director | Materials Transfer Agreement | 02/15/2024 | $0 |
| Yield10 Bioscience, Inc. | Regents of the University of Minnesota Colin Cureton Director of Adoption and Scaling Forever Green Initiative McNamara Alumin Center, 200 Oak Street SE, Suite 280, Minneapolis, MN 55455 Cure0012@umn.edu | First Amendment To Plant Material Testing Agreement | 02/15/2023 | $0 |
| Yield10 Bioscience, Inc. | Regents of the University of Minnesota Colin Cureton Director of Adoption and Scaling Forever Green Initiative McNamara Alumin Center, 200 Oak Street SE, Suite 280, Minneapolis, MN 55455 Cure0012@umn.edu | First Amendment To Plant Material Testing Agreement | 02/28/2023 | $0 |
| Yield10 Bioscience, Inc. | Regents of the University of Minnesota Colin Cureton Director of Adoption and Scaling Forever Green Initiative McNamara Alumin Center, 200 Oak Street SE, Suite 280, Minneapolis, MN 55455 Cure0012@umn.edu | Plant Material Testing Agreement | 08/25/2021 | $0 |

| Debtor Entity | Counterparty | Contracts Description | Cure Amount |
|---|---|---|---|
| Yield10 Bioscience, Inc. | Regents of the University of Minnesota Colin Cureton Director of Adoption and Scaling Forever Green Initiative McNamara Alumin Center, 200 Oak Street SE, Suite 280, Minneapolis, MN 55455 Cure0012@umn.edu | Plant Material Testing Agreement          08/27/2021 | $0 |
| Yield10 Bioscience, Inc. | Regents of the University of Minnesota Colin Cureton Director of Adoption and Scaling Forever Green Initiative McNamara Alumin Center, 200 Oak Street SE, Suite 280, Minneapolis, MN 55455 Cure0012@umn.edu | Plant Material Testing Agreement          08/27/2021 | $0 |
| Yield10 Bioscience, Inc. | Richter LLP FINANCE TEAM 181 bay Street #3510, Bay Wellington Tower, Toronto On M5J 2T3, Canada | Confidential Disclosure Agreement          03/30/2022 | $0 |
| Yield10 Bioscience, Inc. | Robert Kostek 10850 125th Ave NW, Crosby ND 58730 Kostek58730@yahoo.com | Yield10 Camelina Stewardship Management Program[2]          04/19/2024 | $0 |
| Yield10 Bioscience, Inc. | Rothamsted Research Limited Louise Warren West Common, Harpenden, Hertfordshire, Al5 2QL, England, UK. Louise.warren@rothamsted.ac.uk | License Agreement     06/12/2024 | $0 |
| Yield10 Bioscience, Inc. | Rothamsted Research Limited Louise Warren West Common, Harpenden, Hertfordshire, Al5 2QL, England, UK. Louise.warren@rothamsted.ac.uk | Materials Transfer Agreement          05/03/2022 | $0 |

---

[2] This contract will be excluded from the Assumed Payables calculation.

| Debtor Entity | Counterparty | Contracts Description | | Cure Amount |
|---|---|---|---|---|
| Yield10 Bioscience, Inc. | Rothamsted Research Limited<br>Louise Warren<br>West Common, Harpenden, Hertfordshire, Al5 2QL, England, UK.<br>Louise.warren@rothamsted.ac.uk | Non-Disclosure Agreement | 07/24/2024 | $0 |
| Yield10 Bioscience, Inc. | S&W Seed Company<br>Kirk Rolfs, VP Supply Chain<br>2101 Ken Pratt Blvd., Suite 201, Longmont, Co 80502<br><br>Steve Calhoun, Vice President for Research and Development<br>6615 Winfield Ave, Lubbock TX 79407<br>SteveCalhoun@swseedco.com | Material Transfer Agreement | 05/11/2021 | $0 |
| Yield10 Bioscience, Inc. | Saskatchewan Conservation Learning Centre (CLC)<br>Robin Lokken, Manager<br>Box 1903 Stn main, Prince Albert, SK S6V 6JN Canada | 2023-24 Field Experiment Plan | 08/29/2023 | $0 |
| Yield10 Bioscience, Inc. | SNPsaurus LLC<br>Eric Johnson, Owner<br>1892 Fairmount Blvd, Eugene, OR 97403<br>Eric@snpsaurus.com | Confidential Disclosure Agreement | 03/16/2022 | $0 |
| Yield10 Bioscience, Inc. | SNPsaurus LLC<br>Eric Johnston, Owner<br>1892 Fairmount blv., Eugene, Oregon 97403 | Confidential Disclosure Agreement | 02/07/2022 | $0 |
| Yield10 Bioscience, Inc. | Société des Produits Nestlé SA<br>Dr. -Ing. Gerhard Niederreiter<br>Head of Nestle Institute of Packaging Sciences, Nestle Research<br>Av. Nestle 55, CH-1800 Vevey, Switzerland<br>violette.bourg@rd.nestle.com | Confidentiality Agreement | 03/03/2022 | $0 |
| Yield10 Bioscience, Inc. | SouthEast Research Farm (SERF)<br>Lana Shaw, Executive Director<br>Box 129 Redvers, SK S0C 2HO, Canada<br>Lshaw.serf@gmail.com | Master Services Agreement | 08/29/2023 | $0 |
| Yield10 Bioscience, Inc. | Strategic Vision Consulting Ltd<br>Ron Pidsklalny, President<br>11312 057 Avenue NW, Edmonton, Alberta, Canada T6H 0Z9 | Confidential Disclosure Agreement | 03/14/2023 | $0 |

| Debtor Entity | Counterparty | Contracts Description | | Cure Amount |
|---|---|---|---|---|
| Yield10 Bioscience, Inc. | Strategic Vision Consulting Ltd<br>Ron Pidsklalny, President<br>11312 057 Avenue NW, Edmonton, Alberta, Canada T6H 0Z9 | Consulting Agreement | 3/31/2023 | $0 |
| Yield10 Bioscience, Inc. | Suntory Holdings Limited<br>Taro Kuzuno, Global Supply Solutions<br>Brian Golden, GM of Global Supply Solutions Department<br>Tamachi Station Tower N, 311 Shibaura, Minato ku, Tokyo, Japan<br>taro.kuzuno@suntory.com | Mutual Confidentiality Agreement | 05/01/2024 | $0 |
| Yield10 Bioscience, Inc. | Sustainable Oils, Inc.<br>Mike Karst, President<br>4401 Innovation Street, Great Falls, MT 594041-901-734-3245<br>Mike.karst@susoils.com | Mutual Non-disclosure Agreement | 01/18/2024 | $0 |
| Yield10 Bioscience, Inc. | The Broad Institute, Inc.<br>Alba Miranda-Ribera, Ph.D., MBA<br>Senior Licensing Associate - BD&L Transactions<br>Office of Strategic Alliances and Partnering<br>Broad Institute of MIT and Harvard / 75 Ames Street / Cambridge, MA 02142<br>amiranda@broadinstitute.org | Mutual Non-disclosure Agreement | 11/22/2022 | $0 |
| Yield10 Bioscience, Inc. | Thenell & Associates LLC<br>Scott Thenell<br>1182 Keaveny Court, Walnut Creek, California 94597<br>Scott@sthenell.com | Confidential Disclosure Agreement | 11/19/2019 | $0 |
| Yield10 Bioscience, Inc. | Tobin Scientific & Sons Moving and Storage, LLC<br>Zack Newman, Account Executive<br>39 Tozer Road, Beverly, MA 01915<br>tobinscientific.com<br>znewman@tobinscientific.com | Transportation and Storage Agreement | 11/25/2024 | $0 |
| Yield10 Bioscience, Inc. | Tobin Scientific<br>39 Tozer Road, Beverly, MA 01915 | Biorepository Services Agreement | 11/25/2024 | $0 |
| Yield10 Bioscience, Inc. | University of Missouri (Curators of the)<br>Samuel E. Bish, Ph.D.<br>Senior Technology Transfer Manager, Life Sciences | Exclusive License Agreement | 05/17/2018 | $0 |

| Debtor Entity | Counterparty | Contracts Description | Cure Amount |
|---|---|---|---|
| | Technology Advancement Office<br>1400 Rock Quarry Road \| Suite Q180 \| Columbia MO 65211<br>bishs@missouri.edu | | |
| Yield10 Bioscience, Inc. | University of Missouri (Curators of the)<br>Samuel E. Bish, Ph.D.<br>Senior Technology Transfer Manager, Life Sciences<br>Technology Advancement Office<br>1400 Rock Quarry Road \| Suite Q180 \| Columbia MO 65211<br>bishs@missouri.edu | Exclusive License Agreement - Amendment 1          04/08/2019 | $0 |
| Yield10 Bioscience, Inc. | University of Nebraska (Board of Regents)<br>Brad Roth, Assoc. Vice Chancellor for Tech. Development<br>1400 R St, Lincoln, NE 68588 | Material Transfer Agreement          07/16/2021 | $0 |
| Yield10 Bioscience, Inc. | USDA-ARS-WRRC<br>Charles lee, Research Chemist<br>800 Buchanan Street, Albany, California, 94710. | Confidential Disclosure Agreement          04/08/2020 | $0 |
| Yield10 Bioscience, Inc. | vCPO LLC<br>Gretchen Herault, Principal<br>4 Barilone Circle, Maynard, MA 01754 | Confidential Disclosure Agreement          02/22/2021 | $0 |
| Yield10 Bioscience, Inc. | Vision Bioenergy Oilseeds LLC<br>Attention: Brad Chambers, GMM<br><br>2101 Ken Pratt Blvd, Suite 101<br>Longmont, CO 80501, USA<br>brad.chambers@visionbioseeds.com | License And Service Fee Agreement          02/09/2024 | $0 |
| Yield10 Bioscience, Inc. | Vision Bioenergy Oilseeds LLC<br>2101 Ken Pratt Blvd, Suite 101, Longmont, CO 80501, USA | Stewardship Management Program          03/13/2024 | $0 |
| Yield10 Bioscience, Inc. | Vision Bioenergy Oilseeds LLC<br>2101 Ken Pratt Blvd, Suite 101, Longmont, CO 80501, USA | Confidential Disclosure Agreement          10/11/2023 | $0 |
| Yield10 Bioscience, Inc. | Washington State University<br>JESSY MCGOWAN<br>SENIOR TECHNOLOGY LICENSING ASSOCIATE | Mutual Confidential Disclosure Agreement          02/21/2024 | $0 |

| Debtor Entity | Counterparty | Contracts Description | | Cure Amount |
|---|---|---|---|---|
| | Office of Commercialization Office of Research Light 2980/286 PO Box 641060, Pullman, WA 99164 jessy.mcgowan@wsu.edu commercialization.wsu.edu | | | |
| Yield10 Bioscience, Inc. | Western Applied Research Corporation (WARC) Kayla Slind, Acting GM Box 89 Hwy 374 Scott SK S0K 4A0 SK Canada | 2023-24 Field Experiment Plan | 08/29/2023 | $0 |
| Yield10 Bioscience, Inc. | Western Applied Research Corporation (WARC) Kayla Slind, Acting GM Box 89 Hwy 374 Scott SK S0K 4A0 SK Canada | Master Services Agreement | 08/29/2023 | $0 |
| Yield10 Bioscience, Inc. | Wheatland Conservation Area (WCA) Amber Wall, Assistant Manager PO Box 2015 Swift Current, SK S9H 4M7, Canada | 2023-24 Field Experiment Plan | 08/28/2023 | $0 |
| Yield10 Bioscience, Inc. | Wheatland Conservation Area (WCA) Amber Wall, Assistant Manager PO Box 2015 Swift Current, SK S9H 4M7, Canada | Master Services Agreement | 08/28/2023 | $0 |
| Yield10 Bioscience, Inc. | Wincrest Capital 5 Pineapple Grove, Nassau, BS | Confidential Disclosure Agreement | 08/09/2023 | $0 |
| Yield10 Bioscience, Inc. | Wolf & Co. Matthew Vaughn, Principal 255 State Street, Boston, MA 02109 mvaughn@wolfandco.com | Confidential Disclosure Agreement | 02/05/2024 | $0 |
| Yield10 Bioscience, Inc. | 2010282 AB Ltd. (Kerschbaumer) Trevor Kerschbaumer PO Box 2369, Fairvie, Alberta T0H 1L0, Canada | Master Services Agreement | 09/27/2023 | $0 |
| Yield10 Bioscience, Inc. | AgGro Innovations LLC Trevor Jones, President 13002 Urbanna Ct., Cypress, TX 77429 trevor@aggroinnovations.com | Master Services Agreement | 11/14/2022 | $0 |
| Yield10 Bioscience, Inc. | Ag-Quest Holdings Ltd. Dana Maxwell, P.Ag., BSc. (Ag), MSc. . President & CEO | 2023 PNT Camelina Trial | 04/25/2023 | $0 |

| Debtor Entity | Counterparty | Contracts Description | Cure Amount |
|---|---|---|---|
| | Director of Plant Genetics Services<br>Ag-Quest Inc.<br>Box 144, Minto, Manitoba R0K 1M0<br>dana.maxwell@agquest.com | | |
| Yield10 Bioscience, Inc. | AgraServ, LLC<br>Steve Bergsten<br>2565 Freedom Lane, American Falls, ID 83211<br>www.agraserv.com | 2021 Camelina Seed & Germplasm Eval      06/15/2021 | $0 |
| Yield10 Bioscience, Inc. | AgraServ, LLC<br>Steve Bergsten<br>2565 Freedom Lane, American Falls, ID 83211<br>www.agraserv.com | 2023-24 Field Experiment Plan      07/31/2023 | $0 |
| Yield10 Bioscience, Inc. | AgraServ, LLC<br>Steve Bergsten<br>2565 Freedom Lane, American Falls, ID 83211<br>www.agraserv.com | Master Services Agreement      05/05/2023 | $0 |
| Yield10 Bioscience, Inc. | Conservation Learning Centre (CLC)<br>Saskatchewan Conservation Learning Centre (CLC)<br>Robin Lokken, Manager<br>Box 1903 Stn main, Prince Albert, SK S6V 6JN Canada | Master Services Agreement      08/29/2023 | $0 |
| Yield10 Bioscience, Inc. | Cropwise Research LLC<br>Brent Petersen, President and CEO<br>4981 2nd Street SE, St. Cloud, MN 56304, USA | Master Services Agreement      09/15/2022 | $0 |
| Yield10 Bioscience, Inc. | G2 Ag Research LLC<br>2429 Harold Drive , Idaho Falls, ID 83402<br>Corey_Dixon@G2AgResearch.com | Camelina Germplasm Evaluation & Herbicide Tolerance Trials      03/20/2021 | $0 |
| Yield10 Bioscience, Inc. | G2 Ag Research LLC<br>2429 Harold Drive , Idaho Falls, ID 83402<br>Corey_Dixon@G2AgResearch.com | Master Services Agreement      08/29/2022 | $0 |
| Yield10 Bioscience, Inc. | GDM Seeds<br>GDM Argentina S.A | Research License Agreement      08/10/2020 | $0 |

| Debtor Entity | Counterparty | Contracts Description | | Cure Amount |
|---|---|---|---|---|
| | Manuel Mihura, Strategy and New Business Director<br>Monseñor Magliano 3061<br>San Isidro, Buenos Aires, B1642GLA, Argentina<br><br>mmihura@gdmseeds.com | | | |
| Yield10 Bioscience, Inc. | Mackenzie Applied Research Association (MARA)<br>Sampath Walgama, Manager<br>5901 River Road, PO Box 646, Fort Vermilion, AB T0H 1NO, Canada<br>manager@mackenzieresearch.ca | 2023-24 Field Experiment Plan | 09/08/2023 | $0 |
| Yield10 Bioscience, Inc. | Mackenzie Applied Research Association (MARA)<br>Sampath Walgama, Manager<br>5901 River Road, PO Box 646, Fort Vermilion, AB T0H 1NO, Canada<br>manager@mackenzieresearch.ca | 2023-24 Field Experiment Plan | 09/08/2023 | $0 |
| Yield10 Bioscience, Inc. | Mackenzie Applied Research Association (MARA)<br>Sampath Walgama, Manager<br>5901 River Road, PO Box 646, Fort Vermilion, AB T0H 1NO, Canada<br>manager@mackenzieresearch.ca | Master Services Agreement | 09/08/2023 | $0 |
| Yield10 Oilseeds Inc. | Minister of Agriculture and Agri-Food (AAFC)<br>Keith Hanson<br>Office of Intellectual Property and Commercialization<br>Agriculture and Agri-Food Canada<br>Saskatoon Research and Development Centre<br>107 Science Place<br>Saskatoon, Saskatchewan S7N 0X2<br>keith.hanson@agr.gc.ca | Collaborative Research and Development Agreement and Amendment No. 1 | 09/13/2021 | $0 |
| Yield10 Bioscience, Inc. | Mortenson Farm Partners<br>Steve Mortenson<br>14018 48th Street NW, Williston, ND 58801<br>56smort@gmail.com | Yield10 Camelina Stewardship Management Program | 04/29/2024 | $0 |

| Debtor Entity | Counterparty | Contracts Description | Cure Amount |
|---|---|---|---|
| Yield10 Bioscience, Inc. | Rakochy Farms c/o Lauren Rakochy 117-425 115th Street East, Saskatoon, SK S7N2E5 l.rakochy@outlook.com | Camelina Sativa (Winter Type) Non-Regulated Seed Increase          09/07/2021 | $0 |
| Yield10 Bioscience, Inc. | Regents of the University of Minnesota Colin Cureton Director of Adoption and Scaling Forever Green Initiative University of Minnesota McNamara Alumin Center, 200 Oak Street SE, Suite 280, Minneapolis, MN 55455 Cure0012@umn.edu | Confirmation of Seed Destruction          07/12/2024 | $0 |
| Yield10 Bioscience, Inc. | Research Designed for Agriculture (RD4AG) AgraServ, LLC Steve Bergsten 2565 Freedom Lane, American Falls, ID 83211 | Work Agreement          04/23/2018 | $0 |
| Yield10 Bioscience, Inc. | Rothamsted Research Limited Louise Warren West Common, Harpenden, Hertfordshire, Al5 2QL, England, UK. Louise.warren@rothamsted.ac.uk | RNA-Sequencing Project SOW          07/05/2021 | $0 |
| Yield10 Bioscience, Inc. | S&W Seed Company Kirk Rolfs, VP Supply Chain 2101 Ken Pratt Blvd., Suite 201, Longmont, Co 80502 | Seed Production And Processing Services Agreement          04/20/2021 | $0 |
| Yield10 Bioscience, Inc. | SGS North America Inc Amanda, ver Helst201 Route 17 North, 7th Floor, Rutherfor, NJ 07070, USA | Master Services Agreement          09/20/2022 | $0 |
| Yield10 Bioscience, Inc. | SGS North America Inc Amanda, ver Helst201 Route 17 North, 7th Floor, Rutherfor, NJ 07070, USA | Work Order | 2022-23 Field Experiment Plan          09/15/2022 | $0 |
| Yield10 Bioscience, Inc. | South Dakota State University Christopher Graham, Associate Professor Dianne Naggy, AVP, Research Development & Admin | Master Services Agreement          08/26/2022 | $0 |

| Debtor Entity | Counterparty | Contracts Description | | Cure Amount |
|---|---|---|---|---|
| | Brookings, SD 57007 christopher.graham@sdstate.edu | | | |
| Yield10 Bioscience, Inc. | South Dakota State University Christopher Graham, Associate Professor

Dianne Naggy, AVP, Research Development & Admin Brookings, SD 57007 christopher.graham@sdstate.edu | Work Order | 2022-23 Field Experiment Plan | 08/31/2022 | $0 |
| Yield10 Bioscience, Inc. | South East Research Farm (SERF) Lana Shaw, Executive Director Box 129 Redvers, SK S0C 2HO, Canada Lshaw.serf@gmail.com | 2022 Field Experiment Plan - Camelina | 05/04/2022 | $0 |
| Yield10 Bioscience, Inc. | South East Research Farm (SERF) Lana Shaw, Executive Director Box 129 Redvers, SK S0C 2HO, Canada Lshaw.serf@gmail.com | 2023-24 Field Experiment Plan | 08/28/2023 | $0 |
| Yield10 Bioscience, Inc. | South East Research Farm (SERF) Lana Shaw, Executive Director Box 129 Redvers, SK S0C 2HO, Canada Lshaw.serf@gmail.com | Master Services Agreement | 08/19/2022 | $0 |
| Yield10 Bioscience, Inc. | South East Research Farm (SERF) Lana Shaw, Executive Director Box 129 Redvers, SK S0C 2HO, Canada Lshaw.serf@gmail.com | Work Order | 2022-23 Field Experiment Plan | 09/01/2022 | $0 |
| Yield10 Bioscience, Inc. | The Broad Institute, Inc. Alba Miranda-Ribera, Ph.D. / Licensing Associate / Office of Strategic Alliances and Partnering Broad Institute of MIT and Harvard / 75 Ames Street / Cambridge, MA 02142 amiranda@broadinstitute.org | License Side Letter | 04/04/2024 | $0 |
| Yield10 Bioscience, Inc. | Wellington Agricultural Research Ltd. Jamie Parnell, President 3 Grey Oak Drive, Guelph, ON N1L 1P1 | 2019 PNT Soybean Trials | 04/26/2019 | $0 |

| Debtor Entity | Counterparty | Contracts Description | | Cure Amount |
|---|---|---|---|---|
| Yield10 Bioscience, Inc. | Wellington Agricultural Research Ltd. Jamie Parnell, President 3 Grey Oak Drive, Guelph, ON N1L 1P1 | 2021 Camelina Germplasm Evaluation | 06/21/2021 | $0 |
| Yield10 Bioscience, Inc. | Westman Agricultural Diversification Organization (WADO) Scott Chalmers, Applied Research Specialist 139 Main St., Melita, MB R0M 1L0, Canada | Master Services Agreement | 09/07/2022 | $0 |