# Exhibit B

## (Blackline)

**SCHEDULE A**

**Cure Amounts**

| Debtor Entity | Counterparty | Contracts Description | | Cure Amount |
|---|---|---|---|---|
| Yield10 Bioscience, Inc. | A.G.P. /- Alliance- Global- Partners<br>Kareem Ali<br>590 Madison Ave., 28th Floor-\| New York, NY 10022<br>kali@allianceg.com \| www.allianceg.com | Mutual Confidentiality Agreement | 11/10/2023 | $0 |
| Yield10 Bioscience, Inc. | AdFarm US Inc.<br>Ally Bosch<br>140 Quarry Park Blvd SE, Suite 130 Calgary, AB T2C 3G3<br>ally.bosch@adfarm.com | Confidential Disclosure Agreement | 06/16/2022 | $0 |
| Yield10 Bioscience, Inc. | Ag-Quest Holdings Ltd.<br>Dana Maxwell, P.Ag., BSc. (Ag), MSc.<br>President & CEO<br>Director of Plant Genetics Services<br>Ag-Quest Inc.<br>Box 144, Minto, Manitoba R0K 1M0<br>dana.maxwell@agquest.com | 2023-24 Field Experiment Plan | 08/15/2023 | $0 |
| Yield10 Bioscience, Inc. | Ag-Quest Holdings Ltd.<br>Dana Maxwell, P.Ag., BSc. (Ag), MSc.<br>President & CEO<br>Director of Plant Genetics Services<br>Ag-Quest Inc.<br>Box 144, Minto, Manitoba R0K 1M0<br>dana.maxwell@agquest.com | Master Services Agreement | 09/22/2022 | $0 |
| Yield10 Bioscience, Inc. | Ag-Quest Holdings Ltd.<br>Dana Maxwell, P.Ag., BSc. (Ag), MSc.<br>President & CEO<br>Director of Plant Genetics Services<br>Ag-Quest Inc.<br>Box 144, Minto, Manitoba R0K 1M0<br>dana.maxwell@agquest.com | Confidential Disclosure Agreement | 10/20/2021 | $0 |

| Debtor Entity | Counterparty | Contracts Description | | Cure Amount |
|---|---|---|---|---|
| Yield10 Bioscience, Inc. | AgraServ, LLC<br>Steve Bergsten<br>AgraServ, LLC<br>2565 Freedom Lane<br>American Falls, ID 83211 | 2024 Field Experiment Plan | 04/24/2024 | $0 |
| Yield10 Bioscience, Inc. | AgraServ, LLC<br>Steve Bergsten<br>AgraServ, LLC<br>2565 Freedom Lane<br>American Falls, ID 83211<br>mobile- 208-427-4440<br>www.agraserv.com | Master Services Agreement | 08/23/2023 | $0 |
| Yield10 Bioscience, Inc. | AgraServ, LLC<br>Steve Bergsten<br>AgraServ, LLC<br>2565 Freedom Lane<br>American Falls, ID 83211<br>mobile- 208-427-4440<br>www.agraserv.com | Work Order \| 2024 Field Experiment Plan | 04/22/2024 | $0 |
| Yield10 Bioscience, Inc. | AgriThority LLC<br>TONY PARDO<br>*Global Director, Client Services*<br>11125 N. Ambassador Dr., Ste. 120<br>Kansas City, Missouri, 64153, USA<br>tony.pardo@agrithority.com | Master Services Agreement | 08/22/2023 | $0 |
| Yield10 Bioscience, Inc. | AgriThority LLC<br>TONY PARDO<br>*Global Director, Client Services*<br>11125 N. Ambassador Dr., Ste. 120<br>Kansas City, Missouri, 64153, USA<br>tony.pardo@agrithority.com | Work Order \| 2024 Spring Camelina Trials | 04/29/2024 | $0 |

| Debtor Entity | Counterparty | Contracts Description | | Cure Amount |
|---|---|---|---|---|
| Yield10 Bioscience, Inc. | AgriThority LLC TONY PARDO *Global Director, Client Services* 11125 N. Ambassador Dr., Ste. 120 Kansas City, Missouri, 64153, USA tony.pardo@agrithority.com | Mutual Confidential Disclosure Agreement | 06/16/2021 | $0 |
| Yield10 Bioscience, Inc. | American Airlines, Inc. Tom Opderbeck 1 Skyview Drive, Fort Worth, TX 76155 Senior Manager, Sustainability Tom.Opderbeck@aa.com | Mutual Non-disclosure Agreement | 12/15/2022 | $0 |
| Yield10 Bioscience, Inc. | Analome Inc David Kovalic 91 Washington Avenue, St. Louis, Missouri 63101 | Confidential Disclosure Agreement | 06/25/2021 | $0 |
| Yield10 Bioscience, Inc. | APAGROU SAS Carlos Rubione Yi 1445, Piso 3. CP11100 Montivideo, Montivideo Oriental del Uruguay – RUT218987240019 | Confidentiality Agreement - Appendix | 08/22/2022 | $0 |
| Yield10 Bioscience, Inc. | Archer-Daniels-Midland Company (ADM) Austin Williams Austin.williams@adm.com Kenneth Campbell President of NA Oil & Biodiesel 4666 Fairies Parkway, Decatur, IL 62526 | Confidentiality Agreement | 08/03/2022 | $0 |
| Yield10 Bioscience, Inc. | ARE-MA Region No. 20, LLC Attention: Corporate Secretary 385 E. Colorado Boulevard, Suite 299, Pasadena, CA 91101 | Confidential Disclosure Agreement | 12/04/2023 | $0 |
| Yield10 Bioscience, Inc. | Ash Creek Renewables LLC. John Cusick, CEO Ash Creek Renewables 175 Rennell Drive, Southport CT, 06890 E: jc@ashcreekrenewables.com | Confidential Disclosure Agreement | 08/31/2022 | $0 |

| Debtor Entity | Counterparty | Contracts Description | Cure Amount |
|---|---|---|---|
| Yield10 Bioscience, Inc. | Atmospheric and Environmental Research, Inc. (AER)<br>Guy Seeley, President<br>131 Hartwell Avenue<br>Lexington, MA 02421<br>Contact: Ned Snell, Executive ~~Vp~~VP<br>hsnell@AER.com | Confidential Disclosure Agreement          03/08/2023 | $0 |
| Yield10 Bioscience, Inc. | Atmospheric and Environmental Research, Inc. (AER)<br>Guy Seeley, President<br>131 Hartwell Avenue<br>Lexington, MA 02421<br>Contact: Ned Snell, Executive VP<br>hsnell@AER.com | Confidential Disclosure Agreement \| Amendment 1          05/05/2023 | $0 |
| Yield10 Bioscience, Inc. | Bartlett and Company, LP<br>Simon Buckner<br>4900 Main Street – Suite 1200<br>Kansas City, MO 64112 | Confidentiality Agreement          08/26/2022 | $0 |
| Yield10 Bioscience, Inc. | BASF Agricultural Solutions Seed US LLC<br>Scott Peoples<br>Postal Address: BASF Corporation, P.O. Box 12014<br>2 TW Alexander Drive, Research Triangle Park, 27709, USA<br>~~E-Mail:~~ scott.peoples@basf.com | Materials Transfer Agreement          02/29/2024 | $0 |
| Yield10 Bioscience, Inc. | BASF Agricultural Solutions Seed US LLC<br>Scott Peoples<br>Postal Address: BASF Corporation, P.O. Box 12014<br>2 TW Alexander Drive, Research Triangle Park, 27709, USA<br>scott.peoples@basf.com | Confidentiality Agreement          05/20/2023 | $0 |
| Yield10 Bioscience, Inc. | BASF Agricultural Solutions Seed US LLC<br>Scott Peoples<br>Postal Address: BASF Corporation, P.O. Box 12014<br>2 TW Alexander Drive, Research Triangle Park, 27709, USA<br>scott.peoples@basf.com | Confidentiality Agreement - Amendment 1          05/20/2024 | $0 |

| Debtor Entity | Counterparty | Contracts Description | Cure Amount |
|---|---|---|---|
| Yield10 Bioscience, Inc. | Bayer CropScience LP (BCS)<br>*Kara Isaak*<br>Global Biofuel Strategy Lead<br>Bayer U.S. LLC<br>Crop Science Division<br>Strategy & Sustainability<br>800 N Lindbergh Blvd.<br>Creve Coeur, MO 63167 USA<br>E-mail: Kara.isaak@bayer.com | Mutual Non-disclosure Agreement          01/05/2024 | $0 |
| Yield10 Bioscience, Inc. | BP Products North America Inc.<br>~~Barrett Barr~~<br><br>Allan Giumeelli, VP Boioethanol<br>2405 York Road, Ste 201, Lutherville Timonium, MD 21093<br>Bus Dev Contact: barrett.barr@bp.com | Confidentiality Agreement          06/04/2024 | $0 |
| Yield10 Bioscience, Inc. | Bunge North America, Inc<br>Louis Copeland<br>1391 Timberlake Manor parkway, MO 63017<br>luis.copeland@bunge.com | Confidentiality Agreement          10/03/2022 | $0 |
| Yield10 Bioscience, Inc. | Camelina Company Espana S.L.<br>Yuri Herreras Yambanis, Director<br>Camino de la Carrera 11, nave 11, Fuente el Saz de Jarama, 28140, Spain<br>Yuri.herreras@camelinacompany.es | Confidential Disclosure Agreement          02/25/2021 | $0 |
| Yield10 Bioscience, Inc. | Campbell Farms & Livestock LLC<br>Jeff Campbell<br>4588 Bailey Road,<br>Arbon, Idaho 83212<br>jcfarms@gmail.com | Yield10 Camelina Stewardship Management Program[1]          04/30/2024 | $0 |

---

[1] This contract will be excluded from the Assumed Payables calculation.

| Debtor Entity | Counterparty | Contracts Description | Cure Amount |
|---|---|---|---|
| Yield10 Bioscience, Inc. | CAMSTAR, INC.<br>Ron Schlenske<br>PO Box 2671<br>Bigfork, MT 59911 | Confidential Disclosure Agreement          02/01/2022 | $0 |
| Yield10 Bioscience, Inc. | Canaccord Genuity LLC<br>Marc Marano, Managing Director<br>Canaccord Genuity LLC<br>99 High Street, Boston, MA 02110<br><br>mmarano@cgf.com | Confidential Disclosure Agreement          06/10/2024 | $0 |
| Yield10 Bioscience, Inc. | Canary Biofuels, Inc.<br>George Wadsworth<br><br>408, 322 11th Ave SW, Calgary, AB T2RoC5, Alberta, Canada | Confidential Disclosure Agreement          10/21/2021 | $0 |
| Yield10 Bioscience, Inc. | Canopy Growth Corporation<br>Christelle Gedeon<br>Chief Legal Officer<br>candice.bellamy@keyleaf.caEmail: candice.bellamy@keyleaf.ca<br>118 Veterinary Road<br>Saskatoon, SK S7N 2R4 Canada<br>candice.bellamy@keyleaf.ca | Mutual Non-disclosure Agreement          10/31/2023 | $0 |
| Yield10 Bioscience, Inc. | Canpressco<br>Trenna Derdall, President<br>626 Balmoral St., Saskatoon, SK., S7K0Y7<br>Email: trenna@canpressco.com | Confidential Disclosure Agreement          03/19/2024 | $0 |
| Yield10 Bioscience, Inc. | Cargill, Incorporated<br>David VandenEinde, VP GEOS Global R&D lead<br>15407 McGinty Road West,<br>Wayzata, MN 55391<br>Abhishek_Bhardwaj@cargill.com | Mutual Confidentiality Agreement          10/13/2023 | $0 |
| Yield10 Bioscience, Inc. | Cargill, Incorporated<br><br>David VandenEinde, VP GEOS Global R&D lead | Mutual Confidentiality Agreement          01/19/2024 | $0 |

| Debtor Entity | Counterparty | Contracts Description | | Cure Amount |
|---|---|---|---|---|
| | 15407 McGinty Road West,<br>Wayzata, MN 55391<br>Abhishek_Bhardwaj@cargill.com | | | |
| Yield10 Bioscience, Inc. | Cargill, Incorporated<br><span style="color:red">David VandenEinde, VP GEOS Global R&D lead</span><br><span style="color:red">15407 McGinty Road West,</span><br><span style="color:red">Wayzata, MN 55391</span><br><span style="color:red">Abhishek_Bhardwaj@cargill.com</span> | Mutual Confidentiality Agreement | 07/14/2022 | $0 |
| Yield10 Bioscience, Inc. | CBIZ MHM, LLC<br>Michael O'Day, Managing Director<br>500 Boylston Street, Boston, MA 02116 | Confidential Disclosure Agreement | 08/15/2022 | $0 |
| Yield10 Bioscience, Inc. | Cermaq Group AS<br>Dronning Eufemias Gate 16, PO Box 144 Sentrum<br>0102 Oslo, Norway<br>Olai.einen@cermaq.com | Confidential Disclosure Agreement | 11/14/2023 | $0 |
| Yield10 Bioscience, Inc. | CGB Enterprises, Inc.<br>Kaleb Belzer<br>CGB Enterprises, Inc.<br>1127 Highway 190, East Service Road<br>Covington, LA  70433<br>kaleb.belzer@CGB.com | Confidential Disclosure Agreement | 01/23/2024 | $0 |
| Yield10 Bioscience, Inc. | Critereon Company, LLC   -   401K Plan related | Confidential Disclosure Agreement | 11/21/2022 | $0 |
| Yield10 Bioscience, Inc. | Delek US Energy, Inc.<br>Chad Schramek<br>Sr. Director, Strategic Business Development<br>Delek Companies<br>12700 Park Central Drive<br>, Suite 700<br>Dallas, TX 75251<br>Chad.Schramek@delekus.com | Confidential Disclosure Agreement | 01/23/2023 | $0 |

| Debtor Entity | Counterparty | Contracts Description | | Cure Amount |
|---|---|---|---|---|
| Yield10 Bioscience, Inc. | Deveron UAS Corp.<br>Karla Jackson Suite 200, 82 Richmond Street East<br>Toronto, On M5C 1P1, Canada<br>KJackson@deveron.com | Confidential Disclosure Agreement | 06/05/2020 | $0 |
| Yield10 Bioscience, Inc. | DSM Nutritional Products, LLC,<br>555 Rolling Hills Ln, Winchester, KY 40391<br>Christopher Stowers, Sen Dir Biotechnology<br>Ross Zirkle Ph.D.<br>Director Biotechnology Scouting<br>6480 Dobbin Road<br>Columbia Maryland 2104<br>Ross.Zirkle@dsm-firmenich.com | Materials Transfer Agreement | 01/10/2024 | $0 |
| Yield10 Bioscience, Inc. | DSM Nutritional Products, LLC<br>555 Rolling Hills Ln, Winchester, KY 40391<br>Christopher Stowers, Sen Dir Biotechnology<br>Ross Zirkle Ph.D.<br>Director Biotechnology Scouting<br>6480 Dobbin Road<br>Columbia Maryland 2104<br>Ross.Zirkle@dsm-firmenich.com | Mutual Confidentiality Agreement | 11/13/2023 | $0 |
| Yield10 Bioscience, Inc. | Duane Johnson (Clearskies Biolubricants, Inc.)<br>113 Obrien Terrace, Bigfork, MT 59911, USA<br>newcropper@outlook.com | Confidential Disclosure Agreement | 10/07/2019 | $0 |
| Yield10 Bioscience, Inc. | Elementa Foods<br>Pedro Terrado – SeniorManager,<br>Paraguay 794<br>pterrado@elementafoods.com | Confidential Disclosure Agreement | 12/19/2023 | $0 |
| Yield10 Bioscience, Inc. | ENEOS Corporation<br>Osama Iizuka, Executive Office, General Managar, Overseas Business Planning & Development<br>1-1-2 Ohtemachi, Chiyoda-ku, Tokyo 100-8162, Japan<br>hisao.okuyama@eneosusa.com | Materials Transfer Agreement | 04/12/2023 | $0 |

| Debtor Entity | Counterparty | Contracts Description | | Cure Amount |
|---|---|---|---|---|
| Yield10 Bioscience, Inc. | ENEOS Corporation<br>Osama Iizuka, Executive Office, General Managar, Overseas Business Planning & Development<br>1-1-2 Ohtemachi, Chiyoda-ku, Tokyo 100-8162, Japan<br>hisao.okuyama@eneosusa.com | Confidential Disclosure Agreement | 02/03/2023 | $0 |
| Yield10 Bioscience, Inc. | Evogene Ltd.<br>Eyal Ronen<br>13 Gad Feinstein St., Rehovot, Israel<br>eyal.ronen@evogene.com | Confidential Disclosure Agreement | 01/10/2024 | $0 |
| Yield10 Bioscience, Inc. | Exxon Mobil Corporation<br>EMHC, 22777 Springwoods Village Parkway<br>Spring, Texas 77389<br>Attention Anant Patel<br>Anant.v.patel@exxonmobil.com<br><br>Chris Honsberger, Global Lead Bio-Feed Origination - AG<br><br>chris.d.honsberger@exxonmobil.com | Confidentiality Agreement | 03/23/2023 | $0 |
| Yield10 Bioscience, Inc. | ExxonMobil Technology and Engineering Company<br>EMHC, 22777 Springwoods Village Parkway<br>Spring, Texas 77389<br>Attention Anant Patel<br>Anant.v.patel@exxonmobil.com<br>Chris Honsberger, Global Lead Bio-Feed Origination – AG<br><br>chris.d.honsberger@exxonmobil.com | Confidentiality Agreement | 03/15/2024 | $0 |
| Yield10 Bioscience, Inc. | Farmer's Business Network, Inc.<br>Matthew Meisner<br>VP of R&D<br>388 El Camino Real<br>San Carlos, CA 94070<br>legal@farmersbusinessnetwork.com | Non-disclosure Agreement | 09/08/2021 | $0 |

| Debtor Entity | Counterparty | Contracts Description | | Cure Amount |
|---|---|---|---|---|
| Yield10 Bioscience, Inc. | G2 Ag Research LLC<br>2429 Harold Drive<br>Idaho Falls, ID 83402<br>Corey_Dixon@G2AgResearch.com | 2023-24 Field Experiment Plan | 08/15/2023 | $0 |
| Yield10 Bioscience, Inc. | G2 Ag Research LLC<br>2429 Harold Drive<br>Idaho Falls, ID 83402<br>Corey_Dixon@G2AgResearch.com | Master Services Agreement | 08/22/2023 | $0 |
| Yield10 Bioscience, Inc. | GDM Argentina S.A<br>Manuel- Mihura<br>Strategy- and- New- Business- Director<br>Monseñor Magliano 3061<br>San Isidro, Buenos Aires, B1642GLA, Argentina<br>mmihura@gdmseeds.com<br>Monseñor Magliano 3061<br>San Isidro, Buenos Aires, Argentina<br>gdmseeds.com | Confidential Disclosure Agreement | 02/26/2024 | $0 |
| Yield10 Bioscience, Inc. | GDM Seeds<br>Manuel Mihura<br>Strategy and New Business Director<br>Monseñor Magliano 3061<br>San Isidro, Buenos Aires, B1642GLA, Argentina<br>mmihura@gdmseeds.com | First Amendment To The Research License Agreement | 09/05/2023 | $0 |
| Yield10 Bioscience, Inc. | GDM Seeds<br>Manuel Mihura<br>Strategy and New Business Director<br>Monseñor Magliano 3061<br>San Isidro, Buenos Aires, B1642GLA, Argentina<br>mmihura@gdmseeds.com | ARM Full Bundle License | 10/13/2023 | $0 |
| Yield10 Bioscience, Inc. | GENEWIZ, LLC<br>115 Corporate Drive South, Plainfield, NJ 07080<br>Denise Hoppaugh, Director Finance and Procurement<br>Denise.hoppaugh@brooks.com | Mutual Nondisclosure Agreement | 09/22/2021 | $0 |

| Debtor Entity | Counterparty | Contracts Description | Cure Amount |
|---|---|---|---|
| Yield10 Bioscience, Inc. | Global Agricultural Development Corporation<br>VP Business Development<br>219 East Chatham Street, Suite 200, Cary NC 27511<br>~~VP Business Development~~ | Confidential Disclosure Agreement          02/12/2020 | $0 |
| Yield10 Bioscience, Inc. | HATCH Blue Holding Ltd<br>Carsten Krome, Managing Partner<br>7/8 Liberty Street, Cork, Ireland<br>carsten@hatch.blue | Confidential Disclosure Agreement          11/15/2023 | $0 |
| Yield10 Bioscience, Inc. | Hawaii Agriculture Research Center<br>~~PO Box 100, Kunia, HI 96759~~<br>Stephanie Whalen, Executive Director<br>PO Box 100, Kunia, HI 96759 | Confidential Disclosure Agreement          10/06/2022 | $0 |
| Yield10 Bioscience, Inc. | ICMS<br>Luanne Anderson<br>ICMS, Inc.<br>Box 67, Station Main, Saskatchewan Ave. E., Portage la Prairie, MB, Canada, R1N 3B2<br>anderson@icms-inc.com | 2023-24 Field Experiment Plan          09/08/2023 | $0 |
| Yield10 Bioscience, Inc. | ICMS<br>Luanne Anderson<br>ICMS, Inc.<br>Box 67, Station Main, Saskatchewan Ave. E., Portage la Prairie, MB, Canada, R1N 3B2<br>~~Luanne Anderson~~<br>~~ICMS, Inc.~~<br>anderson@icms-inc.com | Master Services Agreement          09/05/2023 | $0 |
| Yield10 ~~Bioscience,~~ Oilseeds Inc. | Innovation Saskatchewan<br>Paula Ghiglione<br>Innovation Saskatchewan<br>Business Development Manager<br>210 ~~-~~ 15 Innovation Boulevard<br>Saskatoon, SK  S7N 2X8<br>paula.ghiglione@innovationsask.ca | Gross Sublease          11/19/2024 | $0 |

| Debtor Entity | Counterparty | Contracts Description | Cure Amount |
|---|---|---|---|
| Yield10 Bioscience, Inc. | Jeremy Scott Tax Law<br>168 Hobsons Lake Drive, Suite 301, Halifax, Nova Scotia, Canada | Confidential Disclosure Agreement          09/08/2023 | $0 |
| Yield10 Bioscience, Inc. | Joseph Gunnar & Co. LLC<br>30 Broad Street, 11ᵗʰ Floor, New York, NY 1004<br>Stephanie Stein | Confidential Disclosure Agreement          08/26/2022 | $0 |
| Yield10 Bioscience, Inc. | KayJay Ag Services<br>Aaron Carlson<br>KayJay~ Ag Services, Inc.<br>5351 County Road 81 S.<br>Horace, ND 58047<br>e: Aaron.Carlson@kayjayag.com Aaron.Carlson@kayjayag.com | Master Services Agreement          04/22/2024 | $0 |
| Yield10 Bioscience, Inc. | KayJay Ag Services<br>Aaron Carlson<br>KayJay Ag Services, Inc.<br>5351 County Road 81 S.<br>Horace, ND 58047<br>Aaron.Carlson@kayjayag.com | Work Order | 2024 Field Experiment Plan          04/22/2024 | $0 |
| Yield10 Bioscience, Inc. | KD Pharma Group SA<br>Via Campagna 30, 6934 Bioggio, Switzerland<br>Robert Fronzoni, R&D Manager<br><br>roberto.fronzoni@kdpharmagroup.com | Confidential Disclosure Agreement          11/03/2023 | $0 |
| Yield10 Bioscience, Inc. | Knoell USA, LLC<br>Sally Feeley<br>General Manager<br>Christy Drive<br>Suite 102<br>. Chadds Ford, PA 19317, USA<br>info@knoellusa.com | Non-disclosure Agreement          09/22/2022 | $0 |
| Yield10 Bioscience, Inc. | Koch Engineered Solutions LLC.<br>4111 E 37ᵗʰ St N., Wichita, Kansas 67220<br>Jason Bootsma, Manager, Transformative Technology R&D | Confidential Disclosure Agreement          11/08/2021 | $0 |

| Debtor Entity | Counterparty | Contracts Description | Cure Amount |
|---|---|---|---|
| | 4111 E 37th St N., Wichita, Kansas 67220 <br> jason.bootsma@kes.global | | |
| Yield10 Bioscience, Inc. | KWS SAAT SE & Co. KGaA <br> Dr. Stefan Schwartz, Head Innovation and Licensing <br> Henrik Hagemann, Project Manager <br> Grimsehlst, 31, Einnbeck, Germany, 37574 <br> henrik.hagemann@kws.com | Confidential Disclosure Agreement          02/13/2020 | $0 |
| Yield10 Bioscience, Inc. | Lake Street Capital Markets, LLC <br> John Baumgartner \| Head of Capital Markets <br> Lake Street Capital Markets, LLC <br> 920 Second Avenue South, Suite 700 \| Minneapolis, MN 55402 <br> E: john.baumgartner@lakestreetcm.com | Mutual Confidentiality Agreement          08/26/2023 | $0 |
| Yield10 Bioscience, Inc. | LG Chem, Ltd. <br> Hak Cheol (H.C.) Shin, CEO (Chief Executive Officer) <br> LG Twin Towers, 128, Yeoui-daero, Yeongdeungpo-gu, Seoul, 07336, Republic of Korea <br> Hak Cheol (H.C.) Shin, CEO (Chief Executive Officer) | Mutual Non-disclosure Agreement          02/06/2023 | $0 |
| Yield10 Bioscience, Inc. | Louis Dreyfus Company LLC <br> Max Clegg, Head of New Company Ventures <br><br> 40 Danbury Road, Wilton, CT 06897 <br><br> MAX.CLEGG@ldc.com | Mutual Non-disclosure And Confidentiality Agreement          06/12/2024 | $0 |
| Yield10 Bioscience, Inc. | Marcum LLP <br> Atn: General Council <br> 10 Melville Park Road, <br> Melvillle, New York, 11747 <br> Atn: General Council | Non-disclosure Agreement          02/19/2024 | $0 |
| Yield10 Bioscience, Inc. | Maxim Group LLC <br> Joseph Daneshgar <br> Senior Vice President \| Investment Banking <br> Maxim Group LLC <br> 300 Park Avenue, 16th Floor | Non-Disclosure Agreement          11/06/2023 | $0 |

| Debtor Entity | Counterparty | Contracts Description | Cure Amount |
|---|---|---|---|
| | New York, NY 10022<br>jdaneshgar@maximgrp.com | | |
| Yield10 Bioscience, Inc. | Mazars USA LLP<br>135 West 50th Street, New York, NY10020 | Mutual Nondisclosure Agreement    02/19/2024 | $0 |
| Yield10 Bioscience, Inc. | Millborn Seeds, Inc.<br>David Kiesner, Director of Business Development<br>2132 32ND AVE. BROOKINGS, SD  57006<br>davidk@millbornseeds.com | Confidential Disclosure Agreement    09/26/2022 | $0 |
| Yield10 Bioscience,Oilseeds Inc. | Minister of Agriculture and Agri-Food (AAFC)<br>Keith Hanson<br>Office of Intellectual Property and Commercialization<br>Agriculture and Agri-Food Canada<br>Saskatoon Research and Development Centre<br>107 Science Place<br>Saskatoon, Saskatchewan S7N 0X2<br>keith.hanson@agr.gc.ca | Non-Exclusive License for a Plant Variety    01/27/2020 | $0 |
| Yield10 Bioscience,Oilseeds Inc. | Minister of Agriculture and Agri-Food (AAFC)<br>Keith Hanson<br>Office of Intellectual Property and Commercialization<br>Agriculture and Agri-Food Canada<br>Saskatoon Research and Development Centre<br>107 Science Place<br>Saskatoon, Saskatchewan S7N 0X2<br>keith.hanson@agr.gc.ca | Amendment No. 1 To Variety Licencing Agreement    03/24/2021 | $0 |
| Yield10 Bioscience,Oilseeds Inc. | Minister of Agriculture and Agri-Food (AAFC)<br>Keith Hanson<br>Office of Intellectual Property and Commercialization<br>Agriculture and Agri-Food Canada<br>Saskatoon Research and Development Centre<br>107 Science Place<br>Saskatoon, Saskatchewan S7N 0X2<br>keith.hanson@agr.gc.ca | Material Transfer Agreement    04/08/2022 | $0 |

| Debtor Entity | Counterparty | Contracts Description | Cure Amount |
|---|---|---|---|
| Yield10 ~~Bioscience,~~Oilseeds Inc. | Minister of Agriculture and Agri-Food (AAFC) Keith Hanson Office of Intellectual Property and Commercialization Agriculture and Agri-Food Canada Saskatoon Research and Development Centre 107 Science Place Saskatoon, Saskatchewan S7N 0X2 keith.hanson@agr.gc.ca | Material Transfer Agreement          02/01/2020 | $0 |
| Yield10 ~~Bioscience,~~Oilseeds Inc. | Minister of Agriculture and Agri-Food (AAFC) Keith Hanson Office of Intellectual Property and Commercialization Agriculture and Agri-Food Canada Saskatoon Research and Development Centre 107 Science Place Saskatoon, Saskatchewan S7N 0X2 keith.hanson@agr.gc.ca | Standard Material Transfer Agreement    02/12/2024 | $0 |
| Yield10 Bioscience, Inc. | Mitsubishi Corporation (Americas) Yoshitaka Miyake Manager, Renewable Fuels Project Development Mitsubishi International Corporation 655 3rd Ave, New York, NY 100017, USA yoshitaka.miyake@mitsubishicorp.com | Four-way Confidentiality And Non-disclosure Agreement          09/08/2023 | $0 |
| Yield10 Bioscience, Inc. | Mitsui & Co. (U.S.A.), Inc. Romi Mahdi Sr. Business Development Manager, Energy Dept. ~~Mitsui & Co.(U.S.A.),Inc.~~ 1300 Post Oak Blvd Suite 1700 Houston TX 77056 R.madhi@mitsui.com | Mutual Non-disclosure Agreement          04/10/2024 | $0 |
| Yield10 Bioscience, Inc. | National Research Council of Canada (NRC) Denise LeBlanc, Director General Aquatic and Crop Resource Development Research Center 1200 Montrreal Road, Ottawa, Ontario, K1A 0R6 | Material Transfer Agreement          11/18/2021 | $0 |

| Debtor Entity | Counterparty | Contracts Description | Cure Amount |
|---|---|---|---|
| Yield10 Bioscience, Inc. | Nissui Corporation<br>SEKIGUCHI Takayoshi<br>Central Research Laboratory<br>~~Nissui Corporation~~<br>1-32-3 Nanakuni, Hachioji, Tokyo<br>, 192-0991 JAPAN<br>takayoshi_sekiguchi@nissui.co.jp | Confidential Disclosure Agreement          03/07/2024 | $0 |
| Yield10 Bioscience, Inc. | North Dakota State University<br>Professor Marisol Berti<br><br>1735 NDSO Research Park Dr., Fargo, Northe Dakota 58105<br><br>marisol.berti@ndsu.edu | Confidential Disclosure Agreement          04/18/2024 | $0 |
| Yield10 Bioscience, Inc. | NorthStar Genetics<br>41103 MacDonald Rd, 6E, Domain, Manitoba<br>Travis Williams, VEO | Confidential Disclosure Agreement          08/17/2022 | $0 |
| Yield10 Bioscience, Inc. | Nuseed Nutritional US Inc.<br>990 Riverside Parkway, Suite 140, West Sacramento, CA 95605 | License Agreement     07/12/2024 | $0 |
| Yield10 Bioscience, Inc. | Nuseed Nutritional US Inc.<br>990 Riverside Parkway, Suite 140, West Sacramento, CA 95605 | Confidentiality Agreement          01/12/2024 | $0 |
| Yield10 Bioscience, Inc. | Nutreco<br>Robert van den Breemer<br>Sustainability and Procurement Director<br>N.V. Stationsstraat 77 3811 MH Amersfoort, The Netherlands<br>Bus Dev. Mette Lutcherath, Mette.Lutcherath@nutreco.com | Confidential Disclosure Agreement          09/27/2023 | $0 |
| Yield10 Bioscience, Inc. | Nyrasta LLC<br>Ragu Bharadwaj, Principal<br>61 Peaceful Way, Tiverton, RI 02878 | Confidential Disclosure Agreement          11/03/2021 | $0 |
| Yield10 Bioscience, Inc. | Par Pacific Holdings, Inc.<br>Jon Auerbach, VP ~~Renewables~~Renewables825 Town & Country Lane, Suite 1500, Houston, TX 7704<br><br>JAuerbach@parpacific.com | Confidential Disclosure Agreement          05/02/2023 | $0 |

| Debtor Entity | Counterparty | Contracts Description | | Cure Amount |
|---|---|---|---|---|
| Yield10 Bioscience, Inc. | Peaker Energy Group, LLC Matthew Joitis 10011 West Gulf Bank Road Ste B. Houston, TX 77040 Matthew Joitis | Confidential Disclosure Agreement | 01/12/2021 | $0 |
| Yield10 Bioscience, Inc. | Performance Crop Research, LLC Melissa Nelson, Owner/Operator 95 SW 20 RD, Great Bend, KS 67530 Performancecropresearch@gmail.com | 2023-24 Field Experiment Plan | 08/17/2023 | $0 |
| Yield10 Bioscience, Inc. | Performance Crop Research, LLC Melissa Nelson, Owner/Operator 95 SW 20 RD, Great Bend, KS 67530 Performancecropresearch@gmail.com | Master Services Agreement | 08/23/2023 | $0 |
| Yield10 Bioscience, Inc. | Petro-Lubricant Testing Laboratories, Inc. Josiaah Wintermute 116 Sunset Inn Road, P.O. Box 300 Lafayette, NJ 07848 Josiaah Wintermute | Materials Transfer Agreement | 12/22/2021 | $0 |
| Yield10 Bioscience, Inc. | Petro-Lubricant Testing Laboratories, Inc. Josiaah Wintermute 116 Sunset Inn Road, P.O. Box 300 Lafayette, NJ 07848 | Confidential Disclosure Agreement | 12/21/2021 | $0 |
| Yield10 Bioscience, Inc. | Platform Genetics Inc. Dr. Michael Pautler Head of Genomics Services 4890 Victoria Avenue North, Box 4000 Vineland Station ON, L0R 2E0 Michael.pautler@platformgenetics.ca | Framework Agreement On The Provision Of Contract Services | 04/25/2022 | $0 |
| Yield10 Bioscience, Inc. | POS Biosciences Corp. 118 Veterinary Road, Saskatoon, SK S7N 2R4 James Shields, Managing Director | Materials Transfer Agreement | 02/15/2024 | $0 |
| Yield10 Bioscience, Inc. | Regents of the University of Minnesota Colin Cureton | First Amendment To Plant Material Testing Agreement | 02/15/2023 | $0 |

| Debtor Entity | Counterparty | Contracts Description | | Cure Amount |
|---|---|---|---|---|
| | Director of Adoption and Scaling<br>Forever Green Initiative<br>University of Minnesota<br>McNamara Alumin Center, 200 Oak Street SE, Suite 280, Minneapolis, MN 55455<br>Cure0012@umn.edu | | | |
| Yield10 Bioscience, Inc. | Regents of the University of Minnesota<br>Colin Cureton<br>Director of Adoption and Scaling<br>Forever Green Initiative<br>McNamara Alumin Center, 200 Oak Street SE, Suite 280, Minneapolis, MN 55455<br>Cure0012@umn.edu | First Amendment To Plant Material Testing Agreement | 02/28/2023 | $0 |
| Yield10 Bioscience, Inc. | Regents of the University of Minnesota<br>Colin Cureton<br>Director of Adoption and Scaling<br>Forever Green Initiative<br>McNamara Alumin Center, 200 Oak Street SE, Suite 280, Minneapolis, MN 55455<br>Cure0012@umn.edu | Plant Material Testing Agreement | 08/25/2021 | $0 |
| Yield10 Bioscience, Inc. | Regents of the University of Minnesota<br>Colin Cureton<br>Director of Adoption and Scaling<br>Forever Green Initiative<br>McNamara Alumin Center, 200 Oak Street SE, Suite 280, Minneapolis, MN 55455<br>Cure0012@umn.edu | Plant Material Testing Agreement | 08/27/2021 | $0 |
| Yield10 Bioscience, Inc. | Regents of the University of Minnesota<br>Colin Cureton<br>Director of Adoption and Scaling<br>Forever Green Initiative<br>McNamara Alumin Center, 200 Oak Street SE, Suite 280, Minneapolis, MN 55455 | Plant Material Testing Agreement | 08/27/2021 | |

| Debtor Entity | Counterparty | Contracts Description | Cure Amount |
|---|---|---|---|
| | Cure0012@umn.edu | | |
| Yield10 Bioscience, Inc. | Richter LLP – FINANCE TEAM 181 bay Street #3510, Bay Wellington Tower, Toronto On M5J 2T3, Canada | Confidential Disclosure Agreement         03/30/2022 | $0 |
| Yield10 Bioscience, Inc. | Robert Kostek 10850 125th Ave NW, Crosby ND 58730 Kostek58730@yahoo.com | Yield10 Camelina Stewardship Management Program[2]         04/19/2024 | $0 |
| Yield10 Bioscience, Inc. | Rothamsted Research Limited Louise Warren West Common, Harpenden, Hertfordshire, Al5 2QL, England, UK. Louise.warren@rothamsted.ac.uk | License Agreement     06/12/2024 | $0 |
| Yield10 Bioscience, Inc. | Rothamsted Research Limited Louise Warren West Common, Harpenden, Hertfordshire, Al5 2QL, England, UK. Louise.warren@rothamsted.ac.uk | Materials Transfer Agreement         05/03/2022 | $0 |
| Yield10 Bioscience, Inc. | Rothamsted Research Limited Louise Warren West Common, Harpenden, Hertfordshire, Al5 2QL, England, UK. Louise.warren@rothamsted.ac.uk | Non-Disclosure Agreement         07/24/2024 | $0 |
| Yield10 Bioscience, Inc. | S&W Seed Company Kirk Rolfs, VP Supply Chain 2101 Ken Pratt Blvd., Suite 201, Longmont, Co 80502 Kirk Rolfs, VP Supply Chain  Steve Calhoun , Vice President for Research and Development 6615 Winfield Ave , Lubbock TX 79407 SteveCalhoun@swseedco.com | Material Transfer Agreement         05/11/2021 | $0 |

---

[2] This contract will be excluded from the Assumed Payables calculation.

| Debtor Entity | Counterparty | Contracts Description | | Cure Amount |
|---|---|---|---|---|
| Yield10 Bioscience, Inc. | Saskatchewan Conservation Learning Centre (CLC) <br> Robin Lokken, Manager <br> Box 1903 Stn main, Prince Albert, SK S6V 6JN Canada <br> Robin Lokken, Manager | 2023-24 Field Experiment Plan | 08/29/2023 | $0 |
| Yield10 Bioscience, Inc. | SNPsaurus LLC <br> Eric Johnson, Owner <br> 1892 Fairmount Blvd, Eugene, OR 97403 <br> Eric Johnson, Owner <br> Eric@snpsaurus.com | Confidential Disclosure Agreement | 03/16/2022 | $0 |
| Yield10 Bioscience, Inc. | SNPsaurus LLC <br> Eric Johnston, Owner <br> 1892 Fairmount blv., Eugene, Oregon 97403 | Confidential Disclosure Agreement | 02/07/2022 | $0 |
| Yield10 Bioscience, Inc. | Société des Produits Nestlé SA <br> Av. Nestle 55, CH-1800 Vevey, Switzerland <br> Dr. -Ing. Gerhard Niederreiter <br> Head of Nestle Institute of Packaging Sciences, Nestle Research <br> Av. Nestle 55, CH-1800 Vevey, Switzerland <br> violette.bourg@rd.nestle.com | Confidentiality Agreement | 03/03/2022 | $0 |
| Yield10 Bioscience, Inc. | SouthEast Research Farm (SERF) <br> Lana Shaw, Executive Director <br> Box 129 Redvers, SK S0C 2HO, Canada <br> Lana Shaw, Executive Director <br> Lshaw.serf@gmail.com | Master Services Agreement | 08/29/2023 | $0 |
| Yield10 Bioscience, Inc. | Strategic Vision Consulting Ltd <br> Ron Pidsklalny, President <br> 11312 057 Avenue NW, Edmonton, Alberta, Canada T6H 0Z9 <br> Ron Pidsklalny, President | Confidential Disclosure Agreement | 03/14/2023 | $0 |
| Yield10 Bioscience, Inc. | Strategic Vision Consulting Ltd <br> Ron Pidsklalny, President <br> 11312 057 Avenue NW, Edmonton, Alberta, Canada T6H 0Z9 | Consulting Agreement | 3/31/2023 | $0 |
| Yield10 Bioscience, Inc. | Suntory Holdings Limited <br> Taro Kuzuno, Global Supply Solutions <br> Brian Golden, GM of Global Supply Solutions Department | Mutual Confidentiality Agreement | 05/01/2024 | $0 |

| Debtor Entity | Counterparty | Contracts Description | | Cure Amount |
|---|---|---|---|---|
| | Tamachi Station Tower N, 311 Shibaura, Minato ku, Tokyo, Japan ~~Taro Kuzuno, Global Supply Solutions~~ taro.kuzuno@suntory.com ~~Brian Golden, GM of Global Supply Solutions Department~~ | | | |
| Yield10 Bioscience, Inc. | Sustainable Oils, Inc. Mike Karst, President 4401 Innovation Street, Great Falls, MT 594041-901-734-3245 Mike.karst@susoils.com | Mutual Non-disclosure Agreement | 01/18/2024 | $0 |
| Yield10 Bioscience, Inc. | The Broad Institute, Inc. Alba Miranda-Ribera, Ph.D., MBA Senior Licensing Associate -- BD&L Transactions Office of Strategic Alliances and Partnering Broad Institute of MIT and Harvard / 75 Ames Street / Cambridge, MA 02142 amiranda@broadinstitute.org | Mutual Non-disclosure Agreement | 11/22/2022 | $0 |
| Yield10 Bioscience, Inc. | Thenell & Associates LLC Scott Thenell 1182 Keaveny Court, Walnut Creek, California 94597 Scott@sthenell.com | Confidential Disclosure Agreement | 11/19/2019 | $0 |
| Yield10 Bioscience, Inc. | Tobin Scientific & Sons Moving and Storage, LLC Zack Newman ,Account Executive 39 Tozer Road, Beverly, MA 01915 tobinscientific.com znewman@tobinscientific.com | Transportation and Storage Agreement | 11/25/2024 | $0 |
| Yield10 Bioscience, Inc. | Tobin Scientific 39 Tozer Road, Beverly, MA 01915 | Biorepository Services Agreement | 11/25/2024 | $0 |
| Yield10 Bioscience, Inc. | University of Missouri (Curators of the) Samuel E. Bish, Ph.D. Senior Technology Transfer Manager, Life Sciences Technology Advancement Office 1400 Rock Quarry Road | Suite Q180 | Columbia MO 65211 | Exclusive License Agreement | 05/17/2018 | $0 |

| Debtor Entity | Counterparty | Contracts Description | | Cure Amount |
|---|---|---|---|---|
| | bishs@missouri.edu | | | |
| Yield10 Bioscience, Inc. | University of Missouri (Curators of the) Samuel E. Bish, Ph.D. Senior Technology Transfer Manager, Life Sciences Technology Advancement Office 1400 Rock Quarry Road \| Suite Q180 \| Columbia MO 65211 bishs@missouri.edu | Exclusive License Agreement - Amendment 1 | 04/08/2019 | $0 |
| Yield10 Bioscience, Inc. | University of Nebraska (Board of Regents) 1400 R St, Lincoln, NE 68588 Brad Roth, Assoc. Vice Chancellor for Tech. Development 1400 R St, Lincoln, NE 68588 | Material Transfer Agreement | 07/16/2021 | $0 |
| Yield10 Bioscience, Inc. | USDA-ARS-WRRC Charles lee, Research Chemist 800 Buchanan Street, Albany, California, 94710. | Confidential Disclosure Agreement | 04/08/2020 | $0 |
| Yield10 Bioscience, Inc. | vCPO LLC Gretchen Herault, Principal 4 Barilone Circle, Maynard, MA 01754 | Confidential Disclosure Agreement | 02/22/2021 | $0 |
| Yield10 Bioscience, Inc. | Vision Bioenergy Oilseeds LLC Attention: Brad Chambers, GMM Vision Bioenergy Oilseeds LLC 2101 Ken Pratt Blvd, Suite 101 Longmont, CO 80501, USA Attention: Brad Chambers, GMM Email: brad.chambers@visionbioseeds.com | License And Service Fee Agreement | 02/09/2024 | $0 |
| Yield10 Bioscience, Inc. | Vision Bioenergy Oilseeds LLC 2101 Ken Pratt Blvd, Suite 101, Longmont, CO 80501, USA | Stewardship Management Program | 03/13/2024 | $0 |
| Yield10 Bioscience, Inc. | Vision Bioenergy Oilseeds LLC 2101 Ken Pratt Blvd, Suite 101, Longmont, CO 80501, USA | Confidential Disclosure Agreement | 10/11/2023 | $0 |

| Debtor Entity | Counterparty | Contracts Description | | Cure Amount |
|---|---|---|---|---|
| Yield10 Bioscience, Inc. | Washington State University JESSY MCGOWAN SENIOR TECHNOLOGY LICENSING ASSOCIATE Office of Commercialization Office of Research ~~Washington State University~~ ~~Email:~~ Light 2980/286 PO Box 641060, Pullman, WA 99164 jessy.mcgowan@wsu.edu commercialization.wsu.edu | Mutual Confidential Disclosure Agreement | 02/21/2024 | $0 |
| Yield10 Bioscience, Inc. | Western Applied Research Corporation (WARC) Kayla Slind, Acting GM Box 89 Hwy 374 Scott SK S0K 4A0 SK Canada ~~Kayla Slind, Acting GM~~ | 2023-24 Field Experiment Plan | 08/29/2023 | $0 |
| Yield10 Bioscience, Inc. | Western Applied Research Corporation (WARC) Kayla Slind, Acting GM Box 89 Hwy 374 Scott SK S0K 4A0 SK Canada | Master Services Agreement | 08/29/2023 | $0 |
| Yield10 Bioscience, Inc. | Wheatland Conservation Area (WCA) Amber Wall, Assistant Manager PO Box 2015 Swift Current, SK S9H 4M7, Canada | 2023-24 Field Experiment Plan | 08/28/2023 | $0 |
| Yield10 Bioscience, Inc. | Wheatland Conservation Area (WCA) Amber Wall, Assistant Manager PO Box 2015 Swift Current, SK S9H 4M7, Canada | Master Services Agreement | 08/28/2023 | $0 |
| Yield10 Bioscience, Inc. | Wincrest Capital 5 Pineapple Grove, Nassau, BS | Confidential Disclosure Agreement | 08/09/2023 | $0 |
| Yield10 Bioscience, Inc. | Wolf & Co. Matthew Vaughn, Principal 255 State Street, Boston, MA 02109 mvaughn@wolfandco.com | Confidential Disclosure Agreement | 02/05/2024 | $0 |
| Yield10 Bioscience, Inc. | 2010282 AB Ltd. (Kerschbaumer) Trevor Kerschbaumer PO Box 2369, Fairvie, Alberta T0H 1L0, Canada | Master Services Agreement | 09/27/2023 | $0 |

| Debtor Entity | Counterparty | Contracts Description | Cure Amount |
|---|---|---|---|
| Yield10 Bioscience, Inc. | AgGro Innovations LLC<br>Trevor Jones, President<br>13002 Urbanna Ct., Cypress, TX 77429<br>trevor@aggroinnovations.com | Master Services Agreement          11/14/2022 | $0 |
| Yield10 Bioscience, Inc. | Ag-Quest Holdings Ltd.<br>Ag-Quest Holdings Ltd.<br>Dana Maxwell, P.Ag., BSc. (Ag), MSc.<br>, President & CEO<br>Director of Plant Genetics Services<br>Ag-Quest Inc.<br>Box 144, Minto, Manitoba R0K 1M0<br>dana.maxwell@agquest.com | 2023 PNT Camelina Trial          04/25/2023 | $0 |
| Yield10 Bioscience, Inc. | AgraServ, LLC<br>AgraServ, LLC<br>Steve Bergsten<br>AgraServ, LLC<br>2565 Freedom Lane<br>, American Falls, ID 83211<br>www.agraserv.com | 2021 Camelina Seed & Germplasm Eval          06/15/2021 | $0 |
| Yield10 Bioscience, Inc. | AgraServ, LLC<br>Steve Bergsten<br>2565 Freedom Lane, American Falls, ID 83211<br>www.agraserv.com | 2023-24 Field Experiment Plan          07/31/2023 | $0 |
| Yield10 Bioscience, Inc. | AgraServ, LLC<br>Steve Bergsten<br>2565 Freedom Lane, American Falls, ID 83211<br>www.agraserv.com | Master Services Agreement          05/05/2023 | $0 |
| Yield10 Bioscience, Inc. | Conservation Learning Centre (CLC)<br>Saskatchewan Conservation Learning Centre (CLC)<br>Robin Lokken, Manager<br>Box 1903 Stn main, Prince Albert, SK S6V 6JN Canada<br>Robin Lokken, Manager | Master Services Agreement          08/29/2023 | $0 |

| Debtor Entity | Counterparty | Contracts Description | Cure Amount |
|---|---|---|---|
| Yield10 Bioscience, Inc. | Cropwise Research LLC<br>Brent Petersen, President and CEO<br>4981 2nd Street SE, St. Cloud, MN 56304, USA | Master Services Agreement          09/15/2022 | $0 |
| Yield10 Bioscience, Inc. | ~~G2 Ag Research LLC~~<br>G2 Ag Research LLC<br>2429 Harold Drive <br>., Idaho Falls, ID 83402<br>Corey_Dixon@G2AgResearch.com | Camelina Germplasm Evaluation & Herbicide Tolerance Trials          03/20/2021 | $0 |
| Yield10 Bioscience, Inc. | G2 Ag Research LLC<br>2429 Harold Drive , Idaho Falls, ID 83402<br>Corey_Dixon@G2AgResearch.com | Master Services Agreement          08/29/2022 | $0 |
| Yield10 Bioscience, Inc. | GDM Seeds<br>GDM Argentina S.A<br>Manuel Mihura, Strategy and New Business Director<br>~~Manuel Mihura~~<br>~~Strategy and New Business Director~~<br>~~mmihura@gdmseeds.com~~<br>Monseñor  Magliano  3061<br>San  Isidro,  Buenos Aires, B1642GLA, Argentina<br>mmihura@gdmseeds.com | Research License Agreement          08/10/2020 | $0 |
| Yield10 Bioscience, Inc. | Mackenzie Applied Research Association (MARA)<br>Sampath Walgama, Manager<br>5901 River Road, PO Box 646, Fort Vermilion, AB T0H 1NO, Canada<br>manager@mackenzieresearch.ca | 2023-24 Field Experiment Plan          09/08/2023 | $0 |
| Yield10 Bioscience, Inc. | Mackenzie Applied Research Association (MARA)<br>Sampath Walgama, Manager<br>5901 River Road, PO Box 646, Fort Vermilion, AB T0H 1NO, Canada | 2023-24 Field Experiment Plan          09/08/2023 | $0 |

| Debtor Entity | Counterparty | Contracts Description | | Cure Amount |
|---|---|---|---|---|
| | manager@mackenzieresearch.ca | | | |
| Yield10 Bioscience, Inc. | Mackenzie Applied Research Association (MARA) Sampath Walgama, Manager 5901 River Road, PO Box 646, Fort Vermilion, AB T0H 1NO, Canada manager@mackenzieresearch.ca | Master Services Agreement | 09/08/2023 | $0 |
| Yield10 Bioscience,Oilseeds Inc. | Minister of Agriculture and Agri-Food (AAFC) MinisterKeith Hanson Office of Intellectual Property and Commercialization Agriculture and Agri-Food (AAFC)Canada Saskatoon Research and Development Centre 107 Science Place Saskatoon, Saskatchewan S7N 0X2 Keith Hanson, keith.hanson@agr.gc.ca | Collaborative Research Andand Development Agreement and Amendment No. 1 | 01/27/201709/13/2021 | $0 |
| Yield10 Bioscience, Inc. | Mortenson Farm Partners Steve Mortenson 14018 48th Street NW , Williston, ND 58801 56smort@gmail.com | Yield10 Camelina Stewardship Management Program | 04/29/2024 | $0 |
| Yield10 Bioscience, Inc. | Rakochy Farms Lauren Rakochy c/o Lauren Rakochy 117-425 115th Street East , Saskatoon, SK S7N2E5 l.rakochy@outlook.com | Camelina Sativa (Winter Type) Non-Regulated Seed Increase | 09/07/2021 | $0 |
| Yield10 Bioscience, Inc. | Regents of the University of Minnesota Colin Cureton Director of Adoption and Scaling Forever Green Initiative University of Minnesota McNamara Alumin Center, 200 Oak Street SE, Suite 280, Minneapolis, MN 55455 | Confirmation of Seed Destruction | 07/12/2024 | $0 |

| Debtor Entity | Counterparty | Contracts Description | Cure Amount |
|---|---|---|---|
| | Cure0012@umn.edu | | |
| Yield10 Bioscience, Inc. | Research Designed for Agriculture (RD4AG) AgraServ, LLC Steve Bergsten AgraServ, LLC 2565 Freedom Lane , American Falls, ID 83211 www.agraserv.com | Work Agreement        04/23/2018 | $0 |
| Yield10 Bioscience, Inc. | Rothamsted Research Limited Louise Warren West Common, Harpenden, Hertfordshire, Al5 2QL, England, UK. Louise.warren@rothamsted.ac.uk | RNA-Sequencing Project SOW           07/05/2021 | $0 |
| Yield10 Bioscience, Inc. | S&W Seed Company Kirk Rolfs, VP Supply Chain 2101 Ken Pratt Blvd., Suite 201, Longmont, Co 80502 | Seed Production And Processing Services Agreement    04/20/2021 | $0 |
| Yield10 Bioscience, Inc. | SGS North America Inc Amanda, ver Helst201 Route 17 North, 7th Floor, Rutherfor, NJ 07070, USA | Master Services Agreement           09/20/2022 | $0 |
| Yield10 Bioscience, Inc. | SGS North America Inc Amanda, ver Helst201 Route 17 North, 7th Floor, Rutherfor, NJ 07070, USA | Work Order | 2022-23 Field Experiment Plan           09/15/2022 | $0 |
| Yield10 Bioscience, Inc. | South Dakota State University Christopher Graham, Associate Professor Dianne Naggy, AVP, Research Development & Admin Brookings, SD 57007 christopher.graham@sdstate.edu | Master Services Agreement           08/26/2022 | $0 |
| Yield10 Bioscience, Inc. | South Dakota State University Christopher Graham, Associate Professor Dianne Naggy, AVP, Research Development & Admin Brookings, SD 57007 christopher.graham@sdstate.edu | Work Order | 2022-23 Field Experiment Plan           08/31/2022 | $0 |

| Debtor Entity | Counterparty | Contracts Description | Cure Amount |
|---|---|---|---|
| Yield10 Bioscience, Inc. | South East Research Farm (SERF) <br> Lana Shaw, Executive Director <br> Box 129 Redvers, SK S0C 2HO, Canada <br> Lshaw.serf@gmail.com | 2022 Field Experiment Plan - Camelina          05/04/2022 | $0 |
| Yield10 Bioscience, Inc. | South East Research Farm (SERF) <br> Lana Shaw, Executive Director <br> Box 129 Redvers, SK S0C 2HO, Canada <br> Lshaw.serf@gmail.com | 2023-24 Field Experiment Plan   08/28/2023 | $0 |
| Yield10 Bioscience, Inc. | South East Research Farm (SERF) <br> SouthEast Research Farm (SERF) <br> Lana Shaw, Executive Director <br> Box 129 Redvers, SK S0C 2HO, Canada <br> Lana Shaw, Executive Director <br> Lshaw.serf@gmail.com | Master Services Agreement      08/19/2022 | $0 |
| Yield10 Bioscience, Inc. | South East Research Farm (SERF) <br> Lana Shaw, Executive Director <br> Box 129 Redvers, SK S0C 2HO, Canada <br> Lshaw.serf@gmail.com | Work Order | 2022-23 Field Experiment Plan          09/01/2022 | $0 |
| Yield10 Bioscience, Inc. | The Broad Institute, Inc. <br> Alba Miranda-Ribera, Ph.D. / Licensing Associate / <br> Office of Strategic Alliances and Partnering <br> Broad Institute of MIT and Harvard / 75 Ames Street / Cambridge, MA 02142 <br> amiranda@broadinstitute.org | License Side Letter    04/04/2024 | $0 |
| Yield10 Bioscience, Inc. | Wellington Agricultural Research Ltd. <br> Jamie Parnell, President <br> 3 Grey Oak Drive, Guelph, ON N1L 1P1 | 2019 PNT Soybean Trials          04/26/2019 | $0 |
| Yield10 Bioscience, Inc. | Wellington Agricultural Research Ltd. <br> Jamie Parnell, President <br> 3 Grey Oak Drive, Guelph, ON N1L 1P1 | 2021 Camelina Germplasm Evaluation        06/21/2021 | $0 |
| Yield10 Bioscience, Inc. | Westman Agricultural Diversification Organization (WADO) <br> Scott Chalmers, Applied Research Specialist <br> 139 Main St., Melita, MB R0M 1L0, Canada | Master Services Agreement     09/07/2022 | $0 |

{00040378. }