IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Yield10 Bioscience, Inc., *et al.*, | Case No. 24-12752 (MFW) |
| Debtors.[1] | (Joint Administration Requested) |

**NOTICE OF *AMENDED*[2] AGENDA OF MATTERS SCHEDULED
FOR HEARING ON DECEMBER 10, 2024, AT 2:00 P.M. (ET)**

**THIS HEARING WILL BE CONDUCTED BY ZOOM. PARTIES AND WITNESSES ARE PERMITTED, BUT NOT REQUIRED, TO APPEAR IN PERSON. THE COURT HAS NO PREFERENCE.**

**TO ATTEND THE HEARING REMOTELY, PLEASE REGISTER USING THE ECOURT APPEARANCES TOOL ON THE COURT'S WEBSITE AT WWW.DEB.USCOURTS.GOV OR CLICK THE BELOW LINK:
https://ecf.deb.uscourts.gov/cgi-bin/nysbAppearances.pl**

**PARTIES ARE REQUIRED TO REGISTER FOR THE HEARING NO LATER THAN 10:00 A.M. (ET) DECEMBER 10, 2024. YOU MUST USE YOUR FULL NAME WHEN LOGGING INTO ZOOM OR YOU WILL NOT BE ALLOWED INTO THE MEETING.**

**AFTER REGISTERING YOUR APPEARANCE, YOU WILL RECEIVE A CONFIRMATION EMAIL. ZOOM INFORMATION WILL BE SENT OUT PRIOR TO THE HEARING.**

I. **PETITIONS**

    1.    Voluntary Chapter 11 Petitions

        a.    Yield10 Bioscience, Inc. [Case No. 24-12752; D.I. 1; filed 12/6/2024]

        b.    Yield10 Bioscience Securities Corp. [Case No. 24-12753; D.I. 1; filed 12/6/2024]

        c.    Yield10 Oilseeds Inc. [Case No. 24-12755; D.I. 1; filed 12/6/2024]

---

[1] The last four digits of the taxpayer identification numbers of the Debtors follow in parentheses: (i) Yield10 Bioscience, Inc. (x8289), (ii) Yield10 Bioscience Securities Corp. (x7435), and (iii) Yield10 Oilseeds Inc. (x9469).

[2] Amended agenda items appear in **bold.**

## II. DECLARATION IN SUPPORT OF FIRST DAY PLEADINGS

2. Declaration in Support of Chapter 11 Petitions and First Day Motions [D.I. 6; filed 12/6/24]

   Related Documents:

   a. Notice of Filing of Bankruptcy Petition, First Day Pleadings, and Notice of First Day Hearing [D.I. 9; filed 12/9/24]

   Status: The Declaration will be relied upon as evidentiary support for the first day matters listed below.

## III. MATTER GOING FORWARD

3. Motion of the Debtors for an Order Authorizing Joint Administration of Chapter 11 Cases [D.I. 3, filed 12/6/24]

   Related Documents:

   a. Notice of Filing of Bankruptcy Petition, First Day Pleadings, and Notice of First Day Hearing [D.I. 9; filed 12/9/24]

   Status:  This matter is going forward.

4. Motion for Interim and Final Orders Pursuant to Sections 105(A), 363(B), 363(C), 507(A), 541(B)(7), 541(D), 1107(A) and 1108 of the Bankruptcy Code and Fed. R. Bankr. P. 6003 and 6004 (I) Authorizing Debtors to (A) Pay Certain Prepetition Wages, Compensation, and Employee Benefits, (B) Continue Payment of Wages, Compensation, and Employee Benefits in the Ordinary Course of Business and (C) Continue Payment of Employment, Unemployment, Social Security and Other Taxes Incident to the Employee Obligations; and (II) Authorizing And Directing Debtors' Third-party Payroll Administrator and Debtors' Bank to Receive, Process, Honor, and Pay Checks Issued and Electronic Payment Requests Relating to the Foregoing [D.I. 4, filed 12/6/24]

   Related Documents:

   a. Notice of Filing of Bankruptcy Petition, First Day Pleadings, and Notice of First Day Hearing [D.I. 9; filed 12/9/24]

   Status:  This matter is going forward with respect to an interim order.

5. Motion of the Debtors for Interim and Final Orders Pursuant to 11 U.S.C. §§ 105(A), 345(B), 363, 1107 and 1108 Authorizing: (A) Continued Maintenance of Existing Bank Accounts, (B) Continued Use of Existing Business Forms and (C) Waiver of Section 345(B) Deposit and Investment Requirements and Certain United States Trustee Guidelines [D.I. 5, filed 12/6/24]

Status:  This matter is going forward with respect to an interim order.

6. Motion of Debtors for Entry of: (I) an Order (A) Approving Form and Manner of Notices and (B) Scheduling a Sale Hearing and Establishing Dates and Deadlines Related Thereto, Including Treatment of Executory Contracts and Unexpired Leases; and (II) an Order (A) Authorizing the Sale of Substantially All of the Debtors' Assets Free and Clear of Liens, Claims, Encumbrances, and Other Interests, (B) Granting the Buyer the Protections Afforded to a Good Faith Buyer, and (C) Granting Related Relief [D.I. 7, filed 12/6/24]

Related Documents:

a. Notice of Filing of Bankruptcy Petition, First Day Pleadings, and Notice of First Day Hearing [D.I. 9; filed 12/9/24]

b. **Notice of Filing of Revised Schedule of Cure Amounts [D.I.11; filed 12/9/24]**

Status:  This matter is going forward with respect to scheduling and approval of notices.

Respectfully submitted,

Dated: December 9, 2024  
Wilmington, Delaware

**THE ROSNER LAW GROUP LLC**

*/s/ Frederick B. Rosner*  
Frederick B. Rosner (DE #3995)  
Zhao (Ruby) Liu (DE 6436)  
824 N. Market Street, Suite 810  
Wilmington, Delaware 19801  
Telephone: (302) 777-1111  
rosner@teamrosner.com  
liu@teamrosner.com

*Proposed Counsel to Debtors and Debtors in Possession*