UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
DISTRICT OF DELAWARE
J. CALEB BOGGS FEDERAL BUILDING
844 N. KING STREET, ROOM 2207, LOCKBOX 35
WILMINGTON, DELAWARE 19801
(302) 573-6491     FAX (302) 573-6497

| | |
|---|---|
| ANDREW T. VARA | JOSEPH J. MCMAHON, JR. |
| UNITED STATES TRUSTEE | ASSISTANT U.S. TRUSTEE |

REQUEST BY THE UNITED STATES TRUSTEE TO THE CLERK OF BANKRUPTCY COURT TO SCHEDULE A SECTION 341(a) MEETING IN A CHAPTER 11 CASE

**ATTENTION: SECTION 341(a) NOTICE CLERK - CHAPTER 11**

Pursuant to Sec. 341(a) of the U.S. Bankruptcy Code, please schedule a meeting of creditors for the following case:

**DEBTORS:** Yield10 Bioscience, Inc., *et al.*

**CASE NOS:** 24-12752-MFW; 24-12753 & 24-12755-MFW

**DATE:** Monday, January 13, 2025

**TIME:** 11:30 a.m. (ET)

**LOCATION:** Please dial the call-in number, 1-866-621-1355 and then enter the passcode, 7178157, followed by a # sign.   Such meeting may be continued/adjourned to a later date. If so, such additional information will appear on the docket of the U.S. Bankruptcy Court.

By:   */s/Richard L. Schepacarter*
        Richard L. Schepacarter
        Trial Attorney

Dated:  December 10, 2024

**PLEASE NOTE THAT THE 341(a) MEETING HAS BEEN SCHEDULED WITHIN THE TIME REQUIRED BY RULE 2003, FEDERAL RULES OF THE BANKRUPTCY PROCEDURE.   IF YOU ARE UNABLE TO COMPLY WITH THE NOTICE REQUIREMENT OF THIS RULE, PLEASE ADVISE IMMEDIATELY.**