## Exhibit A

**The Surrender Letter**

{00040278. }

**From:** Olly Peoples <peoples@yield10bio.com>
**Sent:** Wednesday, November 27, 2024 5:42 PM
**To:** Jeffrey Marcoux <jmarcoux@are.com>; Brett Geiger <bgeiger@are.com>; Charles Haaser <chaaser@yield10bio.com>; Trevor Caswell <tcaswell@are.com>
**Cc:** Devin Tringale <dtringale@are.com>; Andrea Ramirez <aramirez@yield10bio.com>; Frederick B. Rosner <rosner@teamrosner.com>
**Subject:** Re: Yield 10 Lease Surrender

Hi Jeff,

I hope this message finds you well. I am writing to inform you that, as of [today's date], Tenant Yield10 Bioscience, Inc. (formerly known as Metabolix Inc.) will be surrendering the lease for the premises located at **19 Presidential Way, Woburn, Massachusetts** and will no longer continue to occupy or pay rent beyond **November 30, 2024**.

Please note that we have already paid the rent for November 2024 in full. However, I will not be making any further rent payments after this month. We planned to vacate the premises and relinquish control of the premises by **November 30, 2024,** but accomplished that today and surrendered the keys and card passes to the building support staff. Given that CJ still occupies common space, we have left the card readers functioning to allow them entry into their space. Details of the card readers and transfer of the keys is shown in the two images inserted below.
A memo summarizing the work we did to remove equipment, biological materials and chemicals is attached.

I kindly request that you confirm the next steps for the formal surrender of the lease, including any necessary arrangements for the return of the security deposit, and any other requirements you may have to conclude the tenancy.

Sincerely,
Oliver P. Peoples
President and CEO



Hi John, Hi Javi, Hi Brian,

So, I chatted with Avigilon (the badge reader people). If the panels are not disconnected, the badge reade active and will continue to work. I just will not be able to add access or disable badges.

Below are the two doors and the panels that they are located on. I am the one that named the doors, and Alarm assigned the panels. The panels are still in our IT closet and Brian knows where they are.

Thanks,
Merry



2