**<u>Exhibit B</u>**

**Proposed Form of Order**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Yield10 Bioscience, Inc., *et al.*,[1] | ) | Case No. 24-12752 (MFW) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |
| | ) | **Re: __** |
| | ) | |

**ORDER (I) AUTHORIZING REJECTION OF AN UNEXPIRED LEASE AND
SUBLEASE OF NON-RESIDENTIAL REAL PROPERTY AS OF THE
REJECTION EFFECTIVE DATE; (II) AUTHORIZING ABANDONMENT OF
ANY REMAINING PROPERTY LOCATED AT THE PREMISE, AND (III)
GRANTING RELATED RELIEF**

Upon the Motion for Entry of Order (I) Authorizing Rejection of an Unexpired Lease and

Sublease of Non-Residential Real Property as of the Rejection Effective Date; (II) Authorizing

Abandonment of Any Remaining Property Located at the Premises; and (III) Granting Related

Relief (the "Motion") of the above-captioned debtors and debtors-in-possession (collectively, the

"Debtors"),[2] and this Court having jurisdiction to consider the Motion pursuant to 28 U.S.C. §§

157 and 1334 and the Amended Standing Order of Reference from the United States District

Court for the District of Delaware dated as of February 29, 2012; and it appearing that venue of

these chapter 11 cases and the Motion in this District is proper pursuant to 28 U.S.C. §§ 1408

and 1409; and it appearing that this matter is a core proceeding pursuant to 28 U.S.C. § 157(b);

and this Court having determined that the relief requested in the Motion is in the best interests of

the Debtors, their estates, their creditors and other parties-in-interest; and it appearing that proper

---

[1] The last four digits of the taxpayer identification numbers of the Debtors follow in parentheses: (i) Yield10 Bioscience, Inc. (x8289), (ii) Yield10 Bioscience Securities Corp. (x7435), and (iii) Yield10 Oilseeds Inc. (Canadian Business No. x9469).

[2] All capitalized terms used but not defined herein shall have the meanings given to them in the Motion.

{00040278. }

and adequate notice of the Motion has been given and that no other or further notice is necessary; and after due deliberation thereon; and good and sufficient cause appearing therefor;

**IT IS HEREBY ORDERED THAT**:

1.      The Motion is GRANTED.

2.      The Lease is hereby rejected, effective on November 30, 2024.

3.      The Sublease is hereby rejected, effective on November 30, 2024.

4.      The Debtors are authorized to abandon any Remaining Property, and such Remaining Property shall be deemed abandoned pursuant to section 554 of the Bankruptcy Code, effective as of November 30, 2024.

5.      Nothing herein shall impair, prejudice, waive, or otherwise affect any right of the Debtors to object to any claim filed arising from entry of this Order.

6.      The Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.


Dated: December _____, 2024