**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>Yield10 Bioscience, Inc., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 24-12752 (MFW)<br><br>(Jointly Administered)<br><br>Hearing Date: January 8, 2025 @ 12:00 p.m. (ET)<br>Obj. Deadline: December 26, 2024 @ 4:00 p.m. (ET) |

**NOTICE OF DEBTORS' MOTION FOR AN ORDER: (I) AUTHORIZING REJECTION OF AN UNEXPIRED LEASE AND SUBLEASE OF NON-RESIDENTIAL REAL PROPERTY AS OF THE REJECTION EFFECTIVE DATE; (II) AUTHORIZING ABANDONMENT OF ANY REMAINING PROPERTY LOCATED AT THE PREMISE; AND (III) GRANTING RELATED RELIEF**

**PLEASE TAKE NOTICE** that on December 10, 2024, the debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "Debtors") filed the *Debtors' Motion for an Order: (I) Authorizing Rejection of an Unexpired Lease and Sublease of Non-residential Real Property as of the Rejection Effective Date; (II) Authorizing Abandonment of Any Remaining Property Located at the Premise; and (III) Granting Related Relief* (the "Motion"). A copy of the Motion is attached.

**PLEASE TAKE FURTHER NOTICE** that responses, if any, to the Motion are required to be filed on or before **December 26, 2024 at 4:00 p.m. (ET)** (the "Objection Deadline") with the Clerk of the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, 5rd floor, Wilmington, Delaware 19801. At the same time, you must also serve a copy of the response upon the undersigned so as to be received on or before the Objection Deadline.

**PLEASE TAKE FURTHER NOTICE** that, if an objection or response is timely filed, served and received, and such objection or response is not otherwise timely resolved, a hearing on the Motion will be held on **January 8, 2025 at 12:00 p.m. (ET)** before The Honorable Mary F. Walrath, United States Bankruptcy Judge at the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, 5th floor, Courtroom 4, Wilmington, Delaware 19801.

**PLEASE TAKE FURTHER NOTICE THAT IF YOU DO NOT PROPERLY FILE AND SERVE AN OBJECTION OR OTHER RESPONSE TO THE MOTION BY THE OBJECTION DEADLINE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.**

---

[1] The last four digits of the taxpayer identification numbers of the Debtors follow in parentheses: (i) Yield10 Bioscience, Inc. (x8289), (ii) Yield10 Bioscience Securities Corp. (x7435), and (iii) Yield10 Oilseeds Inc. (x9469).

{00040389. }

Dated: December 10, 2024
      Wilmington, Delaware        **THE ROSNER LAW GROUP LLC**

*/s/ Frederick B. Rosner*
Frederick B. Rosner (DE #3995)
Zhao (Ruby) Liu (DE 6436)
824 N. Market Street, Suite 810
Wilmington, Delaware 19801
Telephone: (302) 777-1111
rosner@teamrosner.com
liu@teamrosner.com

*Proposed Counsel to Debtors and Debtors in Possession*