## EXHIBIT 1

**Proposed Form of Sale Notice**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re:<br><br>Yield10 Bioscience, Inc., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 24-12752 (MFW)<br><br>(Jointly Administered) |

**NOTICE OF HEARING TO APPROVE (A) PROPOSED SALE OF ASSETS FREE AND CLEAR OF ALL LIENS, CLAIMS, ENCUMBRANCES, AND INTERESTS, (B) ASSUMPTION AND ASSIGNMENT OF EXECUTORY CONTRACTS AND UNEXPRED LEASES, (C) GRANT BUYER PROTECTIONS AFFORDED TO GOOD FAITH PURCHASER, AND (D) GRANTING RELATED RELIEF**

**PLEASE TAKE NOTICE THAT** on December 6, 2024, the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed the attached *Motion of the Debtors for the Entry of (I) an Order (A) Approving Form and Manner of Notices and (B) Scheduling a Sale Hearing and Establishing Dates and Deadlines Related Thereto; and (II) an Order (A) Authorizing the Sale of Substantially All of the Debtors' Assets Free and Clear of All Liens, Claims, Encumbrances, and Other Interests, (B) Granting the Purchaser the Protections Afforded to a Good Faith Purchaser, and (C) Granting Related Relief* (the "Sale Motion") with the United States Bankruptcy Court for the District of Delaware (the "Court") seeking entry of an order, substantially in the form attached as Exhibit B to the Sale Motion (the "Sale Order"): (a)(i) authorizing the sale of substantially all of the Debtors' assets (such assets, collectively, the "Purchased Assets") to Nuseed Nutritional US Inc. (the "Buyer") free and clear of all liens, claims, encumbrances, and other interests, pursuant to that certain Asset Purchase Agreement between the Debtors and the Buyer substantially in the form attached as Exhibit 1 to the Sale Order and (ii) authorizing the form of notice for the Sale and the assumption and assignment of executory contracts and unexpired leases (collectively, the "Contracts") pursuant to the APA, (b) granting the Buyer the protections afforded to a good faith purchaser pursuant to section 363(m) of the Bankruptcy Code, and (c) granting certain related relief. Please note that all capitalized terms used but not defined herein shall have the meanings set forth in the Sale Motion.

**Sale Hearing and Objections to Sale**

**PLEASE TAKE FURTHER NOTICE THAT** the Debtors will seek approval of the Sale Motion and approval of procedures for the assumption and assignment of Contracts at a hearing scheduled to commence on **January 8, 2025, at 12:00 p.m., prevailing Eastern Time,** (the "Sale Hearing") before the Honorable Mary F. Walrath in the United States Bankruptcy

---

[1] The last four digits of the taxpayer identification numbers of the Debtors follow in parentheses: (i) Yield10 (x 8289); (ii) Securities Corp. (x7435) and (ii) Oilseeds (Canadian Business No.x9469).

Court for the District of Delaware, located at 824 Market Street, Fifth Floor, Courtroom No. 4, Wilmington, Delaware 19801.

**PLEASE TAKE FURTHER NOTICE THAT,** at the Sale Hearing, the Debtors will seek approval of the Asset Purchase Agreement, pursuant to which the Debtors propose to sell substantially all of their assets to the Buyer, and approval of procedures pursuant to which the Debtors intend to assume and assign to the Buyer certain Contracts and unexpired lease(s).

**PLEASE TAKE FURTHER NOTICE THAT** objections to the sale of the Purchased Assets or approval of the procedures for the assumption and assignment of Contracts, if any, **must:** (a) be in writing; (b) conform to the applicable provisions of the Bankruptcy Rules and the Local Rules; (c) state with particularity the legal and factual basis for the objection and the specific grounds therefor; and (d) be filed with the Court and served on the following parties (the "Notice Parties"), in each case on or before **January 3, 2025, at 12:00 p.m., prevailing Eastern Time** (the "Sale Objection Deadline"):

| Counsel to the Debtors | Counsel to the Buyer |
|---|---|
| The Rosner Law Group LLC<br>824 Market Street, Suite 810<br>Wilmington, DE 19801<br>Attn.: Frederick B. Rosner<br>Zhao (Ruby) Liu<br>rosner@teamrosner.com<br>liu@teamrosner.com | K & L Gates LLP<br>301 Hillsborough Street, Suite 1200<br>Raleigh, North Carolina 27603<br>Attn:  A. Lee Hogewood III<br>a.lee.hogewoodiii@klgates.com<br>- and -<br>K & L Gates LLP<br>600 N. King St., Suite 901<br>Wilmington, Delaware 19801<br>Attn.: Matthew B. Goeller<br>matthew.goeller@klgates.com |
| **Office of the United States Trustee** ||
| Office of the United States Trustee<br>844 King Street, Suite 2207<br>Lockbox 35<br>Wilmington, Delaware 19801<br>Attn.:  Richard Schepacarter<br>Richard.Schepacarter@usdoj.gov ||

**PLEASE TAKE FURTHER NOTICE THAT** a list of the proposed Contracts to assumed and assigned to Nuseed together with Cure Amounts is attached hereto as **Schedule A**. Any objection to the proposed assumption and assignment of any Contract or any Cure Amount with respect thereto must: (a) be in writing; (b) conform to the applicable provisions of the Bankruptcy Rules and the Local Rules; (c) state with particularity the legal and factual basis for the objection and the specific grounds therefor; and (d) be filed with the Court and served on the Notice Parties on or before the Sale Objection Deadline.

**PLEASE TAKE FURTHER NOTICE THAT** any Assumed Contract subject to an objection with respect to the Debtors' proposed assumption and assignment of such Assumed Contract and/or the proposed Cure Amount with respect thereto that is not resolved at or prior to

or during the Sale Hearing shall not be assumed by the Debtors and assigned to the Purchaser until such objection is resolved by agreement of the parties or further order of the Court.

**PLEASE TAKE FURTHER NOTICE THAT YOU ARE RECEIVING THIS SALE NOTICE BECAUSE YOU ARE A CREDITOR OR CONTRACT COUNTERPARTY OF THE DEBTORS, OR OTHERWISE HAVE BEEN IDENTIFIED BY THE DEBTORS AS AN ENTITY WITH A PARTICULARIZED INTEREST IN THE SALE HEARING, AND THAT ANY PARTY OR ENTITY WHO FAILS TO TIMELY MAKE AN OBJECTION TO THE SALE ON OR BEFORE THE SALE OBJECTION DEADLINE IN ACCORDANCE WITH THE SALE MOTION SHALL BE FOREVER BARRED FROM ASSERTING ANY OBJECTION TO THE SALE, INCLUDING WITH RESPECT TO THE TRANSFER OF THE DEBTORS' ASSETS FREE AND CLEAR OF ALL LIENS, CLAIMS, ENCUMBRANCES, AND OTHER INTERESTS, EXCEPT AS SET FORTH IN THE APA.**

Dated: December __, 2024
      Wilmington, Delaware

**THE ROSNER LAW GROUP LLC**

*/s/ Frederick B. Rosner*
Frederick B. Rosner (DE #3995)
Zhao (Ruby) Liu, Esq. (DE 6436)
824 N. Market Street, Suite 810
Wilmington, Delaware 19801
Telephone: (302) 777-1111
rosner@teamrosner.com
liu@teamrosner.com

*Proposed Counsel to Debtors and Debtors in Possession*

**SCHEDULE A**
**Cure Amounts**

| Debtor Entity | Counterparty | Contracts Description | | Cure Amount |
|---|---|---|---|---|
| Yield10 Bioscience, Inc. | A.G.P. / Alliance Global Partners<br>Kareem Ali<br>590 Madison Ave., 28th Floor \| New York, NY 10022<br>kali@allianceg.com \| www.allianceg.com | Mutual Confidentiality Agreement | 11/10/2023 | $0 |
| Yield10 Bioscience, Inc. | AdFarm US Inc.<br>Ally Bosch<br>140 Quarry Park Blvd SE, Suite 130 Calgary, AB T2C 3G3<br>ally.bosch@adfarm.com | Confidential Disclosure Agreement | 06/16/2022 | $0 |
| Yield10 Bioscience, Inc. | Ag-Quest Holdings Ltd.<br>Dana Maxwell, P.Ag., BSc. (Ag), MSc.<br>President & CEO<br>Director of Plant Genetics Services<br>Ag-Quest Inc.<br>Box 144, Minto, Manitoba R0K 1M0<br>dana.maxwell@agquest.com | 2023-24 Field Experiment Plan | 08/15/2023 | $0 |
| Yield10 Bioscience, Inc. | Ag-Quest Holdings Ltd.<br>Dana Maxwell, P.Ag., BSc. (Ag), MSc.<br>President & CEO<br>Director of Plant Genetics Services<br>Ag-Quest Inc.<br>Box 144, Minto, Manitoba R0K 1M0<br>dana.maxwell@agquest.com | Master Services Agreement | 09/22/2022 | $0 |
| Yield10 Bioscience, Inc. | Ag-Quest Holdings Ltd.<br>Dana Maxwell, P.Ag., BSc. (Ag), MSc.<br>President & CEO<br>Director of Plant Genetics Services<br>Ag-Quest Inc.<br>Box 144, Minto, Manitoba R0K 1M0<br>dana.maxwell@agquest.com | Confidential Disclosure Agreement | 10/20/2021 | $0 |

| Debtor Entity | Counterparty | Contracts Description | | Cure Amount |
|---|---|---|---|---|
| Yield10 Bioscience, Inc. | AgraServ, LLC Steve Bergsten AgraServ, LLC 2565 Freedom Lane American Falls, ID 83211 | 2024 Field Experiment Plan | 04/24/2024 | $0 |
| Yield10 Bioscience, Inc. | AgraServ, LLC Steve Bergsten AgraServ, LLC 2565 Freedom Lane American Falls, ID 83211 mobile- 208-427-4440 www.agraserv.com | Master Services Agreement | 08/23/2023 | $0 |
| Yield10 Bioscience, Inc. | AgraServ, LLC Steve Bergsten AgraServ, LLC 2565 Freedom Lane American Falls, ID 83211 mobile- 208-427-4440 www.agraserv.com | Work Order | 2024 Field Experiment Plan | 04/22/2024 | $0 |
| Yield10 Bioscience, Inc. | AgriThority LLC TONY PARDO *Global Director, Client Services* 11125 N. Ambassador Dr., Ste. 120 Kansas City, Missouri, 64153, USA tony.pardo@agrithority.com | Master Services Agreement | 08/22/2023 | $0 |
| Yield10 Bioscience, Inc. | AgriThority LLC TONY PARDO *Global Director, Client Services* 11125 N. Ambassador Dr., Ste. 120 Kansas City, Missouri, 64153, USA tony.pardo@agrithority.com | Work Order | 2024 Spring Camelina Trials | 04/29/2024 | $0 |

{00040378-}

| Debtor Entity | Counterparty | Contracts Description | Cure Amount |
|---|---|---|---|
| Yield10 Bioscience, Inc. | AgriThority LLC<br>TONY PARDO<br>*Global Director, Client Services*<br>11125 N. Ambassador Dr., Ste. 120<br>Kansas City, Missouri, 64153, USA<br>tony.pardo@agrithority.com | Mutual Confidential Disclosure Agreement | $0 |
| Yield10 Bioscience, Inc. | American Airlines, Inc.<br>Tom Opderbeck<br>1 Skyview Drive, Fort Worth, TX 76155<br>Senior Manager, Sustainability<br>Tom.Opderbeck@aa.com | Mutual Non-disclosure Agreement | $0 |
| Yield10 Bioscience, Inc. | Analome Inc<br>David Kovalic<br>91 Washington Avenue,<br>St. Louis, Missouri 63101 | Confidential Disclosure Agreement | $0 |
| Yield10 Bioscience, Inc. | APAGROU SAS<br>Carlos Rubione<br>Yi 1445, Piso 3, CP11100 Montivideo, Montivideo<br>Oriental del Uruguay – RUT21898724019 | Confidentiality Agreement – Appendix | $0 |
| Yield10 Bioscience, Inc. | Archer-Daniels-Midland Company (ADM)<br>Austin Williams<br>Austin.williams@adm.com<br>Kenneth Campbell<br>President of NA Oil & Biodiesel<br>4666 Fairies Parkway, Decatur, IL 62526 | Confidentiality Agreement | $0 |
| Yield10 Bioscience, Inc. | ARE-MA Region No. 20, LLC<br>Attention: Corporate Secretary<br>385 E. Colorado Boulevard, Suite 299, Pasadena, CA 91101 | Confidential Disclosure Agreement | $0 |
| Yield10 Bioscience, Inc. | Ash Creek Renewables LLC.<br>John Cusick, CEO<br>Ash Creek Renewables<br>175 Rennell Drive, Southport CT, 06890<br>E: jc@ashcreekrenewables.com | Confidential Disclosure Agreement | $0 |

| Debtor Entity | Counterparty | Contracts Description | Cure Amount |
|---|---|---|---|
| YieldI0 Bioscience, Inc. | Atmospheric and Environmental Research, Inc. (AER) Guy Seeley, President 131 Hartwell Avenue Lexington, MA 02421 Contact: Ned Snell, Executive VP hsnell@AER.com | Confidential Disclosure Agreement | $0 |
| YieldI0 Bioscience, Inc. | Atmospheric and Environmental Research, Inc. (AER) Guy Seeley, President 131 Hartwell Avenue Lexington, MA 02421 Contact: Ned Snell, Executive VP hsnell@AER.com | Confidential Disclosure Agreement \| Amendment 1 | $0 |
| YieldI0 Bioscience, Inc. | Bartlett and Company, LP Simon Buckner 4900 Main Street – Suite 1200 Kansas City, MO 64112 | Confidentiality Agreement | $0 |
| YieldI0 Bioscience, Inc. | BASF Agricultural Solutions Seed US LLC Scott Peoples Postal Address: BASF Corporation, P.O. Box 12014 2 TW Alexander Drive, Research Triangle Park, 27709, USA scott.peoples@basf.com | Confidentiality Agreement | $0 |
| YieldI0 Bioscience, Inc. | BASF Agricultural Solutions Seed US LLC Scott Peoples Postal Address: BASF Corporation, P.O. Box 12014 2 TW Alexander Drive, Research Triangle Park, 27709, USA scott.peoples@basf.com | Materials Transfer Agreement | $0 |
| YieldI0 Bioscience, Inc. | BASF Agricultural Solutions Seed US LLC Scott Peoples Postal Address: BASF Corporation, P.O. Box 12014 2 TW Alexander Drive, Research Triangle Park, 27709, USA scott.peoples@basf.com | Confidentiality Agreement | $0 |
| YieldI0 Bioscience, Inc. | BASF Agricultural Solutions Seed US LLC Scott Peoples Postal Address: BASF Corporation, P.O. Box 12014 2 TW Alexander Drive, Research Triangle Park, 27709, USA scott.peoples@basf.com | Confidentiality Agreement - Amendment 1 | $0 |

| Debtor Entity | Counterparty | Contracts Description | | Cure Amount |
|---|---|---|---|---|
| Yield10 Bioscience, Inc. | Bayer CropScience LP (BCS)<br>*Kara Isaak*<br>Global Biofuel Strategy Lead<br>Bayer U.S. LLC<br>Crop Science Division<br>Strategy & Sustainability<br>800 N Lindbergh Blvd.<br>Creve Coeur, MO 63167 USA<br>E-mail: Kara.isaak@bayer.com | Mutual Non-disclosure Agreement | 01/05/2024 | $0 |
| Yield10 Bioscience, Inc. | BP Products North America Inc.<br>Allan Giumcelli, VP Boioethanol<br>2405 York Road, Ste 201, Lutherville Timonium, MD 21093<br>Bus Dev Contact: barrett.barr@bp.com | Confidentiality Agreement | 06/04/2024 | $0 |
| Yield10 Bioscience, Inc. | Bunge North America, Inc<br>Louis Copeland<br>1391 Timberlake Manor parkway, MO 63017<br>luis.copeland@bunge.com | Confidentiality Agreement | 10/03/2022 | $0 |
| Yield10 Bioscience, Inc. | Camelina Company Espana S.L.<br>Yuri Herreras Yambanis, Director<br>Camino de la Carrera 11, nave 11, Fuente el Saz de Jarama, 28140, Spain<br>Yuri.herreras@camelinacompany.es | Confidential Disclosure Agreement | 02/25/2021 | $0 |
| Yield10 Bioscience, Inc. | Campbell Farms & Livestock LLC<br>Jeff Campbell<br>4588 Bailey Road,<br>Arbon, Idaho 83212<br>jcfarms@gmail.com | Yield10 Camelina Stewardship Management Program[1] | 04/30/2024 | $0 |
| Yield10 Bioscience, Inc. | CAMSTAR, INC.<br>Ron Schlenske<br>PO Box 2671<br>Bigfork, MT 59911 | Confidential Disclosure Agreement | 02/01/2022 | $0 |

---

[1] This contract will be excluded from the Assumed Payables calculation.

| Debtor Entity | Counterparty | Contracts Description | | Cure Amount |
|---|---|---|---|---|
| Yield10 Bioscience, Inc. | Canaccord Genuity LLC<br>Marc Marano, Managing Director<br>Canaccord Genuity LLC<br>99 High Street, Boston, MA 02110<br>mmarano@cgf.com | Confidential Disclosure Agreement | 06/10/2024 | $0 |
| Yield10 Bioscience, Inc. | Canary Biofuels, Inc.<br>George Wadsworth | Confidential Disclosure Agreement | | $0 |
| Yield10 Bioscience, Inc. | 408, 322 11ᵗʰ Ave SW, Calgary, AB T2RoC5, Alberta, Canada | | 10/21/2021 | |
| Yield10 Bioscience, Inc. | Canopy Growth Corporation<br>Christelle Gedeon<br>Chief Legal Officer<br>Email: candice.bellamy@keyleaf.ca<br>118 Veterinary Road<br>Saskatoon, SK S7N 2R4 Canada<br>candice.bellamy@keyleaf.ca | Mutual Non-disclosure Agreement | 10/31/2023 | $0 |
| Yield10 Bioscience, Inc. | Canpressco<br>Trenna Derdall, President<br>626 Balmoral St., Saskatoon, SK., S7K0Y7<br>Email: trenna@canpressco.com | Confidential Disclosure Agreement | 03/19/2024 | $0 |
| Yield10 Bioscience, Inc. | Cargill, Incorporated<br>David VandenEinde, VP GEOS Global R&D lead<br>15407 McGinty Road West,<br>Wayzata, MN 55391<br>Abhishek_Bhardwaj@cargill.com | Mutual Confidentiality Agreement | 10/13/2023 | $0 |
| Yield10 Bioscience, Inc. | Cargill, Incorporated<br>David VandenEinde, VP GEOS Global R&D lead<br>15407 McGinty Road West,<br>Wayzata, MN 55391<br>Abhishek_Bhardwaj@cargill.com | Mutual Confidentiality Agreement | 01/19/2024 | $0 |

{00040378-}

| Debtor Entity | Counterparty | Contracts Description | Cure Amount |
|---|---|---|---|
| Yield10 Bioscience, Inc. | Cargill, Incorporated David VandenEinde, VP GEOS Global R&D lead 15407 McGinty Road West, Wayzata, MN 55391 Abhishek_Bhardwaj@cargill.com | Mutual Confidentiality Agreement 07/14/2022 | $0 |
| Yield10 Bioscience, Inc. | CBIZ MHM, LLC Michael O'Day, Managing Director 500 Boylston Street, Boston, MA 02116 | Confidential Disclosure Agreement 08/15/2022 | $0 |
| Yield10 Bioscience, Inc. | Cermaq Group AS Dronning Eufemias Gate 16, PO Box 144 Sentrum 0102 Oslo, Norway Olai.cimen@cermaq.com | Confidential Disclosure Agreement 11/14/2023 | $0 |
| Yield10 Bioscience, Inc. | CGB Enterprises, Inc. Kaleb Belzer CGB Enterprises, Inc. 1127 Highway 190, East Service Road Covington, LA 70433 kaleb.belzer@CGB.com | Confidential Disclosure Agreement 01/23/2024 | $0 |
| Yield10 Bioscience, Inc. | Criereon Company, LLC - 401K Plan related | Confidential Disclosure Agreement 11/21/2022 | $0 |
| Yield10 Bioscience, Inc. | Delek US Energy, Inc. Chad Schramek Sr. Director, Strategic Business Development Delek Companies 12700 Park Central Drive, Suite 700 Dallas, TX 75251 Chad.Schramek@delekus.com | Confidential Disclosure Agreement 01/23/2023 | $0 |
| Yield10 Bioscience, Inc. | Deveron UAS Corp. Karla Jackson Suite 200, 82 Richmond Street East Toronto, On M5C 1P1, Canada KJackson@deveron.com | Confidential Disclosure Agreement 06/05/2020 | $0 |

{00040378.}

| Debtor Entity | Counterparty | Contracts Description | | Cure Amount |
|---|---|---|---|---|
| Yield10 Bioscience, Inc. | DSM Nutritional Products, LLC. <br> 555 Rolling Hills Ln, Winchester, KY 40391 <br> Christopher Stowers, Sen Dir Biotechnology <br> Ross Zirkle Ph.D. <br> Director Biotechnology Scouting <br> 6480 Dobbin Road <br> Columbia Maryland 2104 <br> Ross.Zirkle@dsm-firmenich.com | Materials Transfer Agreement | 01/10/2024 | $0 |
| Yield10 Bioscience, Inc. | DSM Nutritional Products, LLC <br> 555 Rolling Hills Ln, Winchester, KY 40391 <br> Christopher Stowers, Sen Dir Biotechnology <br> Ross Zirkle Ph.D. <br> Director Biotechnology Scouting <br> 6480 Dobbin Road <br> Columbia Maryland 2104 <br> Ross.Zirkle@dsm-firmenich.com | Mutual Confidentiality Agreement | 11/13/2023 | $0 |
| Yield10 Bioscience, Inc. | Duane Johnson (Clearskies Biolubricants, Inc.) <br> 113 Obrien Terrace, Bigfork, MT 59911, USA <br> newropperf@outlook.com | Confidential Disclosure Agreement | 10/07/2019 | $0 |
| Yield10 Bioscience, Inc. | Elementa Foods <br> Pedro Terrado – SeniorManager <br> Paraguay 794 <br> pterrado@elementafoods.com | Confidential Disclosure Agreement | 12/19/2023 | $0 |
| Yield10 Bioscience, Inc. | ENEOS Corporation <br> Osama Iizuka, Executive Office, General Manager, Overseas <br> Business Planning & Development <br> 1-1-2 Ohtemachi, Chiyoda-ku, Tokyo 100-8162, Japan <br> hisao.okuyama@eneossa.com | Materials Transfer Agreement | 04/12/2023 | $0 |
| Yield10 Bioscience, Inc. | ENEOS Corporation <br> Osama Iizuka, Executive Office, General Manager, Overseas <br> Business Planning & Development <br> 1-1-2 Ohtemachi, Chiyoda-ku, Tokyo 100-8162, Japan <br> hisao.okuyama@eneossa.com | Confidential Disclosure Agreement | 02/03/2023 | $0 |

| Debtor Entity | Counterparty | Contracts Description | | Cure Amount |
|---|---|---|---|---|
| Yield10 Bioscience, Inc. | Evogene Ltd. Eyal Ronen 13 Gad Feinstein St., Rehovot, Israel eyal.ronen@evogene.com | Confidential Disclosure Agreement | 01/10/2024 | $0 |
| Yield10 Bioscience, Inc. | Exxon Mobil Corporation EMHC, 22777 Springwoods Village Parkway Spring, Texas 77389 Attention Anant Patel Anant.v.patel@exxonmobil.com Chris Honsberger, Global Lead Bio-Feed Origination - AG chris.d.honsberger@exxonmobil.com | Confidentiality Agreement | 03/23/2023 | $0 |
| Yield10 Bioscience, Inc. | ExxonMobil Technology and Engineering Company EMHC, 22777 Springwoods Village Parkway Spring, Texas 77389 Attention Anant Patel Anant.v.patel@exxonmobil.com Chris Honsberger, Global Lead Bio-Feed Origination – AG chris.d.honsberger@exxonmobil.com | Confidentiality Agreement | 03/15/2024 | $0 |
| Yield10 Bioscience, Inc. | Farmer's Business Network, Inc. Matthew Meisner VP of R&D 388 El Camino Real San Carlos, CA 94070 legal@farmersbusinessnetwork.com | Non-disclosure Agreement | 09/08/2021 | $0 |
| Yield10 Bioscience, Inc. | G2 Ag Research LLC 2429 Harold Drive Idaho Falls, ID 83402 Corey_Dixon@G2AgResearch.com | 2023-24 Field Experiment Plan | 08/15/2023 | $0 |
| Yield10 Bioscience, Inc. | G2 Ag Research LLC 2429 Harold Drive Idaho Falls, ID 83402 | Master Services Agreement | 08/22/2023 | $0 |

(00040378-)

| Debtor Entity | Counterparty | Contracts Description | Cure Amount |
|---|---|---|---|
| Yield10 Bioscience, Inc. | GDM Argentina S.A<br>Manuel Mihura<br>Strategy and New Business Director<br>Monseñor Magliano 3061<br>San Isidro, Buenos Aires, B1642GLA, Argentina<br>mmihura@gdmseeds.com | Confidential Disclosure Agreement | $0 |
| | | | 02/26/2024 |
| Yield10 Bioscience, Inc. | GDM Seeds<br>Manuel Mihura<br>Strategy and New Business Director<br>Monseñor Magliano 3061<br>San Isidro, Buenos Aires, B1642GLA, Argentina<br>mmihura@gdmseeds.com | First Amendment To The Research License Agreement | $0 |
| | | | 09/05/2023 |
| Yield10 Bioscience, Inc. | GDM Seeds<br>Manuel Mihura<br>Strategy and New Business Director<br>Monseñor Magliano 3061<br>San Isidro, Buenos Aires, B1642GLA, Argentina<br>mmihura@gdmseeds.com | ARM Full Bundle License | $0 |
| | | | 10/13/2023 |
| Yield10 Bioscience, Inc. | GENEWIZ, LLC<br>115 Corporate Drive South, Plainfield, NJ 07080<br>Denise Hoppaugh, Director Finance and Procurement<br>Denise.hoppaugh@brooks.com | Mutual Nondisclosure Agreement | $0 |
| | | | 09/22/2021 |
| Yield10 Bioscience, Inc. | Global Agricultural Development Corporation<br>VP Business Development<br>219 East Chatham Street, Suite 200, Cary NC 27511 | Confidential Disclosure Agreement | $0 |
| | | | 02/12/2020 |
| Yield10 Bioscience, Inc. | HATCH Blue Holding Ltd<br>Carsten Krone, Managing Partner<br>7/8 Liberty Street, Cork, Ireland<br>carsten@hatch.blue | Confidential Disclosure Agreement | $0 |
| | | | 11/15/2023 |

{00040378-}

| Debtor Entity | Counterparty | Contracts Description | Cure Amount |
|---|---|---|---|
| Yield10 Bioscience, Inc. | Hawaii Agriculture Research Center<br>Stephanie Whalen, Executive Director<br>PO Box 100, Kunia, HI 96759 | Confidential Disclosure Agreement<br>10/06/2022 | $0 |
| Yield10 Bioscience, Inc. | ICMS<br>Luanne Anderson<br>ICMS, Inc.<br>Box 67, Station Main, Saskatchewan Ave. E., Portage la Prairie, MB, Canada, R1N 3B2<br>anderson@icms-inc.com | 2023-24 Field Experiment Plan<br>09/08/2023 | $0 |
| Yield10 Bioscience, Inc. | ICMS<br>Luanne Anderson<br>ICMS, Inc.<br>Box 67, Station Main, Saskatchewan Ave. E., Portage la Prairie, MB, Canada, R1N 3B2<br>anderson@icms-inc.com | Master Services Agreement<br>09/05/2023 | $0 |
| Yield10 Oilseeds Inc. | Innovation Saskatchewan<br>Paula Ghiglione<br>Innovation Saskatchewan<br>Business Development Manager<br>210-15 Innovation Boulevard<br>Saskatoon, SK  S7N 2X8<br>paula.ghiglione@innovationsask.ca | Gross Sublease<br>11/19/2024 | $0 |
| Yield10 Bioscience, Inc. | Jeremy Scott Tax Law<br>168 Hobsons Lake Drive, Suite 301, Halifax, Nova Scotia, Canada | Confidential Disclosure Agreement<br>09/08/2023 | $0 |
| Yield10 Bioscience, Inc. | Joseph Gunnar & Co., LLC<br>30 Broad Street, 11th Floor, New York, NY 1004<br>Stephanie Stein | Confidential Disclosure Agreement<br>08/26/2022 | $0 |
| Yield10 Bioscience, Inc. | KayJay Ag Services<br>Aaron Carlson<br>KayJay Ag Services, Inc.<br>5351 County Road 81 S.<br>Horace, ND 58047 | Master Services Agreement<br>04/22/2024 | $0 |

| Debtor Entity | Counterparty | Contracts Description | | Cure Amount |
|---|---|---|---|---|
| Yield10 Bioscience, Inc. | KayJay Ag Services<br>Aaron Carlson<br>KayJay Ag Services, Inc.<br>5351 County Road 81 S.<br>Horace, ND 58047<br>Aaron.Carlson@kayjayag.com | Work Order \| 2024 Field Experiment Plan | 04/22/2024 | $0 |
| Yield10 Bioscience, Inc. | Aaron.Carlson@kayjayag.com | | | |
| Yield10 Bioscience, Inc. | KD Pharma Group SA<br>Via Campagna 30, 6934 Bioggio, Switzerland<br>Robert Fronzoni, R&D Manager<br>roberto.fronzoni@kdpharmagroup.com | Confidential Disclosure Agreement | 11/03/2023 | $0 |
| Yield10 Bioscience, Inc. | Knoell USA, LLC<br>Sally Feeley<br>General Manager<br>Christy Drive<br>Suite 102, Chadds Ford, PA 19317, USA<br>info@knoellusa.com | Non-disclosure Agreement | 09/22/2022 | $0 |
| Yield10 Bioscience, Inc. | Koch Engineered Solutions LLC;<br>Jason Bootsma, Manager, Transformative Technology R&D<br>4111 E 37th St N., Wichita, Kansas 67220<br>jason.bootsma@kes.global | Confidential Disclosure Agreement | 11/08/2021 | $0 |
| Yield10 Bioscience, Inc. | KWS SAAT SE & Co. KGaA<br>Dr. Stefan Schwartz, Head Innovation and Licensing<br>Henrik Hagemann, Project Manager<br>Grimsehlst, 31, Einbeck, Germany, 37574<br>henrik.hagemann@kws.com | Confidential Disclosure Agreement | 02/13/2020 | $0 |
| Yield10 Bioscience, Inc. | Lake Street Capital Markets, LLC<br>John Baumgartner \| Head of Capital Markets<br>Lake Street Capital Markets, LLC<br>920 Second Avenue South, Suite 700 \| Minneapolis, MN 55402<br>john.baumgartner@lakestreetcm.com | Mutual Confidentiality Agreement | 08/26/2023 | $0 |

| Debtor Entity | Counterparty | Contracts Description | | Cure Amount |
|---|---|---|---|---|
| Yield10 Bioscience, Inc. | LG Chem, Ltd.<br>Hak Cheol (H.C.) Shin, CEO (Chief Executive Officer)<br>LG Twin Towers, 128, Yeoui-daero, Yeongdeungpo-gu, Seoul,<br>07336, Republic of Korea | Mutual Non-disclosure Agreement | 02/06/2023 | $0 |
| Yield10 Bioscience, Inc. | Louis Dreyfus Company LLC<br>Max Clegg, Head of New Company Ventures<br>40 Danbury Road, Wilton, CT 06897<br>MAX.CLEGG@ldc.com | Mutual Non-disclosure And Confidentiality Agreement | 06/12/2024 | $0 |
| Yield10 Bioscience, Inc. | Marcum LLP<br>Attn: General Council<br>10 Melville Park Road,<br>Melville, New York, 11747 | Non-disclosure Agreement | 02/19/2024 | $0 |
| Yield10 Bioscience, Inc. | Maxim Group LLC<br>Joseph Daneshgar<br>Senior Vice President | Investment Banking<br>300 Park Avenue, 16th Floor<br>New York, NY 10022<br>jdaneshgar@maximgrp.com | Non-Disclosure Agreement | 11/06/2023 | $0 |
| Yield10 Bioscience, Inc. | Mazars USA LLP<br>135 West 50th Street, New York, NY10020 | Mutual Nondisclosure Agreement | 02/19/2024 | $0 |
| Yield10 Bioscience, Inc. | Millborn Seeds, Inc.<br>David Kiesner, Director of Business Development<br>2132 32ND AVE. BROOKINGS, SD 57006<br>davidk@millbornseeds.com | Confidential Disclosure Agreement | 09/26/2022 | $0 |
| Yield10 Oilseeds Inc. | Minister of Agriculture and Agri-Food (AAFC)<br>Keith Hanson<br>Office of Intellectual Property and Commercialization<br>Agriculture and Agri-Food Canada<br>Saskatoon Research and Development Centre<br>107 Science Place | Non-Exclusive License for a Plant Variety | 01/27/2020 | $0 |

{00040378.}

| Debtor Entity | Counterparty | Contracts Description | | Cure Amount |
|---|---|---|---|---|
| Yield10 Oilseeds Inc. | Minister of Agriculture and Agri-Food (AAFC)<br>keith.hanson@agr.gc.ca<br>Saskatoon, Saskatchewan S7N 0X2 | | | |
| Yield10 Oilseeds Inc. | Minister of Agriculture and Agri-Food (AAFC)<br>Keith Hanson<br>Office of Intellectual Property and Commercialization<br>Agriculture and Agri-Food Canada<br>Saskatoon Research and Development Centre<br>107 Science Place<br>Saskatoon, Saskatchewan S7N 0X2<br>keith.hanson@agr.gc.ca | Amendment No. 1 To Variety Licencing Agreement | 03/24/2021 | $0 |
| Yield10 Oilseeds Inc. | Minister of Agriculture and Agri-Food (AAFC)<br>Keith Hanson<br>Office of Intellectual Property and Commercialization<br>Agriculture and Agri-Food Canada<br>Saskatoon Research and Development Centre<br>107 Science Place<br>Saskatoon, Saskatchewan S7N 0X2<br>keith.hanson@agr.gc.ca | Material Transfer Agreement | 04/08/2022 | $0 |
| Yield10 Oilseeds Inc. | Minister of Agriculture and Agri-Food (AAFC)<br>Keith Hanson<br>Office of Intellectual Property and Commercialization<br>Agriculture and Agri-Food Canada<br>Saskatoon Research and Development Centre<br>107 Science Place<br>Saskatoon, Saskatchewan S7N 0X2<br>keith.hanson@agr.gc.ca | Material Transfer Agreement | 02/01/2020 | $0 |
| Yield10 Oilseeds Inc. | Minister of Agriculture and Agri-Food (AAFC)<br>Keith Hanson<br>Office of Intellectual Property and Commercialization<br>Agriculture and Agri-Food Canada<br>Saskatoon Research and Development Centre<br>107 Science Place<br>Saskatoon, Saskatchewan S7N 0X2 | Standard Material Transfer Agreement | 02/12/2024 | $0 |

(00040378-)

| Debtor Entity | Counterparty | Contracts Description | Cure Amount |
|---|---|---|---|
| Yield10 Bioscience, Inc. | keith.hanson@agr.gc.ca | | |
| Yield10 Bioscience, Inc. | Mitsubishi Corporation (Americas)<br>Yoshitaka Miyake<br>Manager, Renewable Fuels Project Development<br>Mitsubishi International Corporation<br>655 3rd Ave, New York, NY 10017, USA<br>yoshitaka.miyake@mitsubishicorp.com | Four-way Confidentiality And Non-disclosure Agreement | $0 |
| Yield10 Bioscience, Inc. | Mitsui & Co. (U.S.A.), Inc.<br>Romi Mahdi<br>Sr. Business Development Manager, Energy Dept.<br>1300 Post Oak Blvd Suite 1700 Houston TX 77056<br>R.madhi@mitsui.com | Mutual Non-disclosure Agreement | $0 |
| Yield10 Bioscience, Inc. | National Research Council of Canada (NRC)<br>Denise LeBlanc, Director General Aquatic and Crop Resource Development Research Center<br>1200 Montreal Road, Ottawa, Ontario, K1A 0R6 | Material Transfer Agreement | $0 |
| Yield10 Bioscience, Inc. | Nissui Corporation<br>SEKIGUCHI Takayoshi<br>Central Research Laboratory<br>1-32-3 Nanakuni, Hachioji, Tokyo, 192-0991 JAPAN<br>takayoshi_sekiguchi@nissui.co.jp | Confidential Disclosure Agreement | $0 |
| Yield10 Bioscience, Inc. | North Dakota State University<br>Professor Marisol Berti<br>1735 NDSO Research Park Dr., Fargo, Northe Dakota 58105<br>marisol.berti@ndsu.edu | Confidential Disclosure Agreement | $0 |
| Yield10 Bioscience, Inc. | NorthStar Genetics<br>41103 MacDonald Rd, 6E, Domain, Manitoba<br>Travis Williams, VEO | Confidential Disclosure Agreement | $0 |
| Yield10 Bioscience, Inc. | Nuseed Nutritional US Inc.<br>990 Riverside Parkway, Suite 140, West Sacramento, CA 95605 | License Agreement | $0 |

| Debtor Entity | Counterparty | Contracts Description | | Cure Amount |
|---|---|---|---|---|
| Yield10 Bioscience, Inc. | Nuseed Nutritional US Inc. 990 Riverside Parkway, Suite 140, West Sacramento, CA 95605 | Confidentiality Agreement | 01/12/2024 | $0 |
| Yield10 Bioscience, Inc. | Nutreco Robert van den Breemer Sustainability and Procurement Director N.V. Stationsstraat 77 3811 MH Amersfoort, The Netherlands Bus Dev. Mette Lutcherath, Mette.Lutcherath@nutreco.com | Confidential Disclosure Agreement | 09/27/2023 | $0 |
| Yield10 Bioscience, Inc. | Nyrasta LLC Ragu Bharadwaj, Principal 61 Peaceful Way, Tiverton, RI 02878 | Confidential Disclosure Agreement | 11/03/2021 | $0 |
| Yield10 Bioscience, Inc. | Par Pacific Holdings, Inc. Jon Auerbach, VP Renewables 825 Town & Country Lane, Suite 1500, Houston, TX 7704 JAuerbach@parpacific.com | Confidential Disclosure Agreement | 05/02/2023 | $0 |
| Yield10 Bioscience, Inc. | Peaker Energy Group, LLC Matthew Joitis 10011 West Gulf Bank Road Ste B. Houston, TX 77040 | Confidential Disclosure Agreement | 01/12/2021 | $0 |
| Yield10 Bioscience, Inc. | Performance Crop Research, LLC Melissa Nelson, Owner/Operator 95 SW 20 RD, Great Bend, KS 67530 Performancecropresearch@gmail.com | 2023-24 Field Experiment Plan | 08/17/2023 | $0 |
| Yield10 Bioscience, Inc. | Performance Crop Research, LLC Melissa Nelson, Owner/Operator 95 SW 20 RD, Great Bend, KS 67530 Performancecropresearch@gmail.com | Master Services Agreement | 08/23/2023 | $0 |
| Yield10 Bioscience, Inc. | Petro-Lubricant Testing Laboratories, Inc. Josiaah Wintermute 116 Sunset Inn Road, P.O. Box 300 Lafayette, NJ 07848 | Materials Transfer Agreement | 12/22/2021 | $0 |

| Debtor Entity | Counterparty | Contracts Description | | Cure Amount |
|---|---|---|---|---|
| Yield10 Bioscience, Inc. | Petro-Lubricant Testing Laboratories, Inc. Josiah Wintermute 116 Sunset Inn Road, P.O. Box 300 Lafayette, NJ 07848 | Confidential Disclosure Agreement | 12/21/2021 | $0 |
| Yield10 Bioscience, Inc. | Platform Genetics Inc. Dr. Michael Pautler Head of Genomics Services 4890 Victoria Avenue North, Box 4000 Vineland Station ON, L0R 2E0 Michael.pautler@platformgenetics.ca | Framework Agreement On The Provision Of Contract Services | 04/25/2022 | $0 |
| Yield10 Bioscience, Inc. | POS Biosciences Corp. 118 Veterinary Road, Saskatoon, SK S7N 2R4 James Shields, Managing Director | Materials Transfer Agreement | 02/15/2024 | $0 |
| Yield10 Bioscience, Inc. | Regents of the University of Minnesota Colin Cureton Director of Adoption and Scaling Forever Green Initiative McNamara Alumni Center, 200 Oak Street SE, Suite 280, Minneapolis, MN 55455 Cure0012@umn.edu | Materials Transfer To Plant Material Testing Agreement | 02/15/2023 | $0 |
| Yield10 Bioscience, Inc. | Regents of the University of Minnesota Colin Cureton Director of Adoption and Scaling Forever Green Initiative McNamara Alumni Center, 200 Oak Street SE, Suite 280, Minneapolis, MN 55455 Cure0012@umn.edu | First Amendment To Plant Material Testing Agreement | 02/28/2023 | $0 |
| Yield10 Bioscience, Inc. | Regents of the University of Minnesota Colin Cureton Director of Adoption and Scaling Forever Green Initiative McNamara Alumni Center, 200 Oak Street SE, Suite 280, Minneapolis, MN 55455 Cure0012@umn.edu | Plant Material Testing Agreement | 08/25/2021 | $0 |

{00040378-}

| Debtor Entity | Counterparty | Contracts Description | | Cure Amount |
|---|---|---|---|---|
| Yield10 Bioscience, Inc. | Regents of the University of Minnesota<br>Colin Cureton<br>Director of Adoption and Scaling<br>Forever Green Initiative<br>McNamara Alumni Center, 200 Oak Street SE, Suite 280,<br>Minneapolis, MN 55455<br>Cure0012@umn.edu | Plant Material Testing Agreement | 08/27/2021 | $0 |
| Yield10 Bioscience, Inc. | Regents of the University of Minnesota<br>Colin Cureton<br>Director of Adoption and Scaling<br>Forever Green Initiative<br>McNamara Alumni Center, 200 Oak Street SE, Suite 280,<br>Minneapolis, MN 55455<br>Cure0012@umn.edu | Plant Material Testing Agreement | 08/27/2021 | $0 |
| Yield10 Bioscience, Inc. | Richter LLP<br>FINANCE TEAM<br>181 bay Street #3510, Bay Wellington Tower, Toronto On M5J 2T3,<br>Canada | Confidential Disclosure Agreement | 03/30/2022 | $0 |
| Yield10 Bioscience, Inc. | Robert Kostek<br>10850 125th Ave NW, Crosby ND 58730<br>Kostek58730@yahoo.com | Yield10 Camelina Stewardship Management Program[2] | 04/19/2024 | $0 |
| Yield10 Bioscience, Inc. | Rothamsted Research Limited<br>Louise Warren<br>West Common, Harpenden, Hertfordshire, Al5 2QL, England, UK.<br>Louise.warren@rothamsted.ac.uk | License Agreement | 06/12/2024 | $0 |
| Yield10 Bioscience, Inc. | Rothamsted Research Limited<br>Louise Warren<br>West Common, Harpenden, Hertfordshire, Al5 2QL, England, UK.<br>Louise.warren@rothamsted.ac.uk | Materials Transfer Agreement | 05/03/2022 | $0 |

---

[2] This contract will be excluded from the Assumed Payables calculation.

{00040378-}

| Debtor Entity | Counterparty | Contracts Description | | Cure Amount |
|---|---|---|---|---|
| Yield10 Bioscience, Inc. | Rothamsted Research Limited Louise Warren West Common, Harpenden, Hertfordshire, AI5 2QL, England, UK. Louise.warren@rothamsted.ac.uk | Non-Disclosure Agreement | 07/24/2024 | $0 |
| Yield10 Bioscience, Inc. | S&W Seed Company Kirk Rolfs, VP Supply Chain 2101 Ken Pratt Blvd., Suite 201, Longmont, Co 80502 | | | $0 |
| Yield10 Bioscience, Inc. | Steve Calhoun, Vice President for Research and Development 6615 Winfield Ave, Lubbock TX 79407 SteveCalhoun@sweedco.com | Material Transfer Agreement | 05/11/2021 | |
| Yield10 Bioscience, Inc. | Saskatchewan Conservation Learning Centre (CLC) Robin Lokken, Manager Box 1903 Stn main, Prince Albert, SK S6V 6JN Canada | 2023-24 Field Experiment Plan | 08/29/2023 | $0 |
| Yield10 Bioscience, Inc. | SNPsaurus LLC Eric Johnston, Owner 1892 Fairmount Blvd, Eugene, OR 97403 Eric@snpsaurus.com | Confidential Disclosure Agreement | 03/16/2022 | $0 |
| Yield10 Bioscience, Inc. | SNPsaurus LLC Eric Johnston, Owner 1892 Fairmount blv., Eugene, Oregon 97403 | Confidential Disclosure Agreement | 02/07/2022 | $0 |
| Yield10 Bioscience, Inc. | Société des Produits Nestlé SA Dr. -Ing. Gerhard Niederreiter Head of Nestlé Institute of Packaging Sciences, Nestle Research Av. Nestle 55, CH-1800 Vevey, Switzerland violette.boura@rdnestle.com | Confidentiality Agreement | 03/03/2022 | $0 |
| Yield10 Bioscience, Inc. | SouthEast Research Farm (SERF) Lana Shaw, Executive Director Box 129 Redvers, SK S0C 2H0, Canada l.shaw.serf@gmail.com | Master Services Agreement | 08/29/2023 | $0 |
| Yield10 Bioscience, Inc. | Strategic Vision Consulting Ltd Ron Pidsklalny, President 11312 057 Avenue NW, Edmonton, Alberta, Canada T6H 0Z9 | Confidential Disclosure Agreement | 03/14/2023 | $0 |

{00040378-}

| Debtor Entity | Counterparty | Contracts Description | Cure Amount |
|---|---|---|---|
| Yield10 Bioscience, Inc. | Strategic Vision Consulting Ltd<br>Ron Pidskalny, President<br>11312 057 Avenue NW, Edmonton, Alberta, Canada T6H 0Z9 | Consulting Agreement<br>3/31/2023 | $0 |
| Yield10 Bioscience, Inc. | Suntory Holdings Limited<br>Taro Kuzuno, Global Supply Solutions<br>Brian Golden, GM of Global Supply Solutions Department<br>Tamachi Station Tower N, 311 Shibaura, Minato ku, Tokyo, Japan<br>taro.kuzuno@suntory.com | Mutual Confidentiality Agreement<br>05/01/2024 | $0 |
| Yield10 Bioscience, Inc. | Sustainable Oils, Inc.<br>Mike Karst, President<br>4401 Innovation Street, Great Falls, MT 594041-901-734-3245<br>Mike.karst@susoils.com | Mutual Non-disclosure Agreement<br>01/18/2024 | $0 |
| Yield10 Bioscience, Inc. | The Broad Institute, Inc.<br>Alba Miranda-Ribera, Ph.D., MBA<br>Senior Licensing Associate - BD&L Transactions<br>Office of Strategic Alliances and Partnering<br>Broad Institute of MIT and Harvard / 75 Ames Street / Cambridge, MA 02142<br>amiranda@broadinstitute.org | Mutual Non-disclosure Agreement<br>11/22/2022 | $0 |
| Yield10 Bioscience, Inc. | Thenell & Associates LLC<br>Scott Thenell<br>1182 Keaveny Court, Walnut Creek, California 94597<br>Scott@sthenell.com | Confidential Disclosure Agreement<br>11/19/2019 | $0 |
| Yield10 Bioscience, Inc. | Tobin Scientific & Sons Moving and Storage, LLC<br>Zack Newman,Account Executive<br>39 Tozer Road, Beverly, MA 01915<br>tobinscientific.com<br>znewman@tobinscientific.com | Transportation and Storage Agreement<br>11/25/2024 | $0 |
| Yield10 Bioscience, Inc. | Tobin Scientific<br>39 Tozer Road, Beverly, MA 01915 | Biorepository Services Agreement<br>11/25/2024 | $0 |
| Yield10 Bioscience, Inc. | University of Missouri (Curators of the)<br>Samuel E. Bish, Ph.D.<br>Senior Technology Transfer Manager, Life Sciences | Exclusive License Agreement<br>05/17/2018 | $0 |

| Debtor Entity | Counterparty | Contracts Description | Cure Amount |
|---|---|---|---|
| Yield10 Bioscience, Inc. | Technology Advancement Office 1400 Rock Quarry Road \| Suite Q180 \| Columbia MO 65211 bishs@missouri.edu | | |
| Yield10 Bioscience, Inc. | University of Missouri (Curators of the) Samuel E. Bish, Ph.D. Senior Technology Transfer Manager, Life Sciences Technology Advancement Office 1400 Rock Quarry Road \| Suite Q180 \| Columbia MO 65211 bishs@missouri.edu | Exclusive License Agreement - Amendment 1 04/08/2019 | $0 |
| Yield10 Bioscience, Inc. | University of Nebraska (Board of Regents) Brad Roth, Assoc. Vice Chancellor for Tech. Development 1400 R St, Lincoln, NE 68588 | Material Transfer Agreement 07/16/2021 | $0 |
| Yield10 Bioscience, Inc. | USDA-ARS-WRRC Charles lee, Research Chemist 800 Buchanan Street, Albany, California, 94710. | Confidential Disclosure Agreement 04/08/2020 | $0 |
| Yield10 Bioscience, Inc. | vCPO LLC Gretchen Herault, Principal 4 Barilone Circle, Maynard, MA 01754 | Confidential Disclosure Agreement 02/22/2021 | $0 |
| Yield10 Bioscience, Inc. | Vision Bioenergy Oilseeds LLC Attention: Brad Chambers, GMM 2101 Ken Pratt Blvd, Suite 101 Longmont, CO 80501, USA brad.chambers@visionbioseeds.com | License And Service Fee Agreement 02/09/2024 | $0 |
| Yield10 Bioscience, Inc. | Vision Bioenergy Oilseeds LLC 2101 Ken Pratt Blvd, Suite 101, Longmont, CO 80501, USA | Stewardship Management Program 03/13/2024 | $0 |
| Yield10 Bioscience, Inc. | Vision Bioenergy Oilseeds LLC 2101 Ken Pratt Blvd, Suite 101, Longmont, CO 80501, USA | Confidential Disclosure Agreement 10/11/2023 | $0 |
| Yield10 Bioscience, Inc. | Washington State University JESSY MCGOWAN SENIOR TECHNOLOGY LICENSING ASSOCIATE | Mutual Confidential Disclosure Agreement 02/21/2024 | $0 |

{00040378-}

| Debtor Entity | Counterparty | Contracts Description | Cure Amount |
|---|---|---|---|
| Yield10 Bioscience, Inc. | Office of Commercialization Office of Research Light 2980/286 PO Box 641060, Pullman, WA 99164 jessy.mcgowan@wsu.edu commercialization.wsu.edu | | $0 |
| Yield10 Bioscience, Inc. | Western Applied Research Corporation (WARC) Kayla Slind, Acting GM Box 89 Hwy 374 Scott SK S0K 4A0 SK Canada | 2023-24 Field Experiment Plan 08/29/2023 | |
| Yield10 Bioscience, Inc. | Western Applied Research Corporation (WARC) Kayla Slind, Acting GM Box 89 Hwy 374 Scott SK S0K 4A0 SK Canada | Master Services Agreement 08/29/2023 | $0 |
| Yield10 Bioscience, Inc. | Wheatland Conservation Area (WCA) Amber Wall, Assistant Manager PO Box 2015 Swift Current, SK S9H 4M7, Canada | 2023-24 Field Experiment Plan 08/28/2023 | |
| Yield10 Bioscience, Inc. | Wheatland Conservation Area (WCA) Amber Wall, Assistant Manager PO Box 2015 Swift Current, SK S9H 4M7, Canada | Master Services Agreement 08/28/2023 | $0 |
| Yield10 Bioscience, Inc. | Wincrest Capital 5 Pineapple Grove, Nassau, BS | Confidential Disclosure Agreement 08/09/2023 | $0 |
| Yield10 Bioscience, Inc. | Wolf & Co. Matthew Vaughn, Principal 255 State Street, Boston, MA 02109 mvaughn@wolfandco.com | Confidential Disclosure Agreement 02/05/2024 | $0 |
| Yield10 Bioscience, Inc. | 2010282 AB Ltd. (Kerschbaumer) Trevor Kerschbaumer PO Box 2369, Fairvie., Alberta T0H 1L0, Canada | Master Services Agreement 09/27/2023 | $0 |
| Yield10 Bioscience, Inc. | AgGro Innovations LLC Trevor Jones, President 13002 Urbanna Ct., Cypress, TX 77429 trevor@aggroinnovations.com | Master Services Agreement 11/14/2022 | $0 |
| Yield10 Bioscience, Inc. | Ag-Quest Holdings Ltd. Dana Maxwell, P.Ag., BSc. (Ag), MSc. , President & CEO | 2023 PNT Camelina Trial 04/25/2023 | $0 |

| Debtor Entity | Counterparty | Contracts Description | | Cure Amount |
|---|---|---|---|---|
| | Director of Plant Genetics Services<br>Ag-Quest Inc.<br>Box 144, Minto, Manitoba R0K 1M0<br>dana.maxwell@agquest.com | | | |
| Yield10<br>Bioscience, Inc. | AgraServ, LLC<br>Steve Bergsten<br>2565 Freedom Lane, American Falls, ID 83211<br>www.agraserv.com | 2021 Camelina Seed<br>& Germplasm Eval | 06/15/2021 | $0 |
| Yield10<br>Bioscience, Inc. | AgraServ, LLC<br>Steve Bergsten<br>2565 Freedom Lane, American Falls, ID 83211<br>www.agraserv.com | 2023-24 Field<br>Experiment Plan | 07/31/2023 | $0 |
| Yield10<br>Bioscience, Inc. | AgraServ, LLC<br>Steve Bergsten<br>2565 Freedom Lane, American Falls, ID 83211<br>www.agraserv.com | Master Services<br>Agreement | 05/05/2023 | $0 |
| Yield10<br>Bioscience, Inc. | Conservation Learning Centre (CLC)<br>Saskatchewan Conservation Learning Centre (CLC)<br>Robin Lokken, Manager<br>Box 1903 Stn main, Prince Albert, SK S6V 6JN Canada | Master Services<br>Agreement | 08/29/2023 | $0 |
| Yield10<br>Bioscience, Inc. | Cropwise Research LLC<br>Brent Petersen, President and CEO<br>4981 2nd Street SE, St. Cloud, MN 56304, USA | Master Services<br>Agreement | 09/15/2022 | $0 |
| Yield10<br>Bioscience, Inc. | G2 Ag Research LLC<br>2429 Harold Drive , Idaho Falls, ID 83402<br>Corey_Dixon@G2AgResearch.com | Camelina<br>Germplasm<br>Evaluation &<br>Herbicide Tolerance<br>Trials | 03/20/2021 | $0 |
| Yield10<br>Bioscience, Inc. | G2 Ag Research LLC<br>2429 Harold Drive , Idaho Falls, ID 83402<br>Corey_Dixon@G2AgResearch.com | Master Services<br>Agreement | 08/29/2022 | $0 |
| Yield10<br>Bioscience, Inc. | GDM Seeds<br>GDM Argentina S.A | Research License<br>Agreement | 08/10/2020 | $0 |

{00040378-}

| Debtor Entity | Counterparty | Contracts Description | | Cure Amount |
|---|---|---|---|---|
| Yield10 Bioscience, Inc. | Manuel Mihura, Strategy and New Business Director<br>Monseñor Magliano 3061<br>San Isidro, Buenos Aires, B1642GLA, Argentina<br>mmihura@gdnseeds.com | | | $0 |
| Yield10 Bioscience, Inc. | Mackenzie Applied Research Association (MARA)<br>Sampath Walgama, Manager<br>5901 River Road, PO Box 646, Fort Vermilion, AB T0H 1N0, Canada<br>manager@mackenzieresearch.ca | 2023-24 Field Experiment Plan | 09/08/2023 | |
| Yield10 Bioscience, Inc. | Mackenzie Applied Research Association (MARA)<br>Sampath Walgama, Manager<br>5901 River Road, PO Box 646, Fort Vermilion, AB T0H 1N0, Canada<br>manager@mackenzieresearch.ca | 2023-24 Field Experiment Plan | 09/08/2023 | $0 |
| Yield10 Bioscience, Inc. | Mackenzie Applied Research Association (MARA)<br>Sampath Walgama, Manager<br>5901 River Road, PO Box 646, Fort Vermilion, AB T0H 1N0, Canada<br>manager@mackenzieresearch.ca | Master Services Agreement | 09/08/2023 | $0 |
| Yield10 Oilseeds Inc. | Minister of Agriculture and Agri-Food (AAFC)<br>Keith Hanson<br>Office of Intellectual Property and Commercialization<br>Agriculture and Agri-Food Canada<br>Saskatoon Research and Development Centre<br>107 Science Place<br>Saskatoon, Saskatchewan S7N 0X2<br>keith.hanson@agr.gc.ca | Collaborative Research and Development Agreement and Amendment No. 1 | 09/13/2021 | $0 |
| Yield10 Bioscience, Inc. | Mortenson Farm Partners<br>Steve Mortenson<br>14018 48th Street NW, Williston, ND 58801<br>56smortf@gmail.com | Yield10 Camelina Stewardship Management Program | 04/29/2024 | $0 |

{00040378-}

| Debtor Entity | Counterparty | Contracts Description | Cure Amount |
|---|---|---|---|
| Yield10 Bioscience, Inc. | Rakochy Farms c/o Lauren Rakochy 117-425 115th Street East, Saskatoon, SK S7N2E5 lrakochy@outlook.com | Camelina Sativa (Winter Type) Non-Regulated Seed Increase 09/07/2021 | $0 |
| Yield10 Bioscience, Inc. | Regents of the University of Minnesota Colin Cureton Director of Adoption and Scaling Forever Green Initiative University of Minnesota McNamara Alumni Center, 200 Oak Street SE, Suite 280, Minneapolis, MN 55455 Cure0012@umn.edu | Confirmation of Seed Destruction 07/12/2024 | $0 |
| Yield10 Bioscience, Inc. | Research Designed for Agriculture (RD4AG) AgraServ, LLC Steve Bergsten 2565 Freedom Lane, American Falls, ID 83211 | Work Agreement 04/23/2018 | $0 |
| Yield10 Bioscience, Inc. | Rothamsted Research Limited Louise Warren West Common, Harpenden, Hertfordshire, AI5 2QL, England, UK. Louise.warren@rothamsted.ac.uk | RNA-Sequencing Project SOW 07/05/2021 | $0 |
| Yield10 Bioscience, Inc. | S&W Seed Company Kirk Rolfs, VP Supply Chain 2101 Ken Pratt Blvd., Suite 201, Longmont, Co 80502 | Seed Production And Processing Services Agreement 04/20/2021 | $0 |
| Yield10 Bioscience, Inc. | SGS North America Inc Amanda, ver Helst201 Route 17 North, 7th Floor, Rutherfor, NJ 07070, USA | Master Services Agreement 09/20/2022 | $0 |
| Yield10 Bioscience, Inc. | SGS North America Inc Amanda, ver Helst201 Route 17 North, 7th Floor, Rutherfor, NJ 07070, USA | Work Order | 2022-23 Field Experiment Plan 09/15/2022 | $0 |
| Yield10 Bioscience, Inc. | South Dakota State University Christopher Graham, Associate Professor Dianne Naggy, AVP, Research Development & Admin | Master Services Agreement 08/26/2022 | $0 |

| Debtor Entity | Counterparty | Contracts Description | | Cure Amount |
|---|---|---|---|---|
| Yield10 Bioscience, Inc. | Brookings, SD 57007 christopher.graham@sdstate.edu | | | |
| Yield10 Bioscience, Inc. | South Dakota State University Christopher Graham, Associate Professor Dianne Naggy, AVP, Research Development & Admin Brookings, SD 57007 christopher.graham@sdstate.edu | Work Order | 2022-23 Field Experiment Plan | 08/31/2022 | $0 |
| Yield10 Bioscience, Inc. | South East Research Farm (SERF) Lana Shaw, Executive Director Box 129 Redvers, SK S0C 2H0, Canada Lshaw.serf@gmail.com | 2022 Field Experiment Plan - Camelina | 05/04/2022 | $0 |
| Yield10 Bioscience, Inc. | South East Research Farm (SERF) Lana Shaw, Executive Director Box 129 Redvers, SK S0C 2H0, Canada Lshaw.serf@gmail.com | 2023-24 Field Experiment Plan | 08/28/2023 | $0 |
| Yield10 Bioscience, Inc. | South East Research Farm (SERF) Lana Shaw, Executive Director Box 129 Redvers, SK S0C 2H0, Canada Lshaw.serf@gmail.com | Master Services Agreement | 08/19/2022 | $0 |
| Yield10 Bioscience, Inc. | South East Research Farm (SERF) Lana Shaw, Executive Director Box 129 Redvers, SK S0C 2H0, Canada Lshaw.serf@gmail.com | Work Order | 2022-23 Field Experiment Plan | 09/01/2022 | $0 |
| Yield10 Bioscience, Inc. | The Broad Institute, Inc. Alba Miranda-Ribera, Ph.D. / Licensing Associate / Office of Strategic Alliances and Partnering Broad Institute of MIT and Harvard / 75 Ames Street / Cambridge, MA 02142 amiranda@broadinstitute.org | License Side Letter | 04/04/2024 | $0 |
| Yield10 Bioscience, Inc. | Wellington Agricultural Research Ltd. Jamie Parnell, President 3 Grey Oak Drive, Guelph, ON N1L 1P1 | 2019 PNT Soybean Trials | 04/26/2019 | $0 |

| Debtor Entity | Counterparty | Contracts Description | Cure Amount |
|---|---|---|---|
| Yield10 Bioscience, Inc. | Wellington Agricultural Research Ltd. Jamie Parnell, President 3 Grey Oak Drive, Guelph, ON N1L 1P1 | 2021 Camelina Germplasm Evaluation    06/21/2021 | $0 |
| Yield10 Bioscience, Inc. | Westman Agricultural Diversification Organization (WADO) Scott Chalmers, Applied Research Specialist 139 Main St., Melita, MB R0M 1L0, Canada | Master Services Agreement    09/07/2022 | $0 |