# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Yield10 Bioscience, Inc., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 24-12752 (MFW)<br><br>(Jointly Administered)<br><br>**Re: D.I. 4, 5, 23 & 24** |

## JOINT NOTICE OF FINAL HEARING ON FIRST DAY MOTIONS

**PLEASE TAKE NOTICE** that on December 6, 2024, the above-captioned debtors and debtors in possession (the "Debtors"), filed the following first-day motions with the United States Bankruptcy Court for the District of Delaware (the "Court"):

a. *Motion for Interim and Final Orders Pursuant to Sections 105(a), 363(B), 363(C), 507(a), 541(B)(7), 541(D), 1107(a) and 1108 of the Bankruptcy Code and Fed. R. Bankr. P. 6003 and 6004 (I) Authorizing Debtors to (a) Pay Certain Prepetition Wages, Compensation, and Employee Benefits, (B) Continue Payment of Wages, Compensation, and Employee Benefits in the Ordinary Course of Business and (C) Continue Payment of Employment, Unemployment, Social Security and Other Taxes Incident to the Employee Obligations; And (II) Authorizing and Directing Debtors' Third-party Payroll Administrator and Debtors' Bank to Receive, Process, Honor, and Pay Checks Issued and Electronic Payment Requests Relating to The Foregoing* [D.I. 4] (the "Employee Motion"); and

b. *Motion of the Debtors for Interim and Final Orders Pursuant to 11 U.S.C. §§ 105(a), 345(b), 363, 1107 and 1108 Authorizing: (a) Continued Maintenance of Existing Bank Accounts, (B) Continued Use of Existing Business Forms and (C) Waiver of Section 345(b) Deposit and Investment Requirements and Certain United States Trustee Guidelines* [D.I. 5] (the "Cash Management Motion," together with the Employee Motion, the "Motions");

**PLEASE TAKE FURTHER NOTICE** that on December 10, 2024, the Court entered the following interim orders (the "Interim Order(s)") granting the reliefs sought in the Motions on an interim basis.

- *Order (INTERIM) Pursuant to Sections 105(a), 363(b), 363(c), 507(a), 541(b)(7), 541(d), 1107(a) and 1108 of the Bankruptcy Code and Fed. R. Bankr. P. 6003 and 6004*

---

[1] The last four digits of the taxpayer identification numbers of the Debtors follow in parentheses: (i) Yield10 (x 8289); (ii) Securities Corp. (x7435) and (ii) Oilseeds (Canadian Business No.x9469).

> *(I) Authorizing Debtors to (A) Pay Certain Prepetition Wages, Compensation, and Employee Benefits, (B) Continue Payment of Wages, Compensation, and Employee Benefits in the Ordinary Course of Business and (C) Continue Payment of Employment, Unemployment, Social Security and Other Taxes Incident to the Employee Obligations; and (II) Authorizing and Directing Debtors' Third-Party Payroll Administrator and Debtors' Bank to Receive, Process, Honor, and Pay Checks Issued and Electronic Payment Requests Relating to the Foregoing* [D.I. 23]; and

- *Order (INTERIM) Pursuant to 11 U.S.C. §§ 105(a), 345(b), 363, 1107 and 1108 Authorizing; (A) Continued Maintenance of Existing Bank Accounts, (B) Continued Use of Existing Business Forms and (C) Waiver of Section 345(b) Deposit and Investment Requirements and Certain United States Trustee Guidelines* [D.I. 24].

**PLEASE TAKE FURTHER NOTICE** that copies of the documents referenced above may be obtained from the Court's website at www.deb.uscourts.gov for a fee.

**PLEASE TAKE FURTHER NOTICE** that responses or objections, if any, to the relief requested in the Motions must be filed with the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, 3rd Floor, Wilmington, Delaware 19801, on or before **January 3, 2025 at 12:00 p.m. (ET)** (the "Objection Deadline"). At the same time, you must also serve a copy of the objection upon the following parties to be actually received no later than the Objection Deadline: (a) proposed counsel to the Debtors: The Rosner Law Group LLC, 824 N. Market Street, Suite 810, Wilmington, DE 19801 (Attn: Frederick B. Rosner, Esq. and Zhao (Ruby) Liu, Esq., rosner@teamrosner.com; liu@teamrosner.com;); (b) Office of the United States Trustee, 844 King Street, Suite 2207, Lockbox 35, Wilmington, Delaware 19801 (Attn: Richard L. Schepacarter, Esq., richard.schepacarter@usdoj.gov); (c) counsel to statutorily appointed committee (if any); and (d) to the extent not listed herein, those parties requesting notice pursuant to Bankruptcy Rule 2002.

**PLEASE TAKE FURTHER NOTICE** that a final hearing on the Motions, if required, will be held on **January 8, 2025 at 12:00 p.m. (ET)** before The Honorable Mary F. Walrath, United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, 5th Floor, Courtroom No. 4, Wilmington, Delaware 19801.

**PLEASE TAKE FURTHER NOTICE THAT, IF NO OBJECTIONS TO THE MOTIONS ARE TIMELY FILED, SERVED AND RECEIVED IN ACCORDANCE WITH THIS NOTICE, THE BANKRUPTCY COURT MAY GRANT THE FINAL RELIEF REQUESTED IN THE COC WITHOUT FURTHER NOTICE OR HEARING.**

| | |
|---|---|
| Dated: December 11, 2024<br>Wilmington, Delaware | **THE ROSNER LAW GROUP LLC**<br><br>By: */s/ Zhao Liu*<br>Frederick B. Rosner (DE 3995)<br>Zhao (Ruby) Liu (DE 6436)<br>824 N. Market Street, Suite 810<br>Wilmington, DE  19801<br>Tel: 302-777-1111<br>Email:   rosner@teamrosner.com<br>             liu@teamrosner.com<br><br>*Proposed Attorneys for Debtor and Debtor in Possession* |

{00040401. }                                              3