# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Yield10 Bioscience, Inc., *et al.*,[1] | Case No. 24-12752 (MFW) |
| Debtors. | (Jointly Administered) |

## MOTION AND ORDER FOR ADMISSION
## *PRO HAC VICE* OF CRAIG E. REIMER

Pursuant to Local Rule 9010-1 and the certification below, counsel moves for the admission *pro hac vice* of Craig E. Reimer of Mayer Brown LLP, to represent ARE-MA Region No. 20, LLC in the above-captioned cases.

Dated: December 12, 2024
      Wilmington, Delaware

**CHIPMAN BROWN CICERO & COLE, LLP**

/s/ *William E. Chipman, Jr.*
William E. Chipman, Jr. (No. 3818)
Hercules Plaza
1313 North Market Street, Suite 5400
Wilmington, Delaware 19801
Telephone: (302) 295-0191
Email: chipman@chipmanbrown.com

---

[1] The last four digits of the taxpayer identification numbers of the Debtors follow in parentheses: (i) Yield10 Bioscience, Inc. (x8289), (ii) Yield10 Bioscience Securities Corp. (x7435), and (iii) Yield10 Oilseeds Inc. (Canadian Business No. x9469).

## CERTIFICATION BY CRAIG E. REIMER
## TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Illinois, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with the *Standing Order for District Court Fund* revised December 21, 2023. I further certify that the annual fee of $50.00 has been paid to the Clerk of Court for the District Court.

Dated: December 12, 2024

/s/ *Craig E. Reimer*
Craig E. Reimer
**MAYER BROWN LLP**
71 South Wacker Drive
Chicago, Illinois 60606
Telephone: (312) 782-0600
Email: creimer@mayerbrown.com

## ORDER GRANTING MOTION

**IT IS HEREBY ORDERED** that the motion for admission *pro hac vice* of Craig E. Reimer is granted.

4926-2892-5957, v. 1