# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0311−1 | User: admin | Date Created: 12/12/2024 |
| Case: 24−12752−MFW | Form ID: 309F1 | Total: 18 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | |
|---|---|---|
| db | Yield10 Bioscience, Inc. | 19 Presidential Way, Suite 201 Woburn, MA 01801 |
| jdb | Yield10 Bioscience, Inc. | 19 Presidential Way, Suite 201 Woburn, MA 01801 |
| aty | A. Lee Hogewood, III | K&L Gates LLP 4350 Lassiter at North Hills Avenue Suite 300 (27609) P O Box 17047 Raleigh, NC 27619−7047 |
| aty | Craig E Reimer | Mayer, Brown & Platt 71 South Wacker Drive Chicago, IL 60603−3441 |
| aty | Frederick Brian Rosner | The Rosner Law Group LLC 824 Market Street, Suite 810 Wilmington, DE 19801 |
| aty | Kyle J. TumSuden | Mayer Brown LLP 71 South Wacker Drive Chicago, IL 60606 |
| aty | Mark D. Olivere | Chipman Brown Cicero & Cole, LLP Hercules Plaza 1313 North Market Street Suite 5400 Wilmington, DE 19801 |
| aty | Matthew B. Goeller | K&L Gates LLP 600 N. King St. Suite 901 Wilmington, DE 19801 |
| aty | Megan E. Hunt | K&L Gates LLP 600 N. King Street Suite 901 Wilmington, DE 19801 |
| aty | Michael J Vail | K&L Gates LLP 600 N. King Street Suite 901 Wilmington, DE 19801 |
| aty | Steven L. Caponi | K&L Gates LLP 600 N. King Street Suite 901 Wilmington, DE 19801 |
| aty | William E. Chipman, Jr. | Chipman Brown Cicero & Cole, LLP Hercules Plaza 1313 North Market Street Suite 5400 Wilmington, DE 19801 |
| aty | Zhao Liu | The Rosner Law Group LLC 824 Market Street, Suite 810 Wilmington, DE 19801 |
| 19475474 | Delaware State Treasury | 820 Silver Lake Blvd., Suite 100 Dover, DE 19904 |
| 19475473 | Internal Revenue Service | P. O. Box 7346 Philadelphia, PA 19101−7346 |
| 19475475 | Secretary of State | Division of Corporations Franchise Tax P.O. Box 898 Dover, DE 19903 |
| 19475471 | Securities & Exchange Commission | 100 F Street, NE Washington, DC 20549 |
| 19475472 | Securities & Exchange Commission | New York Regional Office Attn: Mark Berger, Regional Director Brookfield Place 200 Vesey Street, Suite 400 New York, NY 10281−1022 |

TOTAL: 18