# Notice Recipients

District/Off: 0311−1       User: admin       Date Created: 12/16/2024
Case: 24−12752−MFW       Form ID: pdf341       Total: 22

**Recipients of Notice of Electronic Filing:**
| | | |
|---|---|---|
| ust | U.S. Trustee | USTPRegion03.WL.ECF@USDOJ.GOV |
| aty | Craig E Reimer | creimer@mayerbrown.com |
| aty | Frederick Brian Rosner | rosner@teamrosner.com |
| aty | Mark D. Olivere | olivere@chipmanbrown.com |
| aty | Matthew B. Goeller | matthew.goeller@klgates.com |
| aty | Megan E. Hunt | megan.hunt@klgates.com |
| aty | Richard L. Schepacarter | richard.schepacarter@usdoj.gov |
| aty | Steven L. Caponi | steven.caponi@klgates.com |
| aty | William E. Chipman, Jr. | chipman@chipmanbrown.com |
| aty | Zhao Liu | liu@teamrosner.com |

TOTAL: 10

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
| | | | | |
|---|---|---|---|---|
| db | Yield10 Bioscience, Inc. | 19 Presidential Way, Suite 201 | Woburn, MA 01801 | |
| jdb | Yield10 Bioscience, Inc. | 19 Presidential Way, Suite 201 | Woburn, MA 01801 | |
| aty | A. Lee Hogewood, III | K&L Gates LLP | 4350 Lassiter at North Hills Avenue | Suite 300 (27609) P O Box 17047 Raleigh, NC 27619−7047 |
| aty | Kyle J. TumSuden | Mayer Brown LLP | 71 South Wacker Drive | Chicago, IL 60606 |
| aty | Michael J Vail | K&L Gates LLP | 600 N. King Street Suite 901 | Wilmington, DE 19801 |
| 19475578 | Broadridge Financial Solutions | 1155 long Island Avanue | Edgewood, NY 11717 | |
| 19475579 | CT Corporation | 28 Liberty Street | New York, NY 10005 | |
| 19475474 | Delaware State Treasury | 820 Silver Lake Blvd., Suite 100 | Dover, DE 19904 | |
| 19475473 | Internal Revenue Service | P. O. Box 7346 | Philadelphia, PA 19101−7346 | |
| 19475475 | Secretary of State | Division of Corporations Franchise Tax | P.O. Box 898 | Dover, DE 19903 |
| 19475471 | Securities & Exchange Commission | 100 F Street, NE | Washington, DC 20549 | |
| 19475472 | Securities & Exchange Commission | New York Regional Office | Attn: Mark Berger, Regional Director Brookfield Place 200 Vesey Street, Suite 400 | New York, NY 10281−1022 |

TOTAL: 12