IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Yield10 Bioscience, Inc., et al., | Case No. 24-12752 (MFW) |
| Debtors.[1] | (Joint Administered) |

## CERTIFICATE OF NO OBJECTION

I, Zhao Liu, hereby certify as follows:

On December 13, 2024, Debtors filed the *Motion of Debtors for Entry of an Order Extending Time to File Schedules of Assets and Liabilities and Statements of Financial Affairs* (the "Motion") [D.I. 32].

Pursuant to the Notice of Motion, the deadline to object to the Motion was December 26, 2024 at 4:00 p.m. (ET). The undersigned hereby certifies that, as of the date hereof, she has received no answer, objection or other responsive pleading to the Motion. The undersigned further certifies that after reviewing the Court's docket in this case, no formal answer, objection, or other responsive pleading to the Motion appears thereon.

It is hereby respectfully requested that the proposed order attached to the Motion be entered at the earliest convenience of the Court.

| | |
|---|---|
| Dated:  January 3, 2025<br>          Wilmington, Delaware | **THE ROSNER LAW GROUP LLC**<br><br>*/s/ Zhao Liu*<br>Frederick B. Rosner (DE 3995)<br>Zhao (Ruby) Liu (DE 6436)<br>824 N. Market Street, Suite 810 |

---

[1] The last four digits of the taxpayer identification numbers of the Debtors follow in parentheses: (i) Yield10 Bioscience, Inc. (x8289), (ii) Yield10 Bioscience Securities Corp. (x7435), and (iii) Yield10 Oilseeds Inc. (x9469).

{00040521. }                                1

Wilmington, Delaware 19801
Phone: (302) 777-1111
Email: rosner@teamrosner.com
liu@teamrosner.com

*Proposed Counsel to Debtors and Debtors in Possession*