IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 11 |
| YIELD10 BIOSCIENCE, INC., *et al.*,[1] | Case Nos. 24-12752-MFW, *et seq.* |
| Debtors. | Jointly administered |

## NOTICE OF APPEARANCE AND
## REQUEST FOR NOTICES AND SERVICE OF PAPERS

PLEASE TAKE NOTICE that, pursuant to Section 1109 of the Bankruptcy Code and Rule 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), the counsel set forth in this Notice hereby appears as counsel for Vision Bioenergy Oilseeds LLC ("Creditor"), in the above-referenced bankruptcy cases.

PLEASE TAKE FURTHER NOTICE that, pursuant to Fed. R. Bankr. P. 2002 and 3017, the undersigned requests that all notices and papers specified by those Rules, and pursuant to § 1109(b) of the Bankruptcy Code and Fed. R. Bankr. P. 9010, that all other notices given or required to be given to the Creditor in this case can be served upon:

---

[1] The last four digits of the taxpayer identification numbers of the Debtors follow in parentheses: (i) Yield10 Bioscience, Inc. (x8289), (ii) Yield10 Bioscience Securities Corp. (x7435), and (iii) Yield10 Oilseeds Inc. (Canadian Business No. x9469). The Debtors' mailing address is 19 Presidential Way, Suite 201, Woburn, MA 01801.

| | |
|---|---|
| Aaron J. Malo, Esquire<br>SHEPPARD, MULLIN, RICHTER &<br>  HAMPTON LLP<br>650 Town Center Drive, Tenth Floor<br>Costa Mesa, CA 92626<br>Phone:  714.513.5100<br>Fax:  714.513.5130<br>Email:  amalo@sheppardmullin.com | Adam Hiller, Esquire<br>Hiller Law, LLC<br>300 Delaware Avenue, Suite 210, #227<br>Wilmington, Delaware 19801<br>(302) 442-7677 telephone<br>ahiller@adamhillerlaw.com |

PLEASE TAKE FURTHER NOTICE that the foregoing request includes without limitation, notices of any orders, pleadings, motions, applications, complaints, demands, hearings, requests or petition, disclosure statements, plans, answer or reply papers, memoranda or briefs in support of any of the foregoing, and any other document brought before the Court with respect to these proceedings, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, telecopier, email, or otherwise.

PLEASE TAKE FURTHER NOTICE that the Creditor intends that neither this Notice of Appearance and Request for Service of Papers, nor any later appearance, claim, or suit shall waive (1) the rights of the Creditor to have final orders in non-core matters entered only after *de novo* review by a United States District Court Judge; (2) the rights of the Creditor to trial by jury in any proceeding so triable in this case or any other case, controversy, or proceeding related to this case; (3) the rights of the Creditor to request that the United States District Court withdraw the reference or abstain in any matter subject to mandatory or discretionary withdrawal or abstention; (4) any other rights, claims, actions,

defenses, setoffs, or recoupments to which the Creditor are or may be entitled to under agreements, in law, at equity, or otherwise, all of which are expressly reserved; (5) any objection to the jurisdiction of this Bankruptcy Court for any purpose; and (6) any election of remedy.

PLEASE TAKE FURTHER NOTICE that this Notice of Appearance and Request for Service of Papers does not constitute an agreement to accept service of initial process under Fed. R. Civ. P. 4 or Fed. R. Bankr. P. 7004.

All of the above rights are expressly reserved and preserved unto these parties without exception and with no purpose of confessing or conceding jurisdiction in any way by this filing or by any other participant in this case or any controversy or proceeding related hereto.

Dated:  January 3, 2025    Respectfully submitted,
        Wilmington, Delaware

                            HILLER LAW, LLC


                             /s/ Adam Hiller
                            Adam Hiller (DE No. 4105)
                            300 Delaware Avenue, Suite 210, #227
                            Wilmington, Delaware 19801
                            (302) 442-7677 telephone
                            ahiller@adamhillerlaw.com

                            -and-

Aaron J. Malo, Esquire
SHEPPARD, MULLIN, RICHTER &
 HAMPTON LLP
650 Town Center Drive, Tenth Floor
Costa Mesa, CA 92626
Phone:  714.513.5100
Fax:  714.513.5130
Email:  amalo@sheppardmullin.com

*Counsel for Vision Bioenergy Oilseeds LLC*