THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>YIELD10 BIOSCIENCE, INC., *et al.*<br><br>Debtors. | Chapter 11<br><br>Case Nos. 24-12752-MFW, *et seq.* |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves for the admission *pro hac vice* of Aaron J. Malo of Sheppard, Mullin, Richter & Hampton LLP to represent Vision Bioenergy Oilseeds LLC in the above-captioned bankruptcy proceedings.

Dated: January 2, 2025

/s/ Adam Hiller
Adam Hiller (DE No. 4105)
HILLER LAW, LLC
300 Delaware Avenue, Suite 210, #227
Wilmington, DE 19801
(302) 442-7677 telephone
ahiller@adamhillerlaw.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California and various federal courts and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 12/21/23. I further certify that the fee of $50.00 has been paid to the Clerk of Court for District Court.

Dated: January 2, 2025

Aaron J. Malo, Esquire
SHEPPARD, MULLIN, RICHTER &
 HAMPTON LLP
650 Town Center Drive, Tenth Floor
Costa Mesa, CA 92626
Phone: 714.513.5100
Fax: 714.513.5130
Email: amalo@sheppardmullin.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Local Form 105