# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 3, 2025, I caused copies of the foregoing Limited Objection and Reservation of Rights to be served via the Court's CM/ECF System upon all parties who are registered to receive electronic notice in this bankruptcy case and via electronic mail upon the following:

| Name | Email | Representing |
| --- | --- | --- |
| Frederick B. Rosner | rosner@teamrosner.com | Debtors |
| Zhao (Ruby) Liu | liu@teamrosner.com | Debtors |
| A. Lee Hogewood III | a.lee.hogewoodiii@klgates.com | Purchaser |
| Matthew B. Goeller | matthew.goeller@klgates.com | Purchaser |
| Richard Schepacarter | Richard.Schepacarter@usdoj.gov | United States Trustee |

Dated:  January 3, 2025   /s/ Adam Hiller
       Wilmington, Delaware

Adam Hiller (DE No. 4105)
HILLER LAW, LLC
300 Delaware Avenue, Suite 210, #227
Wilmington, Delaware 19801
(302) 442-7677 telephone

*Attorneys for Vision Bioenergy Oilseeds LLC*