IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Yield10 Bioscience, Inc., *et al.*, | Case No. 24-12752 (MFW) |
| Debtors.[1] | (Joint Administration Requested) |

NOTICE OF AGENDA OF MATTERS SCHEDULED
FOR HEARING ON JANUARY 8, 2025, AT 12:00 P.M. (ET)

**THIS HEARING WILL BE CONDUCTED BY ZOOM. PARTIES AND WITNESSES ARE PERMITTED, BUT NOT REQUIRED, TO APPEAR IN PERSON. THE COURT HAS NO PREFERENCE.**

**TO ATTEND THE HEARING REMOTELY, PLEASE REGISTER USING THE ECOURT APPEARANCES TOOL ON THE COURT'S WEBSITE AT WWW.DEB.USCOURTS.GOV OR CLICK THE BELOW LINK: https://ecf.deb.uscourts.gov/cgi-bin/nysbAppearances.pl**

**PARTIES ARE REQUIRED TO REGISTER FOR THE HEARING NO LATER THAN 9:00 A.M. (ET) JANUARY 8, 2025. YOU MUST USE YOUR FULL NAME WHEN LOGGING INTO ZOOM OR YOU WILL NOT BE ALLOWED INTO THE MEETING.**

**AFTER REGISTERING YOUR APPEARANCE, YOU WILL RECEIVE A CONFIRMATION EMAIL. ZOOM INFORMATION WILL BE SENT OUT PRIOR TO THE HEARING.**

I.    **RESOLVED MATTERS WITH ORDERS ENTERED:**

1. Debtors' Motion for an Order: (I) Authorizing Rejection of an Unexpired Lease and Sublease of Non-residential Real Property as of the Rejection Effective Date; (II) Authorizing Abandonment of Any Remaining Property Located at the Premise; and (III) Granting Related Relief Filed by Yield10 Bioscience, Inc. [D.I. 20, filed 12/10/24]

    Objection Deadline: December 26, 2024, 4:00 p.m. (ET)

---

[1] The last four digits of the taxpayer identification numbers of the Debtors follow in parentheses: (i) Yield10 Bioscience, Inc. (x8289), (ii) Yield10 Bioscience Securities Corp. (x7435), and (iii) Yield10 Oilseeds Inc. (x9469).

<blockquote>

Response Received: Informal comments from ARE-MA Region No. 20, LLC, as Landlord

Related Documents:

a. Certification of Counsel Submitting Revised Proposed Order [D.I. 42, filed 1/2/25]

b. Order (I) Authorizing Rejection of an Unexpired Lease and Sublease of Non-residential Real Property as of the Rejection Effective Date; (II) Authorizing Abandonment of Any Remaining Property Located at the Premise; and (III) Granting Related Relief [D.I. 43, entered 1/2/25]

Status:  An order has been entered. Accordingly, no hearing is necessary.

</blockquote>

2. Motion of Debtors for Entry of an Order Extending Time to File Schedules of Assets and Liabilities and Statements of Financial Affairs Filed by Yield10 Bioscience, Inc. [D.I. 32, filed 12/13/24]

   Objection Deadline: December 26, 2024, 4:00 p.m. (ET)

   Response Received: None.

   Related Documents:

   a. Certificate of No Objection Regarding the Motion of Debtors for Entry of an Order Extending Time to File Schedules of Assets and Liabilities and Statements of Financial Affairs [D.I. 44, filed 1/3/25]

   b. Order Extending Time to File Schedules of Assets and Liabilities and Statements of Financial Affairs [D.I. 48, entered 1/6/25]

   Status:  An order has been entered. Accordingly, no hearing is necessary.

II. **UNCONTESTED MATTERS WITH CERTIFICATE OF NO OBJECTION:**

3. Motion for Interim and Final Orders Pursuant to Sections 105(A), 363(B), 363(C), 507(A), 541(B)(7), 541(D), 1107(A) and 1108 of the Bankruptcy Code and Fed. R. Bankr. P. 6003 and 6004 (I) Authorizing Debtors to (A) Pay Certain Prepetition Wages, Compensation, and Employee Benefits, (B) Continue Payment of Wages, Compensation, and Employee Benefits in the Ordinary Course of Business and (C) Continue Payment of Employment, Unemployment, Social Security and Other Taxes Incident to the Employee Obligations; and (II) Authorizing And Directing Debtors' Third-party Payroll Administrator and Debtors' Bank to Receive, Process, Honor, and Pay Checks Issued and Electronic Payment Requests Relating to the Foregoing [D.I. 4, filed 12/6/24]

Objection Deadline: January 3, 2024, 12:00 p.m. (ET)

Response Received: None.

Related Documents:

   a. Proposed Order [D.I. 4-2; filed 12/6/24]

   b. Order (INTERIM) Pursuant to Sections 105(a), 363(b), 363(c), 507(a), 541(b)(7), 541(d), 1107(a) and 1108 of the Bankruptcy Code and Fed. R. Bankr. P. 6003 and 6004 (I) Authorizing Debtors to (A) Pay Certain Prepetition Wages, Compensation, and Employee Benefits, (B) Continue Payment of Wages, Compensation, and Employee Benefits in the Ordinary Course of Business and (C) Continue Payment of Employment, Unemployment, Social Security and Other Taxes Incident to the Employee Obligations; and (II) Authorizing and Directing Debtors' Third-Party Payroll Administrator and Debtors' Bank to Receive, Process, Honor, and Pay Checks Issued and Electronic Payment Requests Relating to the Foregoing [D.I. 23; filed 12/10/24]

   c. Joint Notice of Final Hearing on First Day Motions [D.I. 25; filed 12/11/24]

   d. Certificate of No Objection Regarding Motion for Interim and Final Orders Pursuant to Sections 105(A), 363(B), 363(C), 507(A), 541(B)(7), 541(D), 1107(A) and 1108 of the Bankruptcy Code and Fed. R. Bankr. P. 6003 and 6004 (I) Authorizing Debtors to (A) Pay Certain Prepetition Wages, Compensation, and Employee Benefits, (B) Continue Payment of Wages, Compensation, and Employee Benefits in the Ordinary Course of Business and (C) Continue Payment of Employment, Unemployment, Social Security and Other Taxes Incident to the Employee Obligations; and (II) Authorizing And Directing Debtors' Third-party Payroll Administrator and Debtors' Bank to Receive, Process, Honor, and Pay Checks Issued and Electronic Payment Requests Relating to the Foregoing [D.I. 51, filed 1/8/25]

Status: The proposed final order is submitted under certificate of no objection. Accordingly, no hearing is necessary unless the Court has questions.

4. Motion of the Debtors for Interim and Final Orders Pursuant to 11 U.S.C. §§ 105(A), 345(B), 363, 1107 and 1108 Authorizing: (A) Continued Maintenance of Existing Bank Accounts, (B) Continued Use of Existing Business Forms and (C) Waiver of Section 345(B) Deposit and Investment Requirements and Certain United States Trustee Guidelines [D.I. 5, filed 12/6/24]

   Objection Deadline: January 3, 2024, 12:00 p.m. (ET)

Response Received: None.

Related Documents:

a. Proposed Order [D.I. 5-2; filed 12/6/24]

b. Order (INTERIM) Pursuant to 11 U.S.C. §§ 105(a), 345(b), 363, 1107 and 1108 Authorizing; (A) Continued Maintenance of Existing Bank Accounts, (B) Continued Use of Existing Business Forms and (C) Waiver of Section 345(b) Deposit and Investment Requirements and Certain United States Trustee Guidelines [D.I. 24; filed 12/10/24]

c. Joint Notice of Final Hearing on First Day Motions [D.I. 25; filed 12/11/24]

d. Certificate of No Objection Regarding Motion for Interim and Final Orders Pursuant to Sections 105(A), 363(B), 363(C), 507(A), 541(B)(7), 541(D), 1107(A) and 1108 of the Bankruptcy Code and Fed. R. Bankr. P. 6003 and 6004 (I) Authorizing Debtors to (A) Pay Certain Prepetition Wages, Compensation, and Employee Benefits, (B) Continue Payment of Wages, Compensation, and Employee Benefits in the Ordinary Course of Business and (C) Continue Payment of Employment, Unemployment, Social Security and Other Taxes Incident to the Employee Obligations; and (II) Authorizing And Directing Debtors' Third-party Payroll Administrator and Debtors' Bank to Receive, Process, Honor, and Pay Checks Issued and Electronic Payment Requests Relating to the Foregoing [D.I. 52, filed 1/8/25]

Status: The proposed final order is submitted under certificate of no objection. Accordingly, no hearing is necessary unless the Court has questions.

### III. MATTERS GOING FORWARD

5. Motion of Debtors for Entry of: (I) an Order (A) Approving Form and Manner of Notices and (B) Scheduling a Sale Hearing and Establishing Dates and Deadlines Related Thereto, Including Treatment of Executory Contracts and Unexpired Leases; and (II) an Order (A) Authorizing the Sale of Substantially All of the Debtors' Assets Free and Clear of Liens, Claims, Encumbrances, and Other Interests, (B) Granting the Buyer the Protections Afforded to a Good Faith Buyer, and (C) Granting Related Relief [D.I. 7, filed 12/6/24]

Objection Deadline: January 3, 2024, 12:00 p.m. (ET)

Response Received:

i. Limited Objection and Reservation of Rights Regarding Debtors' Motion For Entry Of: (I) An Order (A) Approving Form And Manner Of Notices

And (B) Scheduling A Sale Hearing And Establishing Dates And Deadlines Related Thereto, Including Treatment Of Executory Contracts And Unexpired Leases; And (II) An Order (A) Authorizing The Sale Of Substantially All Of The Debtors' Assets Free And Clear Of Liens, Claims, Encumbrances, And Other Interests, (B) Granting The Buyer The Protections Afforded To A Good Faith Buyer, And (C) Granting Related Relief [D.I. 47; filed 1/3/25]

Related Documents:

a. Notice of Filing of Revised Schedule of Cure Amounts [D.I. 11; filed 12/9/24]

b. Order (A) Approving Form and Manner of Notices and (B) Scheduling a Sale Hearing and Establishing Dates and Deadlines Related Thereto [D.I. 22; filed 12/10/24]

Status: This matter is going forward on an uncontested basis. The Debtors expect to submit a revised form of sale order under certification of counsel in advance of the hearing.

Respectfully submitted,

Dated: January 6, 2025
Wilmington, Delaware

**THE ROSNER LAW GROUP LLC**

*/s/ Zhao Liu*
Frederick B. Rosner (DE #3995)
Zhao (Ruby) Liu (DE 6436)
824 N. Market Street, Suite 810
Wilmington, Delaware 19801
Telephone: (302) 777-1111
rosner@teamrosner.com
liu@teamrosner.com

*Proposed Counsel to Debtors and Debtors in Possession*