Yield10 Bioscience, Inc., et. al
Lead Case No. 24-12752
Jointly Administered
Petition Date 12/06/2024
Reporting Period Ended 12/31/2024

## Statement of Cash Receipts and Disbursements

**YIELD10 BIOSCIENCE, INC.**
**ACTUAL USD$**

### Cash Receipts

| Category | Date | Source | Amount | Description |
|---|---|---|---|---|
| No receipts this period. | | | - | |
| Total | | | - | |

### Cash Disbursements

| Category | Date | Payee | Amount | Description |
|---|---|---|---|---|
| Payroll | 12/13/2024 | Insperity | (13,509) | 12/13/2024 Bi-Weekly Payroll - Pre-Filing Earned |
| Payroll | 12/13/2024 | Insperity | (7,356) | 12/13/2024 Bi-Weekly Payroll - Post-Filing Earned |
| Operating Expense | 12/16/2024 | Citizens Bank | (1,715) | Monthly service charge |
| Benefits | 12/19/2024 | New York Life | (392) | Dec 2024 Disability and Group Term Life |
| Operating Expense | 12/23/2024 | WageWorks, Inc. | (102) | Health Reimbursement Account Dec 2024 monthly admin fee |
| Taxes | 12/24/2024 | Commonwealth of Massachusetts | (540) | MA Excise Tax plus fees |
| Payroll | 12/27/2024 | Insperity | (22,508) | 12/27/2024 Bi-Weekly Payroll |
| Operating Expense | 12/25/2024 | Ramp Financial | (1,720) | Dec 2024 Corporate Card Payment |
| Total | | | (47,844) | |

### Summary

| | |
|---|---|
| **Total Cash Receipts** | - |
| **Cash Disbursements:** | |
| Payroll | (43,373) |
| Operating Expense | (3,538) |
| Benefits | (392) |
| Taxes | (540) |
| **Total Cash Disbursements** | (47,844) |
| **Net Cash Activity** | (47,844) |

**Consolidating Actual USD$**
*(CAD Translated to USD Based on Currency Rates as required)*
**Statement of Cash Receipts and Disbursements**

**Cash Receipts**

| Debtor | Category | Date | Source | Amount | Description |
|---|---|---|---|---|---|
| Yield10 Oilseeds Inc. | Refund | 12/11/2024 | Canadian Revenue Agency | 7,641 | GST/HST refund |
| **Total** | | | | **7,641** | |

**Cash Disbursements**

| Debtor | Category | Date | Payee | Amount | Description |
|---|---|---|---|---|---|
| Yield10 Bioscience, Inc. | Payroll | 12/13/2024 | Insperity | (13,509) | 12/13/2024 Bi-Weekly Payroll - Pre-Filing Earned |
| Yield10 Bioscience, Inc. | Payroll | 12/13/2024 | Insperity | (7,356) | 12/13/2024 Bi-Weekly Payroll - Post-Filing Earned |
| Yield10 Bioscience, Inc. | Operating Expense | 12/16/2024 | Citizens Bank | (1,715) | Monthly service charge |
| Yield10 Bioscience, Inc. | Benefits | 12/19/2024 | New York Life | (392) | Dec 2024 Disability and Group Term Life |
| Yield10 Bioscience, Inc. | Operating Expense | 12/23/2024 | WageWorks, Inc. | (102) | Health Reimbursement Account Dec 2024 monthly admin fee |
| Yield10 Bioscience, Inc. | Taxes | 12/24/2024 | Commonwealth of Massachusetts | (540) | MA Excise Tax plus fees |
| Yield10 Bioscience, Inc. | Payroll | 12/27/2024 | Insperity | (22,508) | 12/27/2024 Bi-Weekly Payroll |
| Yield10 Bioscience, Inc. | Operating Expense | 12/25/2024 | Ramp Financial | (1,720) | Dec 2024 Corporate Card Payment |
| Yield10 Oilseeds Inc. | Operating Expense | 12/13/2024 | Bank of Montreal | (109) | Monthly service charge |
| Yield10 Oilseeds Inc. | Operating Expense | 12/31/2024 | Bank of Montreal | (16) | Monthly plan fee / service charge |
| **Total** | | | | **(47,969)** | |

**Summary**

| | |
|---|---:|
| **Total Cash Receipts** | 7,641 |
| **Cash Disbursements:** | |
|     Payroll | (43,373) |
|     Operating Expense | (3,663) |
|     Benefits | (392) |
|     Taxes | (540) |
|     **Total Cash Disbursements** | (47,969) |
| **Net Cash Activity** | (40,328) |

Yield10 Bioscience, Inc., et. al
Lead Case No. 24-12752
Jointly Administered
Petition Date 12/06/2024
Reporting Period Ended 12/31/2024

**Balance Sheet**

**YIELD10 BIOSCIENCE, INC.**
**ACTUAL USD$**

| Financial Caption | Amount as of Petition Date 12/06/2024 | Amount as of 12/31/2024 | Change |
|---|---:|---:|---:|
| **Assets** | | | |
| **Current Assets** | | | |
| Citizens Operating Cash Account | 183,900 | 136,056 | (47,844) |
| **Total Current Assets** | 183,900 | 136,056 | (47,844) |
| | | | |
| **Other Assets** | | | |
| Intangibles and Intellectual Property | 7,975,000 | 7,975,000 | - |
| Intercompany Due From Oilseeds | 15,538,154 | 15,538,154 | - |
| Intercompany Investment in Sub - YSC | 60,323 | 60,323 | - |
| **Total Other Assets** | 23,573,477 | 23,573,477 | - |
| | | | |
| **Total Assets** | **23,757,377** | **23,709,533** | **(47,844)** |
| | | | |
| **Liabilities & Equity** | | | |
| **Current Liabilities** | | | |
| **Pre-Filing** | | | |
| Accounts Payable - Pre-Filing - Priority | 159,530 | 159,530 | - |
| Accounts Payable - Pre-Filing - Unsecured | 602,182 | 602,182 | - |
| Other - Pre-Filing - Unsecured Debt | 1,844,782 | 1,844,782 | - |
| Current Debt - Pre-Filing - Secured Debt | 3,000,000 | 3,000,000 | - |
| **Total Pre-Filing** | 5,606,494 | 5,606,494 | - |
| | | | |
| **Post-Filing** | | | |
| Accounts Payable - Post-Filing | - | 51,675 | 51,675 |
| **Total Post-Filing** | - | 51,675 | 51,675 |
| | | | |
| **Total Liabilities (Debt)** | 5,606,494 | 5,658,169 | 51,675 |
| | | | |
| **Other Current Liabilities** | | | |
| Accrued Expenses | 238,625 | 241,974 | 3,349 |
| Accrued Vacation Expense | 16,860 | - | (16,860) |
| Accrued Interest | 33,940 | 52,024 | 18,084 |
| Ramp Credit Card | 1,677 | - | (1,677) |
| Deferred Revenue - Current - Pre-Filing | 1,500,000 | 1,350,000 | (150,000) |
| **Total Other Current Liabilities** | 1,791,102 | 1,643,998 | (147,104) |
| | | | |
| **Total Current Liabilities** | **7,397,596** | **7,302,167** | **(95,429)** |
| | | | |
| **Equity** | | | |
| Common Stock | 7,344 | 7,344 | - |
| Additional Paid-In Capital | 414,355,098 | 414,355,098 | - |
| Retained Earnings (Deficit) | (404,517,380) | (404,517,380) | - |
| Other Unsecured Debt Net Loss | (1,844,782) | (1,844,782) | - |
| Intercompany Net Income (Loss) | 3,515,196 | 3,515,196 | - |
| Intangibles, IP, and Tax Refund Offset | 7,975,000 | 7,975,000 | - |
| Net Income (Loss) | (3,130,695) | (3,083,110) | 47,585 |
| **Total Equity** | **16,359,781** | **16,407,366** | **47,585** |
| | | | |
| **Total Liabilities & Equity** | **23,757,377** | **23,709,533** | **(47,844)** |

**Consolidating Actual USD$**
*(CAD Translated to USD Based on Currency Rates as required)*
**Balance Sheet**

| Financial Caption | YIELD10 BIOSCIENCE, INC. Amount as of Petition Date 12/06/2024 | YIELD10 OILSEEDS INC. Amount as of Petition Date 12/06/2024 | YIELD10 BIOSCIENCE SECURITIES CORP. Amount as of Petition Date 12/06/2024 | CONSOLIDATION ELIMINATION Amount as of Petition Date 12/06/2024 | CONSOLIDATED Amount as of Petition Date 12/06/2024 | YIELD10 BIOSCIENCE, INC. Amount as of 12/31/2024 | YIELD10 OILSEEDS INC. Amount as of 12/31/2024 | YIELD10 BIOSCIENCE SECURITIES CORP. Amount as of 12/31/2024 | CONSOLIDATION ELIMINATION Amount as of 12/31/2024 | CONSOLIDATED Amount as of 12/31/2024 | Consolidated Change |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Assets** | | | | | | | | | | | |
| **Current Assets** | | | | | | | | | | | |
| Citizens Operating Cash Account | 183,900 | - | - | - | 183,900 | 136,056 | - | - | - | 136,056 | (47,844) |
| Bank of Montreal Cash Account | - | 7,361 | - | - | 7,361 | - | 14,877 | - | - | 14,877 | 7,516 |
| GST/HST Receivable | - | 9,840 | - | - | 9,840 | - | 2,231 | - | - | 2,231 | (7,609) |
| **Total Current Assets** | 183,900 | 17,201 | - | - | 201,101 | 136,056 | 17,108 | - | - | 153,164 | (47,937) |
| **Other Assets** | | | | | | | | | | | |
| Intangibles and Intellectual Property | 7,975,000 | 250,000 | - | - | 8,225,000 | 7,975,000 | 250,000 | - | - | 8,225,000 | - |
| Tax Refunds and Unused NOLs | - | 10,725,799 | - | - | 10,725,799 | - | 10,725,799 | - | - | 10,725,799 | - |
| Intercompany Due From Oilseeds | 15,538,154 | (15,385,171) | - | (151,811) | 1,172 | 15,538,154 | (15,385,171) | - | (152,983) | - | (1,172) |
| Intercompany Investment in Sub - YSC | 60,323 | - | - | (60,323) | - | 60,323 | - | - | (60,323) | - | - |
| **Total Other Assets** | 23,573,477 | (4,409,372) | - | (212,134) | 18,951,971 | 23,573,477 | (4,409,372) | - | (213,306) | 18,950,799 | (1,172) |
| **Total Assets** | **23,757,377** | **(4,392,171)** | **-** | **(212,134)** | **19,153,072** | **23,709,533** | **(4,392,264)** | **-** | **(213,306)** | **19,103,963** | **(49,109)** |
| **Liabilities & Equity** | | | | | | | | | | | |
| **Current Liabilities** | | | | | | | | | | | |
| **Pre-Filing** | | | | | | | | | | | |
| Accounts Payable - Pre-Filing - Priority | 159,530 | - | - | - | 159,530 | 159,530 | - | - | - | 159,530 | - |
| Accounts Payable - Pre-Filing - Unsecured | 602,182 | 124,634 | - | - | 726,816 | 602,182 | 124,634 | - | - | 726,816 | - |
| Other - Pre-Filing - Unsecured Debt | 1,844,782 | - | - | - | 1,844,782 | 1,844,782 | - | - | - | 1,844,782 | - |
| Current Debt - Pre-Filing - Secured Debt | 3,000,000 | - | - | - | 3,000,000 | 3,000,000 | - | - | - | 3,000,000 | - |
| **Total Pre-Filing** | 5,606,494 | 124,634 | - | - | 5,731,128 | 5,606,494 | 124,634 | - | - | 5,731,128 | - |
| **Post-Filing** | | | | | | | | | | | |
| Accounts Payable - Post-Filing | - | - | - | - | - | 51,675 | 1,110 | - | - | 52,785 | 52,785 |
| **Total Post-Filing** | - | - | - | - | - | 51,675 | 1,110 | - | - | 52,785 | 52,785 |
| **Total Liabilities (Debt)** | 5,606,494 | 124,634 | - | - | 5,731,128 | 5,658,169 | 125,744 | - | - | 5,783,913 | 52,785 |
| **Other Current Liabilities** | | | | | | | | | | | |
| Accrued Expenses | 238,625 | 4,000 | - | - | 242,625 | 241,974 | 4,000 | - | - | 245,974 | 3,349 |
| Accrued Vacation Expense | 16,860 | - | - | - | 16,860 | - | - | - | - | - | (16,860) |
| Accrued Interest | 33,940 | - | - | - | 33,940 | 52,024 | - | - | - | 52,024 | 18,084 |
| Ramp Credit Card | 1,677 | - | - | - | 1,677 | - | - | - | - | - | (1,677) |
| Deferred Revenue - Current - Pre-Filing | 1,500,000 | - | - | - | 1,500,000 | 1,350,000 | - | - | - | 1,350,000 | (150,000) |
| **Total Other Current Liabilities** | 1,791,102 | 4,000 | - | - | 1,795,102 | 1,643,998 | 4,000 | - | - | 1,647,998 | (147,104) |
| **Total Current Liabilities** | **7,397,596** | **128,634** | **-** | **-** | **7,526,230** | **7,302,167** | **129,744** | **-** | **-** | **7,431,911** | **(94,319)** |
| **Equity** | | | | | | | | | | | |
| Common Stock | 7,344 | 1 | 1,000 | (1,001) | 7,344 | 7,344 | 1 | 1,000 | (1,001) | 7,344 | - |
| Additional Paid-In Capital | 414,355,098 | - | (1,375) | 1,375 | 414,355,098 | 414,355,098 | - | (1,375) | 1,375 | 414,355,098 | - |
| Retained Earnings (Deficit) | (404,517,380) | (9,556,256) | 8,935,361 | (9,013,762) | (414,152,037) | (404,517,380) | (9,556,256) | 8,935,361 | (9,013,762) | (414,152,037) | - |
| Contribution of Capital | - | (63,204) | - | 63,204 | - | - | (63,204) | - | 63,204 | - | - |
| Intercompany Dividends | - | - | (8,935,361) | 8,935,361 | - | - | - | (8,935,361) | 8,935,361 | - | - |
| Cumulative Translation Adjustment | - | (72,835) | - | (198,043) | (270,878) | - | (72,834) | - | (199,215) | (272,049) | (1,171) |
| Other Unsecured Debt Net Loss | (1,844,782) | - | - | - | (1,844,782) | (1,844,782) | - | - | - | (1,844,782) | - |
| Intercompany Net Income (Loss) | 3,515,196 | (3,515,928) | - | 732 | - | 3,515,196 | (3,515,928) | - | 732 | - | - |
| Intangibles, IP, and Tax Refund Offset | 7,975,000 | 10,975,799 | - | - | 18,950,799 | 7,975,000 | 10,975,799 | - | - | 18,950,799 | - |
| Net Income (Loss) | (3,130,695) | (2,288,382) | 375 | - | (5,418,702) | (3,083,110) | (2,289,586) | 375 | - | (5,372,321) | 46,381 |
| **Total Equity** | **16,359,781** | **(4,520,805)** | **-** | **(212,134)** | **11,626,842** | **16,407,366** | **(4,522,008)** | **-** | **(213,306)** | **11,672,052** | **45,210** |
| **Total Liabilities & Equity** | **23,757,377** | **(4,392,171)** | **-** | **(212,134)** | **19,153,072** | **23,709,533** | **(4,392,264)** | **-** | **(213,306)** | **19,103,963** | **(49,109)** |

Yield10 Bioscience, Inc., et. al
Lead Case No. 24-12752
Jointly Administered
Petition Date 12/06/2024
Reporting Period Ended 12/31/2024

## Statement of Operations

**YIELD10 BIOSCIENCE, INC.**
**ACTUAL USD$**

| Financial Caption | Activity for Reporting Period |
|---|---:|
| **Income** | |
| License Revenue | 150,000 |
| **Total Income** | 150,000 |
| | |
| **Gross Profit** | 150,000 |
| | |
| **Expenses** | |
| | |
| **G&A Expense** | |
| G&A - Payroll & Benefits | 26,260 |
| G&A - Insurance | 3,781 |
| G&A - Professional Fees (Patent & Legal) | 2,247 |
| G&A - Other Expense | 17,048 |
| **Total G&A Expense** | 49,336 |
| | |
| Taxes | 17,123 |
| Other Operating Expenses | 17,872 |
| Interest Expense | 18,084 |
| | |
| **Total Expenses** | 102,415 |
| | |
| **Net Income (Loss)** | 47,585 |

**Consolidating Actual USD$**
*(CAD Translated to USD Based on Currency Rates as required)*
**Statement of Operations**

| Financial Caption | YIELD10 BIOSCIENCE, INC. Activity for Reporting Period | YIELD10 OILSEEDS INC. Activity for Reporting Period | YIELD10 BIOSCIENCE SECURITIES CORP. Activity for Reporting Period | CONSOLIDATION ELIMINATION Activity for Reporting Period | CONSOLIDATED Activity for Reporting Period |
|---|---:|---:|---:|---:|---:|
| **Income** | | | | | |
| License Revenue | 150,000 | | - | - | 150,000 |
| **Total Income** | 150,000 | - | - | - | 150,000 |
| | | | | | |
| **Gross Profit** | 150,000 | - | - | - | 150,000 |
| | | | | | |
| **Expenses** | | | | | |
| | | | | | |
| **G&A Expense** | | | | | |
| G&A - Payroll & Benefits | 26,260 | - | - | - | 26,260 |
| G&A - Insurance | 3,781 | - | - | - | 3,781 |
| G&A - Professional Fees (Patent & Legal) | 2,247 | 570 | - | - | 2,817 |
| G&A - Other Expense | 17,048 | 125 | - | - | 17,173 |
| **Total G&A Expense** | 49,336 | 695 | - | - | 50,031 |
| | | | | | |
| Taxes | 17,123 | - | - | - | 17,123 |
| Other Operating Expenses | 17,872 | 508 | - | - | 18,380 |
| Interest Expense | 18,084 | - | - | - | 18,084 |
| | | | | | |
| **Total Expenses** | 102,415 | 1,203 | - | - | 103,618 |
| | | | | | |
| **Net Income (Loss)** | 47,585 | (1,203) | - | - | 46,382 |

**Yield10 Bioscience, Inc., et. al**
**Lead Case No. 24-12752**
**Jointly Administered**
**Petition Date 12/06/2024**
**Reporting Period Ended 12/31/2024**

**Postpetition Liabilities Aging**

**YIELD10 BIOSCIENCE, INC.**
**ACTUAL USD$**

| Category | Current | 30 Days | 60 Days | 90 Days | > 90 Days | Total |
|---|---|---|---|---|---|---|
| Professional Fees **(A)** | - | 15,565 | - | - | - | 15,565 |
| Storage Fees **(B)** | 3,888 | 14,747 | - | - | - | 18,635 |
| Insurance | - | - | - | 3,860 | - | 3,860 |
| Other Operating Payables | 8,293 | | | 50 | 5,272 | 13,615 |
| **Totals** | **12,181** | **30,312** | **-** | **3,910** | **5,272** | **51,675** |

| | |
|---|---|
| Total Current | 12,181 |
| Total Past Due | 39,494 |
| **Total** | **51,675** |

**(A)** Legal fees, patent attorneys
**(B)** Corporate records paper storage & disposal; storage of equipment & materials for Nuseed transaction

**Consolidating Actual USD$**
*(CAD Translated to USD Based on Currency Rates as required)*
**Postpetition Liabilities Aging**

| Category | Current | 30 Days | 60 Days | 90 Days | > 90 Days | Total |
|---|---|---|---|---|---|---|
| Professional Fees **(A)** - Yield10 | - | 15,565 | - | - | - | 15,565 |
| Professional Fees **(A)** - Oilseeds | - | 599 | - | - | - | 599 |
| Storage Fees **(B)** - Yield10 | 3,888 | 14,747 | - | - | - | 18,635 |
| Insurance - Yield10 | - | - | - | 3,860 | - | 3,860 |
| Other Operating Payables - Yield10 | 8,293 | - | - | 50 | 5,272 | 13,615 |
| Other Operating Payables - Oilseeds | 511 | - | - | - | - | 511 |
| **Totals** | **12,692** | **30,911** | **-** | **3,910** | **5,272** | **52,785** |

| | |
|---|---|
| Total Current | 12,692 |
| Total Past Due | 40,093 |
| **Total** | **52,785** |

**(A)** Legal fees, patent attorneys
**(B)** Corporate records paper storage & disposal; storage of equipment & materials for Nuseed transaction

Yield10 Bioscience, Inc., et. al
Lead Case No. 24-12752
Jointly Administered
Petition Date 12/06/2024
Reporting Period Ended 12/31/2024

**Schedule of Payments to Insiders**

**YIELD10 BIOSCIENCE, INC.**
**ACTUAL USD$**

| Recipient | Date of Payment | Amount | Account | Reason for Payment |
|---|---|---|---|---|
| Haaser, Charles | 12/13/2024 | 4,032 | Employee Payroll | Payroll for Pre-Filing Period 12/02-12/05/2024 |
| Peoples, Oliver | 12/13/2024 | 5,292 | Employee Payroll | Payroll for Pre-Filing Period 12/02-12/05/2024 |
| Ramirez, Andrea | 12/13/2024 | 2,746 | Employee Payroll | Payroll for Pre-Filing Period 12/02-12/05/2024 |
| Haaser, Charles | 12/13/2024 | 254 | Benefits Insurance | Benefits Insurance for Pre-Filing Period 12/02-12/05/2024 |
| Peoples, Oliver | 12/13/2024 | 277 | Benefits Insurance | Benefits Insurance for Pre-Filing Period 12/02-12/05/2024 |
| Ramirez, Andrea | 12/13/2024 | 410 | Benefits Insurance | Benefits Insurance for Pre-Filing Period 12/02-12/05/2024 |
| Haaser, Charles | 12/13/2024 | 1,852 | Employee Payroll | Payroll for Post-Filing Period 12/06-12/13/2024 |
| Peoples, Oliver | 12/13/2024 | 2,167 | Employee Payroll | Payroll for Post-Filing Period 12/06-12/13/2024 |
| Ramirez, Andrea | 12/13/2024 | 1,531 | Employee Payroll | Payroll for Post-Filing Period 12/06-12/13/2024 |
| Haaser, Charles | 12/13/2024 | 380 | Benefits Insurance | Benefits Insurance for Post-Filing Period 12/06-12/13/2024 |
| Peoples, Oliver | 12/13/2024 | 415 | Benefits Insurance | Benefits Insurance for Post-Filing Period 12/06-12/13/2024 |
| Ramirez, Andrea | 12/13/2024 | 615 | Benefits Insurance | Benefits Insurance for Post-Filing Period 12/06-12/13/2024 |
| Haaser, Charles | 12/27/2024 | 1,688 | Employee Payroll | Payroll for 12/14/2024 - 12/27/20204 |
| Peoples, Oliver | 12/27/2024 | 1,688 | Employee Payroll | Payroll for 12/14/2024 - 12/27/20204 |
| Ramirez, Andrea | 12/27/2024 | 1,688 | Employee Payroll | Payroll for 12/14/2024 - 12/27/20204 |
| Peoples, Oliver | 12/27/2024 | 9,757 | Employee Payroll | Paid time off payout (earned pre-filing) |
| Ramirez, Andrea | 12/27/2024 | 4,290 | Employee Payroll | Paid time off payout (earned pre-filing) |
| Haaser, Charles | 12/27/2024 | 634 | Benefits Insurance | Benefits Insurance for 12/14/2024 - 12/27/20204 |
| Peoples, Oliver | 12/27/2024 | 692 | Benefits Insurance | Benefits Insurance for 12/14/2024 - 12/27/20204 |
| Ramirez, Andrea | 12/27/2024 | 1,025 | Benefits Insurance | Benefits Insurance for 12/14/2024 - 12/27/20204 |
| Total | | 41,433 | | |

Summary:
**Pre-Filing Payments**
| | |
|---|---:|
| Payroll (incl. PTO Pay) | 26,117 |
| Benefits Insurance | 940 |
| **Total Pre-Filing** | 27,057 |

**Post-Filing Payments**
| | |
|---|---:|
| Payroll | 10,614 |
| Benefits Insurance | 3,762 |
| **Total Post-Filing** | 14,376 |
| **Total** | 41,433 |

Yield10 Bioscience, Inc., et. al
Lead Case No. 24-12752
Jointly Administered
Petition Date 12/06/2024
Reporting Period Ended 12/31/2024

**Bank Statements and Reconciliations**

**YIELD10 BIOSCIENCE, INC.**
**ACTUAL USD$**

| | | |
|---|---|---|
| Citizens Bank | x3488 | 136,056 |

*Separate PDF File for statements & reconciliations

**❋ Citizens®**

US147 | BR501
ROP 450
P.O. Box 7000
Providence, RI 02940

## Commercial Account Statement

Page 1 of 3

Beginning December 01, 2024
through December 31, 2024

**Questions? Contact us today:**



**CALL:**
Commercial Account Customer Service
1-800-862-6200



**VISIT:**
Access your account online:
citizensbank.com



**MAIL:**
Citizens
Customer Service Center
P.O. Box 42001
Providence, RI 02940-2001

YIELD 10 BIOSCIENCE INC
19 PRESIDENTIAL WAY STE 201
WOBURN MA  01801-1184

YIELD 10 BIOSCIENCE INC
Commercial Checking
XXXXXX-348-8

## Commercial Checking for XXXXXX-348-8

### Balance Calculation

| | | |
|---|---|---|
| Previous Balance | | 154,802.28 |
| Checks | - | .00 |
| Debits | - | 67,427.75 |
| Deposits & Credit | + | 48,681.25 |
| **Current Balance** | = | 136,055.78 |

Your next statement period will end on January 31, 2025.

### TRANSACTION DETAILS FOR COMMERCIAL CHECKING ACCOUNT ENDING 348-8

**Debits ***
*May include checks that have been processed electronically by the payee/merchant.

| | | | Previous Balance |
|---|---|---|---|
| | | | 154,802.28 |
| | | | **Total Debits** |
| Date | Amount | Description | |
| **Other Debits** | | | - 67,427.75 |
| 12/03 | 114.30 | WAGEWORKS FSA RECEIVABLE 241203 INV7234915 | |
| 12/04 | 19,435.00 | OUTGOING WIRE TRANSFER (MTS NO.241204005760) | |
| 12/04 | 34.73 | WAGEWORKS FSA RECEIVABLE 241204 INV7243097 | |
| 12/13 | 20,864.88 | ASF, DBA Insperi PAYROLL 241212 0004463300 | |
| 12/16 | 1,715.23 | SERVICE CHARGE Please refer to your Commercial Analysis Statement | |
| 12/19 | 392.44 | New York Life EBPP PMT 241218 121543_120124 | |
| 12/23 | 102.00 | WAGEWORKS RECEIVABLE 241223 INV7210079 | |
| 12/24 | 540.45 | COMM OF MASS EFT MA DOR PAY 241223 402859968 | |

Please See Additional Information on Next Page

Member FDIC ⌂ Equal Housing Lender

## Commercial Checking for XXXXXX-348-8 Continued

### Debits (Continued) **
*\*\*May include checks that have been processed electronically by the payee/merchant.*

| Date | Amount | Description |
|---|---|---|
| **Other Debits (Continued)** | | |
| 12/27 | 22,508.39 | ASF, DBA Insperi PAYROLL 241226 0004463300 |
| 12/27 | 1,720.33 | RAMP STATEMENT 7X7EMP2B4D 241226 C16635592 |

### Deposits & Credits

| Date | Amount | Description |
|---|---|---|
| 12/02 | 48,681.25 | INCOMING WIRE TRANSFER (MTS NO.241202007357) |

**Total Deposits & Credits**

\+ 48,681.25

### Daily Balance

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 12/02 | 203,483.53 | 12/13 | 163,034.62 | 12/23 | 160,824.95 |
| 12/03 | 203,369.23 | 12/16 | 161,319.39 | 12/24 | 160,284.50 |
| 12/04 | 183,899.50 | 12/19 | 160,926.95 | 12/27 | 136,055.78 |

**Current Balance**

= 136,055.78

**✻ Citizens®**

**Checking Account Balance Worksheet**
Before completing this worksheet, please be sure to adjust your checkbook register balance by
- Adding any interest earned
- Subtracting any fees or other charges

**1** Your current balance on this statement

$ _____
Current Balance

**2** List deposits which do not appear on this statement

| Date | Amount | Date | Amount |
|------|--------|------|--------|
| ____ | _____ | ____ | _____ |
| ____ | _____ | ____ | _____ |
| ____ | _____ | ____ | _____ |

+ $ _____
Total of 2

**3** Subtotal by adding 1 and 2

= $ _____
Subtotal of 1 and 2

**4** List outstanding checks, transfers, debits, POS purchases or withdrawals that do not appear on this statement.

| Date/Check No. | Amount | Date/Check No. | Amount |
|----------------|--------|----------------|--------|
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

- $ _____
Total of 4

**5** Subtract 4 from 3. This should match your checkbook register balance.

= $ _____
Total

**CUSTOMER SERVICE**
If you have any questions regarding your account or discover an error, call the number shown on the front of your statement or write to us at the following address:

*Citizens*
*Customer Service Center*
*P.O. Box 42001*
*Providence, RI 02940-2001*

**Change of Address**
Please call the number shown at the front of your statement to notify us of a change of address.

**DEPOSIT ACCOUNTS ARE NON-TRANSFERABLE**
Personal deposit accounts, such as CD's and savings accounts, cannot be transferred to another person or to a corporate entity.

Citizens is a brand name of Citizens Bank, N.A.    REV 12/22

**ELECTRONIC TRANSFERS**
**In Case of Errors or Questions About Your Electronic Transfers**
(For Consumer Accounts Used Primarily for Personal, Family or Household Purposes)
Telephone us at the customer service number provided on Page 1 of this statement or write to us at the customer service address provided as soon as you can, if you think your statement or receipt is wrong or if you need more information about an electronic transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number, if any.
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error and, if possible, the date it appeared on your statement or receipt.
- It will be helpful to us if you also give us a telephone number at which you can be reached in case we need any further information.

For consumer accounts used primarily for personal, family, or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

(For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.)

**OVERDRAFT LINES OF CREDIT**
**BILLING RIGHTS SUMMARY**
**What To Do If You Think You Find A Mistake On Your Statement:**
If you think there is an error on your statement write to us at the customer service address provided as soon as possible.
In your letter, give us the following information:

- Account information: Your name and account number.
- Dollar amount: The dollar amount of the suspected error.
- Description of Problem: If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement. You must notify us of any potential errors in writing. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question. While we investigate whether or not there has been an error the following are true:

- We cannot try to collect the amount in question or report you as delinquent on that amount.
- The charge in question may remain on your statement and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**INTEREST CHARGE CALCULATIONS FOR OVERDRAFT LINE OF CREDIT ACCOUNTS BASED ON AVERAGE DAILY BALANCE COMPUTATION METHOD**

**Calculating your Interest Charge**
We calculate the interest charge on your Overdraft Line by applying the Daily Periodic Rate to the Average Daily Balance. Then, we multiply that result by the number of days in the billing cycle in which a balance is owed on your Overdraft Line. This gives us the total interest charge for that billing period.

**Calculating your Average Daily Balance**
To calculate the average daily balance, we take the beginning balance of you Overdraft Line each day (which does not include any unpaid interest charges or fees), add any new loan advances as of the date of those advances and subtract any payments or credits. This gives us the daily balance. Then, we add all the daily balances for the billing cycle together and divide the total by the number of days in the billing cycle. This gives us the average daily balance of your account.

**Credit Bureau Reporting**
We may report information about your Overdraft Line to credit bureaus for each joint account holder of your checking account. Late payments, missed payments, or other defaults on your Overdraft Line may be reflected in your credit report. If you believe we have furnished inaccurate or incomplete information to a credit reporting agency, write to us at the consumer service address provided and include your name, address, account number, and description of what you believe is inaccurate or incomplete.

*Thank you for banking with Citizens.*

# Yield10 Bioscience, Inc
# Yield10 Bioscience, Inc.
## Reconciliation Detail - 1105 Citizens Operating Account
## As of 12/31/2024

| ID | TRANSACTION TYPE | DATE | DOCUMENT NUMBER | NAME | MEMO | BALANCE |
|---|---|---|---|---|---|---|
| **Reconciled** | | | | | | |
| **Cleared Checks and Payments** | | | | | | |
| | Check | 12/13/2024 | 700856 | Insperity | SEC : CCD ORIG NAME : ASF DBA Insperi CO. ENTRY DESC: PAYROLL RECIP NAME: YIELD10 BIOSCIENCE IN INDIVIDUAL ID: 0004463300 EFFECTIVE DATE: 241213 CO DESCRIPTION DATE: 241212 PAR#: 024347008520951 ADVICEREF: 024347008520951 | (20,864.88) |
| | Check | 12/16/2024 | 700857 | Citizens Bank | SERVICE CHARGE-SV CHARGE FEE | (1,715.23) |
| | Bill Payment | 12/19/2024 | 700858 | New York Life | | (392.44) |
| | Bill Payment | 12/23/2024 | 700859 | WageWorks, Inc. | | (102.00) |
| | Bill Payment | 12/24/2024 | 700860 | Commonwealth of Massachusetts | Online Payment | (540.45) |
| | Check | 12/25/2024 | 7X7EMP2B4D | Ramp Financial | Statement payment | (1,720.33) |
| | Check | 12/27/2024 | 700861 | Insperity | SEC : CCD ORIG NAME : ASF DBA Insperi CO. ENTRY DESC: PAYROLL RECIP NAME: YIELD10 BIOSCIENCE IN INDIVIDUAL ID: 0004463300 EFFECTIVE DATE: 241227 CO DESCRIPTION DATE: 241226 PAR#: 024361010815388 ADVICEREF: 024361010815388 | (22,508.39) |
| | **Total - Cleared Checks and Payments** | | | | | **(47,843.72)** |
| **Total - Reconciled** | | | | | | **(47,843.72)** |
| **Last Reconciled Statement Balance - 12/5/2024** | | | | | | 183,899.50 |
| **Current Reconciled Balance** | | | | | | 136,055.78 |
| **Reconcile Statement Balance - 12/31/2024** | | | | | | 136,055.78 |
| **Difference** | | | | | | 0.00 |
| **Unreconciled** | | | | | | 0.00 |
| **Total as of 12/31/2024** | | | | | | **136,055.78** |