**Yield10 Bioscience, Inc., et. al**
**Lead Case No. 24-12752**
**Jointly Administered**
**Petition Date 12/06/2024**
**Reporting Period Ended 12/31/2024**

**Statement of Cash Receipts and Disbursements**

**YIELD10 BIOSCIENCE SECURITIES CORP.**
**ACTUAL USD$**

No cash reciepts or disbursements during the period.

**Consolidating Actual USD$**
*(CAD Translated to USD Based on Currency Rates as required)*
**Statement of Cash Receipts and Disbursements**

### Cash Receipts

| Debtor | Category | Date | Source | Amount | Description |
|---|---|---|---|---|---|
| Yield10 Oilseeds Inc. | Refund | 12/11/2024 | Canadian Revenue Agency | 7,641 | GST/HST refund |
| **Total** | | | | **7,641** | |

### Cash Disbursements

| Debtor | Category | Date | Payee | Amount | Description |
|---|---|---|---|---|---|
| Yield10 Bioscience, Inc. | Payroll | 12/13/2024 | Insperity | (13,509) | 12/13/2024 Bi-Weekly Payroll - Pre-Filing Earned |
| Yield10 Bioscience, Inc. | Payroll | 12/13/2024 | Insperity | (7,356) | 12/13/2024 Bi-Weekly Payroll - Post-Filing Earned |
| Yield10 Bioscience, Inc. | Operating Expense | 12/16/2024 | Citizens Bank | (1,715) | Monthly service charge |
| Yield10 Bioscience, Inc. | Benefits | 12/19/2024 | New York Life | (392) | Dec 2024 Disability and Group Term Life |
| Yield10 Bioscience, Inc. | Operating Expense | 12/23/2024 | WageWorks, Inc. | (102) | Health Reimbursement Account Dec 2024 monthly admin fee |
| Yield10 Bioscience, Inc. | Taxes | 12/24/2024 | Commonwealth of Massachusetts | (540) | MA Excise Tax plus fees |
| Yield10 Bioscience, Inc. | Payroll | 12/27/2024 | Insperity | (22,508) | 12/27/2024 Bi-Weekly Payroll |
| Yield10 Bioscience, Inc. | Operating Expense | 12/25/2024 | Ramp Financial | (1,720) | Dec 2024 Corporate Card Payment |
| Yield10 Oilseeds Inc. | Operating Expense | 12/13/2024 | Bank of Montreal | (109) | Monthly service charge |
| Yield10 Oilseeds Inc. | Operating Expense | 12/31/2024 | Bank of Montreal | (16) | Monthly plan fee / service charge |
| **Total** | | | | **(47,969)** | |

### Summary

| | |
|---|---:|
| **Total Cash Receipts** | 7,641 |
| **Cash Disbursements:** | |
|     Payroll | (43,373) |
|     Operating Expense | (3,663) |
|     Benefits | (392) |
|     Taxes | (540) |
|     **Total Cash Disbursements** | (47,969) |
| **Net Cash Activity** | (40,328) |

Yield10 Bioscience, Inc., et. al
Lead Case No. 24-12752
Jointly Administered
Petition Date 12/06/2024
Reporting Period Ended 12/31/2024

**Balance Sheet**

**YIELD10 BIOSCIENCE SECURITIES CORP.**
**ACTUAL USD$**

| Financial Caption | Amount as of Petition Date 12/06/2024 | Amount as of 12/31/2024 | Change |
|---|---:|---:|---:|
| **Equity** | | | |
| Common Stock | 1,000 | 1,000 | - |
| Additional Paid-In Capital | (1,375) | (1,375) | - |
| Retained Earnings (Deficit) | 8,935,361 | 8,935,361 | - |
| Intercompany Dividends | (8,935,361) | (8,935,361) | - |
| Net Income (Loss) | 375 | 375 | - |
| **Total Equity** | - | - | - |

**Consolidating Actual USD$**
*(CAD Translated to USD Based on Currency Rates as required)*
**Balance Sheet**

| Financial Caption | YIELD10 BIOSCIENCE, INC. Amount as of Petition Date 12/06/2024 | YIELD10 OILSEEDS INC. Amount as of Petition Date 12/06/2024 | YIELD10 BIOSCIENCE SECURITIES CORP. Amount as of Petition Date 12/06/2024 | CONSOLIDATION ELIMINATION Amount as of Petition Date 12/06/2024 | CONSOLIDATED Amount as of Petition Date 12/06/2024 | YIELD10 BIOSCIENCE, INC. Amount as of 12/31/2024 | YIELD10 OILSEEDS INC. Amount as of 12/31/2024 | YIELD10 BIOSCIENCE SECURITIES CORP. Amount as of 12/31/2024 | CONSOLIDATION ELIMINATION Amount as of 12/31/2024 | CONSOLIDATED Amount as of 12/31/2024 | Consolidated Change |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Assets** | | | | | | | | | | | |
| **Current Assets** | | | | | | | | | | | |
| Citizens Operating Cash Account | 183,900 | - | - | - | 183,900 | 136,056 | - | - | - | 136,056 | (47,844) |
| Bank of Montreal Cash Account | - | 7,361 | - | - | 7,361 | - | 14,877 | - | - | 14,877 | 7,516 |
| GST/HST Receivable | - | 9,840 | - | - | 9,840 | - | 2,231 | - | - | 2,231 | (7,609) |
| **Total Current Assets** | **183,900** | **17,201** | **-** | **-** | **201,101** | **136,056** | **17,108** | **-** | **-** | **153,164** | **(47,937)** |
| | | | | | | | | | | | |
| **Other Assets** | | | | | | | | | | | |
| Intangibles and Intellectual Property | 7,975,000 | 250,000 | - | - | 8,225,000 | 7,975,000 | 250,000 | - | - | 8,225,000 | - |
| Tax Refunds and Unused NOLs | - | 10,725,799 | - | - | 10,725,799 | - | 10,725,799 | - | - | 10,725,799 | - |
| Intercompany Due From Oilseeds | 15,538,154 | (15,385,171) | - | (151,811) | 1,172 | 15,538,154 | (15,385,171) | - | (152,983) | - | (1,172) |
| Intercompany Investment in Sub - YSC | 60,323 | - | - | (60,323) | - | 60,323 | - | - | (60,323) | - | - |
| **Total Other Assets** | **23,573,477** | **(4,409,372)** | **-** | **(212,134)** | **18,951,971** | **23,573,477** | **(4,409,372)** | **-** | **(213,306)** | **18,950,799** | **(1,172)** |
| | | | | | | | | | | | |
| **Total Assets** | **23,757,377** | **(4,392,171)** | **-** | **(212,134)** | **19,153,072** | **23,709,533** | **(4,392,264)** | **-** | **(213,306)** | **19,103,963** | **(49,109)** |
| | | | | | | | | | | | |
| **Liabilities & Equity** | | | | | | | | | | | |
| **Current Liabilities** | | | | | | | | | | | |
| **Pre-Filing** | | | | | | | | | | | |
| Accounts Payable - Pre-Filing - Priority | 159,530 | - | - | - | 159,530 | 159,530 | - | - | - | 159,530 | - |
| Accounts Payable - Pre-Filing - Unsecured | 602,182 | 124,634 | - | - | 726,816 | 602,182 | 124,634 | - | - | 726,816 | - |
| Other - Pre-Filing - Unsecured Debt | 1,844,782 | - | - | - | 1,844,782 | 1,844,782 | - | - | - | 1,844,782 | - |
| Current Debt - Pre-Filing - Secured Debt | 3,000,000 | - | - | - | 3,000,000 | 3,000,000 | - | - | - | 3,000,000 | - |
| **Total Pre-Filing** | **5,606,494** | **124,634** | **-** | **-** | **5,731,128** | **5,606,494** | **124,634** | **-** | **-** | **5,731,128** | **-** |
| | | | | | | | | | | | |
| **Post-Filing** | | | | | | | | | | | |
| Accounts Payable - Post-Filing | - | - | - | - | - | 51,675 | 1,110 | - | - | 52,785 | 52,785 |
| **Total Post-Filing** | **-** | **-** | **-** | **-** | **-** | **51,675** | **1,110** | **-** | **-** | **52,785** | **52,785** |
| | | | | | | | | | | | |
| **Total Liabilities (Debt)** | **5,606,494** | **124,634** | **-** | **-** | **5,731,128** | **5,658,169** | **125,744** | **-** | **-** | **5,783,913** | **52,785** |
| | | | | | | | | | | | |
| **Other Current Liabilities** | | | | | | | | | | | |
| Accrued Expenses | 238,625 | 4,000 | - | - | 242,625 | 241,974 | 4,000 | - | - | 245,974 | 3,349 |
| Accrued Vacation Expense | 16,860 | - | - | - | 16,860 | - | - | - | - | - | (16,860) |
| Accrued Interest | 33,940 | - | - | - | 33,940 | 52,024 | - | - | - | 52,024 | 18,084 |
| Ramp Credit Card | 1,677 | - | - | - | 1,677 | - | - | - | - | - | (1,677) |
| Deferred Revenue - Current - Pre-Filing | 1,500,000 | - | - | - | 1,500,000 | 1,350,000 | - | - | - | 1,350,000 | (150,000) |
| **Total Other Current Liabilities** | **1,791,102** | **4,000** | **-** | **-** | **1,795,102** | **1,643,998** | **4,000** | **-** | **-** | **1,647,998** | **(147,104)** |
| | | | | | | | | | | | |
| **Total Current Liabilities** | **7,397,596** | **128,634** | **-** | **-** | **7,526,230** | **7,302,167** | **129,744** | **-** | **-** | **7,431,911** | **(94,319)** |
| | | | | | | | | | | | |
| **Equity** | | | | | | | | | | | |
| Common Stock | 7,344 | 1 | 1,000 | (1,001) | 7,344 | 7,344 | 1 | 1,000 | (1,001) | 7,344 | - |
| Additional Paid-In Capital | 414,355,098 | - | (1,375) | 1,375 | 414,355,098 | 414,355,098 | - | (1,375) | 1,375 | 414,355,098 | - |
| Retained Earnings (Deficit) | (404,517,380) | (9,556,256) | 8,935,361 | (9,013,762) | (414,152,037) | (404,517,380) | (9,556,256) | 8,935,361 | (9,013,762) | (414,152,037) | - |
| Contribution of Capital | - | (63,204) | - | 63,204 | - | - | (63,204) | - | 63,204 | - | - |
| Intercompany Dividends | - | - | (8,935,361) | 8,935,361 | - | - | - | (8,935,361) | 8,935,361 | - | - |
| Cumulative Translation Adjustment | - | (72,835) | - | (198,043) | (270,878) | - | (72,834) | - | (199,215) | (272,049) | (1,171) |
| Other Unsecured Debt Net Loss | (1,844,782) | - | - | - | (1,844,782) | (1,844,782) | - | - | - | (1,844,782) | - |
| Intercompany Net Income (Loss) | 3,515,196 | (3,515,928) | - | 732 | - | 3,515,196 | (3,515,928) | - | 732 | - | - |
| Intangibles, IP, and Tax Refund Offset | 7,975,000 | 10,975,799 | - | - | 18,950,799 | 7,975,000 | 10,975,799 | - | - | 18,950,799 | - |
| Net Income (Loss) | (3,130,695) | (2,288,382) | 375 | - | (5,418,702) | (3,083,110) | (2,289,586) | 375 | - | (5,372,321) | 46,381 |
| **Total Equity** | **16,359,781** | **(4,520,805)** | **-** | **(212,134)** | **11,626,842** | **16,407,366** | **(4,522,008)** | **-** | **(213,306)** | **11,672,052** | **45,210** |
| | | | | | | | | | | | |
| **Total Liabilities & Equity** | **23,757,377** | **(4,392,171)** | **-** | **(212,134)** | **19,153,072** | **23,709,533** | **(4,392,264)** | **-** | **(213,306)** | **19,103,963** | **(49,109)** |

**Yield10 Bioscience, Inc., et. al**
**Lead Case No. 24-12752**
**Jointly Administered**
**Petition Date 12/06/2024**
**Reporting Period Ended 12/31/2024**

**Statement of Operations**

**YIELD10 BIOSCIENCE SECURITIES CORP.**
**ACTUAL USD$**

No income/expense activity during the period.

**Consolidating Actual USD$**

*(CAD Translated to USD Based on Currency Rates as required)*

**Statement of Operations**

| Financial Caption | YIELD10 BIOSCIENCE, INC. Activity for Reporting Period | YIELD10 OILSEEDS INC. Activity for Reporting Period | YIELD10 BIOSCIENCE SECURITIES CORP. Activity for Reporting Period | CONSOLIDATION ELIMINATION Activity for Reporting Period | CONSOLIDATED Activity for Reporting Period |
|---|---:|---:|---:|---:|---:|
| **Income** | | | | | |
| License Revenue | 150,000 | | - | - | 150,000 |
| **Total Income** | 150,000 | - | - | - | 150,000 |
| | | | | | |
| **Gross Profit** | 150,000 | - | - | - | 150,000 |
| | | | | | |
| **Expenses** | | | | | |
| | | | | | |
| **G&A Expense** | | | | | |
| G&A - Payroll & Benefits | 26,260 | - | - | - | 26,260 |
| G&A - Insurance | 3,781 | - | - | - | 3,781 |
| G&A - Professional Fees (Patent & Legal) | 2,247 | 570 | - | - | 2,817 |
| G&A - Other Expense | 17,048 | 125 | - | - | 17,173 |
| **Total G&A Expense** | 49,336 | 695 | - | - | 50,031 |
| | | | | | |
| Taxes | 17,123 | - | - | - | 17,123 |
| Other Operating Expenses | 17,872 | 508 | - | - | 18,380 |
| Interest Expense | 18,084 | - | - | - | 18,084 |
| | | | | | |
| **Total Expenses** | 102,415 | 1,203 | - | - | 103,618 |
| | | | | | |
| **Net Income (Loss)** | 47,585 | (1,203) | - | - | 46,382 |

**Yield10 Bioscience, Inc., et. al**
**Lead Case No. 24-12752**
**Jointly Administered**
**Petition Date 12/06/2024**
**Reporting Period Ended 12/31/2024**

**Postpetition Liabilities Aging**

**YIELD10 BIOSCIENCE SECURITIES CORP.**
**ACTUAL USD$**

No postpetition liabilities activity.

**Consolidating Actual USD$**
*(CAD Translated to USD Based on Currency Rates as required)*
**Postpetition Liabilities Aging**

| Category | Current | 30 Days | 60 Days | 90 Days | > 90 Days | Total |
|---|---|---|---|---|---|---|
| Professional Fees **(A)** - Yield10 | - | 15,565 | - | - | - | 15,565 |
| Professional Fees **(A)** - Oilseeds | - | 599 | - | - | - | 599 |
| Storage Fees **(B)** - Yield10 | 3,888 | 14,747 | - | - | - | 18,635 |
| Insurance - Yield10 | - | - | - | 3,860 | - | 3,860 |
| Other Operating Payables - Yield10 | 8,293 | - | - | 50 | 5,272 | 13,615 |
| Other Operating Payables - Oilseeds | 511 | - | - | - | - | 511 |
| **Totals** | **12,692** | **30,911** | **-** | **3,910** | **5,272** | **52,785** |

| | |
|---|---|
| Total Current | 12,692 |
| Total Past Due | 40,093 |
| **Total** | **52,785** |

**(A)** Legal fees, patent attorneys
**(B)** Corporate records paper storage & disposal; storage of equipment & materials for Nuseed transaction

**Yield10 Bioscience, Inc., et. al**
**Lead Case No. 24-12752**
**Jointly Administered**
**Petition Date 12/06/2024**
**Reporting Period Ended 12/31/2024**

**Schedule of Payments to Insiders**

**YIELD10 BIOSCIENCE SECURITIES CORP.**
**ACTUAL USD$**

None to report.

**Yield10 Bioscience, Inc., et. al**
**Lead Case No. 24-12752**
**Jointly Administered**
**Petition Date 12/06/2024**
**Reporting Period Ended 12/31/2024**

**Bank Statements and Reconciliations**

**YIELD10 BIOSCIENCE SECURITIES CORP.**
**ACTUAL USD$**

No bank accounts open pre-filing or post-filing during the period.