**Yield10 Bioscience, Inc., et. al**
Lead Case No. 24-12752
Jointly Administered
Petition Date 12/06/2024
Reporting Period Ended 12/31/2024

**Statement of Cash Receipts and Disbursements**

**YIELD10 OILSEEDS INC.**
**ACTUAL CAD$**

**Cash Receipts**

| Category | Date | Source | Amount | Description |
|---|---|---|---|---|
| Refund | 12/11/2024 | Canadian Revenue Agency | 10,984 | GST/HST refund |
| **Total** | | | **10,984** | |

**Cash Disbursements**

| Category | Date | Payee | Amount | Description |
|---|---|---|---|---|
| Operating Expense | 12/13/2024 | Bank of Montreal | (157) | Monthly service charge |
| Operating Expense | 12/31/2024 | Bank of Montreal | (22) | Monthly plan fee / service charge |
| **Total** | | | **(179)** | |

**Summary**

| | |
|---|---:|
| **Total Cash Receipts** | 10,984 |
| **Cash Disbursements:** | |
| Payroll | - |
| Operating Expense | (179) |
| Benefits | - |
| Taxes | - |
| **Total Cash Disbursements** | (179) |
| **Net Cash Activity** | 10,805 |

**Consolidating Actual USD$**
*(CAD Translated to USD Based on Currency Rates as required)*
**Statement of Cash Receipts and Disbursements**

### Cash Receipts

| Debtor | Category | Date | Source | Amount | Description |
|---|---|---|---|---|---|
| Yield10 Oilseeds Inc. | Refund | 12/11/2024 | Canadian Revenue Agency | 7,641 | GST/HST refund |
| **Total** | | | | **7,641** | |

### Cash Disbursements

| Debtor | Category | Date | Payee | Amount | Description |
|---|---|---|---|---|---|
| Yield10 Bioscience, Inc. | Payroll | 12/13/2024 | Insperity | (13,509) | 12/13/2024 Bi-Weekly Payroll - Pre-Filing Earned |
| Yield10 Bioscience, Inc. | Payroll | 12/13/2024 | Insperity | (7,356) | 12/13/2024 Bi-Weekly Payroll - Post-Filing Earned |
| Yield10 Bioscience, Inc. | Operating Expense | 12/16/2024 | Citizens Bank | (1,715) | Monthly service charge |
| Yield10 Bioscience, Inc. | Benefits | 12/19/2024 | New York Life | (392) | Dec 2024 Disability and Group Term Life |
| Yield10 Bioscience, Inc. | Operating Expense | 12/23/2024 | WageWorks, Inc. | (102) | Health Reimbursement Account Dec 2024 monthly admin fee |
| Yield10 Bioscience, Inc. | Taxes | 12/24/2024 | Commonwealth of Massachusetts | (540) | MA Excise Tax plus fees |
| Yield10 Bioscience, Inc. | Payroll | 12/27/2024 | Insperity | (22,508) | 12/27/2024 Bi-Weekly Payroll |
| Yield10 Bioscience, Inc. | Operating Expense | 12/25/2024 | Ramp Financial | (1,720) | Dec 2024 Corporate Card Payment |
| Yield10 Oilseeds Inc. | Operating Expense | 12/13/2024 | Bank of Montreal | (109) | Monthly service charge |
| Yield10 Oilseeds Inc. | Operating Expense | 12/31/2024 | Bank of Montreal | (16) | Monthly plan fee / service charge |
| **Total** | | | | **(47,969)** | |

### Summary

| | |
|---|---:|
| **Total Cash Receipts** | 7,641 |
| **Cash Disbursements:** | |
| Payroll | (43,373) |
| Operating Expense | (3,663) |
| Benefits | (392) |
| Taxes | (540) |
| **Total Cash Disbursements** | (47,969) |
| **Net Cash Activity** | (40,328) |

Yield10 Bioscience, Inc., et. al
Lead Case No. 24-12752
Jointly Administered
Petition Date 12/06/2024
Reporting Period Ended 12/31/2024

**Balance Sheet**

**YIELD10 OILSEEDS INC.**
**ACTUAL CAD$**

| Financial Caption | Amount as of Petition Date 12/06/2024 | Amount as of 12/31/2024 | Change |
|---|---:|---:|---:|
| **Assets** | | | |
| **Current Assets** | | | |
| Bank of Montreal Cash Account | 10,582 | 21,387 | 10,805 |
| GST/HST Receivable | 14,146 | 3,207 | (10,939) |
| **Total Current Assets** | **24,728** | **24,594** | **(134)** |
| | | | |
| **Other Assets** | | | |
| Intangibles and Intellectual Property | 333,333 | 333,333 | - |
| Tax Refunds and Unused NOLs | 14,301,065 | 14,301,065 | - |
| **Total Other Assets** | **14,634,398** | **14,634,398** | **-** |
| | | | |
| **Total Assets** | **14,659,126** | **14,658,992** | **(134)** |
| | | | |
| **Liabilities & Equity** | | | |
| **Current Liabilities** | | | |
| **Pre-Filing** | | | |
| Accounts Payable - Pre-Filing - Priority | - | - | - |
| Accounts Payable - Pre-Filing - Unsecured | 179,177 | 179,177 | - |
| Other - Pre-Filing - Unsecured Debt | - | - | - |
| **Total Pre-Filing** | **179,177** | **179,177** | **-** |
| | | | |
| **Post-Filing** | | | |
| Accounts Payable - Post-Filing | - | 1,596 | 1,596 |
| **Total Post-Filing** | **-** | **1,596** | **1,596** |
| | | | |
| **Total Liabilities (Debt)** | **179,177** | **180,773** | **1,596** |
| | | | |
| **Other Current Liabilities** | | | |
| Accrued Expenses | 5,750 | 5,750 | - |
| Ramp Credit Card | - | - | - |
| Intercompany Due To Parent | 20,679,369 | 20,679,369 | - |
| **Total Other Current Liabilities** | **20,685,119** | **20,685,119** | **-** |
| | | | |
| **Total Current Liabilities** | **20,864,296** | **20,865,892** | **1,596** |
| | | | |
| **Equity** | | | |
| Common Stock | 1 | 1 | - |
| Additional Paid-In Capital | - | - | - |
| Retained Earnings (Deficit) | (12,952,090) | (12,952,090) | - |
| Other Unsecured Debt Net Loss | - | - | - |
| Intercompany Net Income (Loss) | (4,778,761) | (4,778,761) | - |
| Intangibles, IP, and Tax Refund Offset | 14,634,398 | 14,634,398 | |
| Net Income (Loss) | (3,108,718) | (3,110,448) | (1,730) |
| **Total Equity** | **(6,205,170)** | **(6,206,900)** | **(1,730)** |
| | | | |
| **Total Liabilities & Equity** | **14,659,126** | **14,658,992** | **(134)** |

**Consolidating Actual USD$**
*(CAD Translated to USD Based on Currency Rates as required)*
**Balance Sheet**

| Financial Caption | YIELD10 BIOSCIENCE, INC. Amount as of Petition Date 12/06/2024 | YIELD10 OILSEEDS INC. Amount as of Petition Date 12/06/2024 | YIELD10 BIOSCIENCE SECURITIES CORP. Amount as of Petition Date 12/06/2024 | CONSOLIDATION ELIMINATION Amount as of Petition Date 12/06/2024 | CONSOLIDATED Amount as of Petition Date 12/06/2024 | YIELD10 BIOSCIENCE, INC. Amount as of 12/31/2024 | YIELD10 OILSEEDS INC. Amount as of 12/31/2024 | YIELD10 BIOSCIENCE SECURITIES CORP. Amount as of 12/31/2024 | CONSOLIDATION ELIMINATION Amount as of 12/31/2024 | CONSOLIDATED Amount as of 12/31/2024 | Consolidated Change |
|---|---:|---:|---:|---:|---:|---:|---:|---:|---:|---:|---:|
| **Assets** | | | | | | | | | | | |
| Current Assets | | | | | | | | | | | |
| Citizens Operating Cash Account | 183,900 | - | - | - | 183,900 | 136,056 | - | - | - | 136,056 | (47,844) |
| Bank of Montreal Cash Account | - | 7,361 | - | - | 7,361 | - | 14,877 | - | - | 14,877 | 7,516 |
| GST/HST Receivable | - | 9,840 | - | - | 9,840 | - | 2,231 | - | - | 2,231 | (7,609) |
| **Total Current Assets** | **183,900** | **17,201** | **-** | **-** | **201,101** | **136,056** | **17,108** | **-** | **-** | **153,164** | **(47,937)** |
| Other Assets | | | | | | | | | | | |
| Intangibles and Intellectual Property | 7,975,000 | 250,000 | - | - | 8,225,000 | 7,975,000 | 250,000 | - | - | 8,225,000 | - |
| Tax Refunds and Unused NOLs | - | 10,725,799 | - | - | 10,725,799 | - | 10,725,799 | - | - | 10,725,799 | - |
| Intercompany Due From Oilseeds | 15,538,154 | (15,385,171) | - | (151,811) | 1,172 | 15,538,154 | (15,385,171) | - | (152,983) | - | (1,172) |
| Intercompany Investment in Sub - YSC | 60,323 | - | - | (60,323) | - | 60,323 | - | - | (60,323) | - | - |
| **Total Other Assets** | **23,573,477** | **(4,409,372)** | **-** | **(212,134)** | **18,951,971** | **23,573,477** | **(4,409,372)** | **-** | **(213,306)** | **18,950,799** | **(1,172)** |
| **Total Assets** | **23,757,377** | **(4,392,171)** | **-** | **(212,134)** | **19,153,072** | **23,709,533** | **(4,392,264)** | **-** | **(213,306)** | **19,103,963** | **(49,109)** |
| **Liabilities & Equity** | | | | | | | | | | | |
| Current Liabilities | | | | | | | | | | | |
| Pre-Filing | | | | | | | | | | | |
| Accounts Payable - Pre-Filing - Priority | 159,530 | - | - | - | 159,530 | 159,530 | - | - | - | 159,530 | - |
| Accounts Payable - Pre-Filing - Unsecured | 602,182 | 124,634 | - | - | 726,816 | 602,182 | 124,634 | - | - | 726,816 | - |
| Other - Pre-Filing - Unsecured Debt | 1,844,782 | - | - | - | 1,844,782 | 1,844,782 | - | - | - | 1,844,782 | - |
| Current Debt - Pre-Filing - Secured Debt | 3,000,000 | - | - | - | 3,000,000 | 3,000,000 | - | - | - | 3,000,000 | - |
| **Total Pre-Filing** | **5,606,494** | **124,634** | **-** | **-** | **5,731,128** | **5,606,494** | **124,634** | **-** | **-** | **5,731,128** | **-** |
| Post-Filing | | | | | | | | | | | |
| Accounts Payable - Post-Filing | - | - | - | - | - | 51,675 | 1,110 | - | - | 52,785 | 52,785 |
| **Total Post-Filing** | **-** | **-** | **-** | **-** | **-** | **51,675** | **1,110** | **-** | **-** | **52,785** | **52,785** |
| **Total Liabilities (Debt)** | **5,606,494** | **124,634** | **-** | **-** | **5,731,128** | **5,658,169** | **125,744** | **-** | **-** | **5,783,913** | **52,785** |
| Other Current Liabilities | | | | | | | | | | | |
| Accrued Expenses | 238,625 | 4,000 | - | - | 242,625 | 241,974 | 4,000 | - | - | 245,974 | 3,349 |
| Accrued Vacation Expense | 16,860 | - | - | - | 16,860 | - | - | - | - | - | (16,860) |
| Accrued Interest | 33,940 | - | - | - | 33,940 | 52,024 | - | - | - | 52,024 | 18,084 |
| Ramp Credit Card | 1,677 | - | - | - | 1,677 | - | - | - | - | - | (1,677) |
| Deferred Revenue - Current - Pre-Filing | 1,500,000 | - | - | - | 1,500,000 | 1,350,000 | - | - | - | 1,350,000 | (150,000) |
| **Total Other Current Liabilities** | **1,791,102** | **4,000** | **-** | **-** | **1,795,102** | **1,643,998** | **4,000** | **-** | **-** | **1,647,998** | **(147,104)** |
| **Total Current Liabilities** | **7,397,596** | **128,634** | **-** | **-** | **7,526,230** | **7,302,167** | **129,744** | **-** | **-** | **7,431,911** | **(94,319)** |
| Equity | | | | | | | | | | | |
| Common Stock | 7,344 | 1 | 1,000 | (1,001) | 7,344 | 7,344 | 1 | 1,000 | (1,001) | 7,344 | - |
| Additional Paid-In Capital | 414,355,098 | - | (1,375) | 1,375 | 414,355,098 | 414,355,098 | - | (1,375) | 1,375 | 414,355,098 | - |
| Retained Earnings (Deficit) | (404,517,380) | (9,556,256) | 8,935,361 | (9,013,762) | (414,152,037) | (404,517,380) | (9,556,256) | 8,935,361 | (9,013,762) | (414,152,037) | - |
| Contribution of Capital | - | (63,204) | - | 63,204 | - | - | (63,204) | - | 63,204 | - | - |
| Intercompany Dividends | - | - | (8,935,361) | 8,935,361 | - | - | - | (8,935,361) | 8,935,361 | - | - |
| Cumulative Translation Adjustment | - | (72,835) | - | (198,043) | (270,878) | - | (72,834) | - | (199,215) | (272,049) | (1,171) |
| Other Unsecured Debt Net Loss | (1,844,782) | - | - | - | (1,844,782) | (1,844,782) | - | - | - | (1,844,782) | - |
| Intercompany Net Income (Loss) | 3,515,196 | (3,515,928) | - | 732 | - | 3,515,196 | (3,515,928) | - | 732 | - | - |
| Intangibles, IP, and Tax Refund Offset | 7,975,000 | 10,975,799 | - | - | 18,950,799 | 7,975,000 | 10,975,799 | - | - | 18,950,799 | - |
| Net Income (Loss) | (3,130,695) | (2,288,382) | 375 | - | (5,418,702) | (3,083,110) | (2,289,586) | 375 | - | (5,372,321) | 46,381 |
| **Total Equity** | **16,359,781** | **(4,520,805)** | **-** | **(212,134)** | **11,626,842** | **16,407,366** | **(4,522,008)** | **-** | **(213,306)** | **11,672,052** | **45,210** |
| **Total Liabilities & Equity** | **23,757,377** | **(4,392,171)** | **-** | **(212,134)** | **19,153,072** | **23,709,533** | **(4,392,264)** | **-** | **(213,306)** | **19,103,963** | **(49,109)** |

**Yield10 Bioscience, Inc., et. al**
**Lead Case No. 24-12752**
**Jointly Administered**
**Petition Date 12/06/2024**
**Reporting Period Ended 12/31/2024**

**Statement of Operations**

**YIELD10 OILSEEDS INC.**
**ACTUAL CAD$**

| Financial Caption | Activity for Reporting Period |
|---|---:|
| **Expenses** | |
| **G&A Expense** | |
| G&A - Payroll & Benefits | - |
| G&A - Insurance | - |
| G&A - Professional Fees (Patent & Legal) | 820 |
| G&A - Other Expense | 179 |
| **Total G&A Expense** | 999 |
| | |
| Taxes | - |
| Other Operating Expenses | 731 |
| Interest Expense | - |
| | |
| **Total Expenses** | 1,730 |
| | |
| **Net Income (Loss)** | (1,730) |

**Consolidating Actual USD$**
*(CAD Translated to USD Based on Currency Rates as required)*
**Statement of Operations**

| Financial Caption | YIELD10 BIOSCIENCE, INC. Activity for Reporting Period | YIELD10 OILSEEDS INC. Activity for Reporting Period | YIELD10 BIOSCIENCE SECURITIES CORP. Activity for Reporting Period | CONSOLIDATION ELIMINATION Activity for Reporting Period | CONSOLIDATED Activity for Reporting Period |
|---|---:|---:|---:|---:|---:|
| **Income** | | | | | |
| License Revenue | 150,000 | | - | - | 150,000 |
| **Total Income** | 150,000 | - | - | - | 150,000 |
| | | | | | |
| **Gross Profit** | 150,000 | - | - | - | 150,000 |
| | | | | | |
| **Expenses** | | | | | |
| | | | | | |
| **G&A Expense** | | | | | |
| G&A - Payroll & Benefits | 26,260 | - | - | - | 26,260 |
| G&A - Insurance | 3,781 | - | - | - | 3,781 |
| G&A - Professional Fees (Patent & Legal) | 2,247 | 570 | - | - | 2,817 |
| G&A - Other Expense | 17,048 | 125 | - | - | 17,173 |
| **Total G&A Expense** | 49,336 | 695 | - | - | 50,031 |
| | | | | | |
| Taxes | 17,123 | - | - | - | 17,123 |
| Other Operating Expenses | 17,872 | 508 | - | - | 18,380 |
| Interest Expense | 18,084 | - | - | - | 18,084 |
| | | | | | |
| **Total Expenses** | 102,415 | 1,203 | - | - | 103,618 |
| | | | | | |
| **Net Income (Loss)** | 47,585 | (1,203) | - | - | 46,382 |

Yield10 Bioscience, Inc., et. al
Lead Case No. 24-12752
Jointly Administered
Petition Date 12/06/2024
Reporting Period Ended 12/31/2024

**Postpetition Liabilities Aging**

**YIELD10 OILSEEDS INC.**
**ACTUAL CAD$**

| Category | Current | 30 Days | 60 Days | 90 Days | > 90 Days | Total |
|---|---|---|---|---|---|---|
| Professional Fees **(A)** | - | 861 | - | - | - | 861 |
| Other Operating Payables | 735 | - | - | - | - | 735 |
| **Totals** | **735** | **861** | **-** | **-** | **-** | **1,596** |

| | |
|---|---|
| Total Current | 735 |
| Total Past Due | 861 |
| **Total** | **1,596** |

**(A)** Legal fees

## Consolidating Actual USD$
*(CAD Translated to USD Based on Currency Rates as required)*
### Postpetition Liabilities Aging

| Category | Current | 30 Days | 60 Days | 90 Days | > 90 Days | Total |
|---|---|---|---|---|---|---|
| Professional Fees **(A)** - Yield10 | - | 15,565 | - | - | - | 15,565 |
| Professional Fees **(A)** - Oilseeds | - | 599 | - | - | - | 599 |
| Storage Fees **(B)** - Yield10 | 3,888 | 14,747 | - | - | - | 18,635 |
| Insurance - Yield10 | - | - | - | 3,860 | - | 3,860 |
| Other Operating Payables - Yield10 | 8,293 | - | - | 50 | 5,272 | 13,615 |
| Other Operating Payables - Oilseeds | 511 | - | - | - | - | 511 |
| **Totals** | **12,692** | **30,911** | **-** | **3,910** | **5,272** | **52,785** |

| | |
|---|---|
| Total Current | 12,692 |
| Total Past Due | 40,093 |
| **Total** | **52,785** |

**(A)** Legal fees, patent attorneys
**(B)** Corporate records paper storage & disposal; storage of equipment & materials for Nuseed transaction

**Yield10 Bioscience, Inc., et. al**
**Lead Case No. 24-12752**
**Jointly Administered**
**Petition Date 12/06/2024**
**Reporting Period Ended 12/31/2024**

**Schedule of Payments to Insiders**

**YIELD10 OILSEEDS INC.**
**ACTUAL CAD$**

None to report.

Yield10 Bioscience, Inc., et. al
Lead Case No. 24-12752
Jointly Administered
Petition Date 12/06/2024
Reporting Period Ended 12/31/2024

**Bank Statements and Reconciliations**

**YIELD10 OILSEEDS INC.**
**ACTUAL CAD$**

| | | |
|---|---|---|
| Bank of Montreal | x9951 | 21,388 |

*Separate PDF File for statements & reconciliations

**Business Banking**



Your branch address:
**595 BURRARD STREET
VANCOUVER, B.C. V7X1L7**

**Your Branch**
MAIN OFFICE VANCOUVER
Transit number: 0004

**For questions about your statement call**
(604) 665-2643

**Direct Banking**
1-877-262-5907
www.bmo.com

```
YIELD10 OILSEEDS INC,
110 GYMNASIUM PL
SASKATOON SK    S7N 0W9
```

**Your Plan**
Business Builder 1 Plan

# Business Banking statement

For the period ending December 31, 2024

## Summary of account

| Account | Opening balance ($) | − Total amounts debited ($) | + Total amounts credited ($) | = Closing balance ($) on Dec 31, 2024 |
|---|---|---|---|---|
| Business Account # 0004 1719-951 | 80,572.53 | 70,179.23 | 10,984.57 | 21,377.87 |

**Security Tip**

Learn what you can do to stay safe this holiday season by visiting bmo.com/security. Get the best gift of all; peace of mind.

## Transaction details

| Date | Description | Amounts debited from your account ($) | Amounts credited to your account ($) | Balance ($) |
|---|---|---|---|---|



**Business Account # 0004 1719-951**

Business name:
YIELD10 OILSEEDS INC,

| Date | Description | Debited | Credited | Balance |
|---|---|---|---|---|
| Nov 30 | Opening balance | | | 80,572.53 |
| Dec 02 | FX WIRE PAYMENT, WIRE PYMT AT 1.437630, USD 48,691.25, TO YIELD10 BIOSCIENCE, IN | 70,000.00 | | 10,572.53 |
| Dec 11 | Direct Deposit, CANADA GST/TPS | | 5,273.93 | 15,846.46 |
| Dec 11 | Direct Deposit, CANADA GST/TPS | | 1,022.18 | 16,868.64 |
| Dec 11 | Direct Deposit, CANADA GST/TPS | | 4,688.46 | 21,557.10 |
| Dec 13 | Pre-Authorized Payment No Fee, CASH MGMT FEE BOM/B/M | 156.73 | | 21,400.37 |
| Dec 31 | Plan Fee | 22.50 | | 21,377.87 |
| Dec 31 | **Closing totals** | **70,179.23** | **10,984.57** | |
| | Number of items processed ........................ | 3 | 3 | |

Page 1 of 1

**BMO Bank of Montreal**

A member of BMO Financial Group

15130E (09/02)

# Yield10 Bioscience, Inc
# Yield10 Bioscience, Inc.
## Reconciliation Summary - 1116 BMO Direct Bank Account
## As of 12/31/2024

| ID | BALANCE |
|---|---|
| **Reconciled** | |
| Cleared Deposits and Other Credits | 10,984.57 |
| Cleared Checks and Payments | (179.23) |
| **Total - Reconciled** | **10,805.34** |
| **Last Reconciled Statement Balance - 12/5/2024** | 10,572.53 |
| **Current Reconciled Balance** | 21,377.87 |
| **Reconcile Statement Balance - 12/31/2024** | 21,377.87 |
| **Difference** | 0.00 |
| **Unreconciled** | |
| **Uncleared** | |
| Deposits and Other Credits | 9.94 |
| **Total - Uncleared** | **9.94** |
| **Total - Unreconciled** | **9.94** |
| **Total as of 12/31/2024** | **21,387.81** |

 

# Currency Converter

Over 31 years of currency data. Powered by

| CAD Canadian D... | | USD US Dollar |
|---|---|---|
| 179 | ⇄ | 124.785 |
| CAD  USD  CLP  BTC | | USD  CAD  EUR  ETH |

| Date | ‹ 16 January 2025 › 📅 | Preview interbank rate | +/- 0% ⌄ | ❓ |

OANDA's currency calculator tools use OANDA Rates™, the touchstone FX rates compiled from leading market data contributors.



|  | Bid  Sell 1 CAD | Ask  Buy 1 CAD |
|---|---|---|
| Min | 0.69600 | 0.69609 |
| Avg | 0.69712 | 0.69722 |
| Max | 0.69914 | 0.69923 |

CAD/USD for the 24-hour period ending
**Wednesday, Jan 15, 2025 23:59 UTC**

These values represent the daily average of the Bid and Ask rates OANDA receives from many data sources.

# Live Rates



| Name | Bid | Ask |
|---|---|---|
| EUR/USD | ▲ 1.03**00**[8] | 1.03**02**[4] |
| USD/EUR | ▼ 0.97**06**[5] | 0.97**08**[0] |
| USD/JPY | ▲ 155.**18**[1] | 155.**20**[1] |
| JPY/USD | ▼ 0.00**64**[4] | 0.00**64**[4] |
| XAU/USD | ▼ 2712.**55**[0] | 2713.**63**[0] |
| USD/XAU | ▲ 0.00**03**[7] | 0.00**03**[7] |
| BTC/USD | ▼ 998**94**.[6] | 999**37**.[6] |
| USD/BTC | ▲ 0.00**00**[1] | 0.00**00**[1] |

[View More](#)

# Find other currencies

| | | | | |
|---|---|---|---|---|
| **AED** | Utd. Arab Emir. Dirham | | **AUD** | Australian Dollar |
| **BRL** | Brazilian Real | | **CHF** | Swiss Franc |
| **CNY** | Chinese Yuan Renminbi | | **EUR** | Euro |
| **GBP** | British Pound | | **HKD** | Hong Kong Dollar |
| **INR** | Indian Rupee | | **JPY** | Japanese Yen |
| **MXN** | Mexican Peso | | **MYR** | Malaysian Ringgit |
| **PHP** | Philippine Peso | | **SAR** | Saudi Riyal |
| **SEK** | Swedish Krona | | **SGD** | Singapore Dollar |
| **THB** | Thai Baht | | **USD** | US Dollar |

| ZAR | South African Rand |



# What is OANDA's Currency Converter?

OANDA's Currency Converter allows you to check the latest foreign exchange average bid/ask rates and convert all major world currencies. OANDA Rates™ are foreign exchange rates compiled from leading market data contributors.

# How to use OANDA's Currency Converter

To use OANDA's free currency converter, type into the relevant field currency names, 3-letter ISO currency symbols, or country names to select your currency. You can convert world currencies, precious metals, or obsolete currencies. You can also access currency exchange rates dating back to January 1990.

# Why use OANDA's Currency Converter?



## Credible and accurate

We have direct access to real-time FX rates, so you can be assured that the data we provide is always accurate and reliable.



## Trusted provider

Our rates are trusted and used by major corporations, tax authorities, auditing firms and individuals around the world.



Years of FX Data



We have over 31 years of historical data for over 38,000 forex pairs and rates from over 200
currencies, commodities, and precious metals.

CONVERT ON THE GO

# Download the OANDA Currency Converter app

 

# Frequently asked questions

+ How can I convert my money?

+ Which currencies can I convert with the Currency Converter?

+ What other languages are available for the Currency Converter?

+ What is the interbank rate and should I use it?

+ Why do currency conversion rates differ between companies?

+ What is the best time to exchange my money or to buy or sell currencies?

| EXCHANGE RATES API | CURRENCY CONVERTERS | FX PAYMENTS |
|---|---|---|
| Exchange rates API | Historical currency converter | Corporate |
| Free trial | | Individual |
| Pricing | | |
| Developers | | |
| Accuracy | | |
| Integration matrix | | |

## RESOURCES

API resources

Blog

Frequently asked questions

## OANDA GROUP

About us

Press

News & analysis

Careers






© 2025 OANDA Business Information & Services Inc.