**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| Yield10 Bioscience, Inc., *et al.*,[1] | ) ) ) | Case No. 24-12752 (MFW) |
| Debtors. | ) ) ) ) | Jointly Administered |
|  |  | **Re: D.I. 105, 106, 132 & 133** |

**NOTICE OF FILING OF PLAN SUPPLEMENT
FOR THE AMENDED JOINT CHAPTER 11 PLAN OF LIQUIDATION OF
YIELD10 BIOSCIENCE, INC. AND ITS AFFILIATED DEBTORS**

**PLEASE TAKE NOTICE** that, on August 18, 2025, the Debtors filed the *Amended Chapter 11 Plan of Liquidation* [Docket No. 132] (as amended and may be further amended, the "**Plan**") with the United States Bankruptcy Court for the District of Delaware (the "**Court**").

**PLEASE TAKE FURTHER NOTICE** that, on August 20, 2025, the Court entered the *Order (I) Approving Disclosure Statement; (II) Approving Solicitation and Voting Procedures, Including (A) Fixing The Voting Record Date, (B) Approving The Solicitation Package and Procedure for Distribution, (C) Approving The Form of The Ballot and Solicitation Materials and Establishing Procedure for Voting, and (D) Approving Procedures for Vote Tabulation; (III) Scheduling a Confirmation Hearing and Establishing Notice and Objection Procedures; and (IV) Granting Related Relief* [Docket No. 142] (the "**Disclosure Statement Approval Order**").

**PLEASE TAKE FURTHER NOTICE** that, in accordance with the Disclosure Statement Approval Order and Plan, the Debtors hereby file this plan supplement (the "**Plan Supplement**"), consisting of the following documents, each as may be amended, modified, or supplemented from time to time by the Debtors in accordance with the Plan:

| Exhibit | Plan Supplement Document |
|---|---|
| A | Appointment of Plan Administrator |
| B | List of Rejected Executory Contracts and Unexpired Leases |
| C | Notice of Rejection to Counter-Parties of Executory Contracts and Unexpired Leases and Last Date to File Rejection Damages Claims |

---

[1] The last four digits of the taxpayer identification numbers of the Debtors follow in parentheses: (i) Yield10 Bioscience, Inc. (x8289), (ii) Yield10 Bioscience Securities Corp. (x7435), and (iii) Yield10 Oilseeds Inc. (x9469).

**PLEASE TAKE FURTHER NOTICE** that the documents contained in this Plan Supplement are integral to, and considered part of, the Plan. If the Plan is confirmed, the documents contained in the Plan Supplement will be approved by the Bankruptcy Court pursuant to the order confirming the Plan and the Notice of Rejection will be sent to counter-parties to rejected executory contracts and unexpired leases.

**PLEASE TAKE FURTHER NOTICE** that a hearing (the "**Confirmation Hearing**") to consider the confirmation of the Plan and for such other and further relief as may be just or proper will be held before the Honorable Mary M. Walrath, United States Bankruptcy Judge, at the United States Bankruptcy Court for the District of Delaware, 5th Floor, Courtroom #4, 824 North Market Street, Wilmington, Delaware 19801, on **October 14, 2025 at 11:30 a.m. (E.T.) (prevailing Eastern Time)**. The Confirmation Hearing may be continued from time to time without further notice other than the announcement by the Debtors in open court of the adjourned date at the Confirmation Hearing or any continued hearing or as indicated in any notice filed with the Court on the docket in the Chapter 11 Cases.

Dated: September 17, 2025
       Wilmington, Delaware

Respectfully submitted,

**THE ROSNER LAW GROUP LLC**

*/s/ Frederick B. Rosner*
Frederick B. Rosner (DE # 3995)
Zhao (Ruby) Liu (DE# 6436)
824 N. Market Street, Suite 810
Wilmington, Delaware 19801
Tel.: (302) 777-1111
Email:  rosner@teamrosner.com
          liu@teamrosner.com

*Counsel to the Debtors and Debtors in Possession*