IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Yield10 Bioscience, Inc., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 24-12752 (MFW)<br><br>(Jointly Administered) |

NOTICE OF *AMENDED*[2] AGENDA OF MATTERS SCHEDULED
FOR HEARING ON OCTOBER 14, 2025, AT 11:30 A.M. (ET)

**THIS HEARING WILL BE CONDUCTED BY ZOOM. PARTIES AND WITNESSES ARE PERMITTED, BUT NOT REQUIRED, TO APPEAR IN PERSON. THE COURT HAS NO PREFERENCE.**

**TO ATTEND THE HEARING REMOTELY, PLEASE REGISTER USING THE ECOURT APPEARANCES TOOL ON THE COURT'S WEBSITE AT WWW.DEB.USCOURTS.GOV OR CLICK THE BELOW LINK:
https://ecf.deb.uscourts.gov/cgi-bin/nysbAppearances.pl**

**PARTIES ARE REQUIRED TO REGISTER FOR THE HEARING NO LATER THAN 4:00 P.M. (ET) ONE BUSINESS DAY BEFORE THE HEARING. YOU MUST USE YOUR FULL NAME WHEN LOGGING INTO ZOOM OR YOU WILL NOT BE ALLOWED INTO THE MEETING.**

**AFTER REGISTERING YOUR APPEARANCE, YOU WILL RECEIVE A CONFIRMATION EMAIL. ZOOM INFORMATION WILL BE SENT OUT PRIOR TO THE HEARING.**

I.  UNCONTESTED MATTERS WITH ORDER ENTERED:

1.  Motion to Approve Debtors' Application for an Order, Pursuant to Sections 105(a) and 363 of the Bankruptcy Code, Appointing Edward T. Gavin, CTP, NCPM as an Independent Director of the Debtors [D.I. 158, filed 9/23/25]

    Objection Deadline: October 7, 2025 at 4:00 p.m. (ET)

---

[1] The last four digits of the taxpayer identification numbers of the Debtors follow in parentheses: (i) Yield10 Bioscience, Inc. (x8289), (ii) Yield10 Bioscience Securities Corp. (x7435), and (iii) Yield10 Oilseeds Inc. (x9469).

[2] Amended agenda items appear in **bold**.

1

Response Received: None.

Related Documents:

a. Proposed Order [D.I. 158-2, filed 9/23/25]

b. Certificate of No Objection [D.I. 161; filed 10/8/25]

c. **Order Appointing Ted Gavin of Gavin/Solmonese as Independent Director of the Debtors Nunc Pro Tunc [D.I. 166; entered 10/9/25]**

**Status:** **An order has been entered. Consequently, no hearing is necessary.**

II. **UNCONTESTED MATTER GOING FORWARD**

2. Amended Joint Plan of Liquidation of Yield10 Bioscience, Inc. and Its Affiliate Debtors[D.I. 132-1, filed 8/18/2025]

Objection Deadline: September 24, 2025 at 4:00 p.m. (ET)

Response Received:

i. Informal comments from the United States Trustee, Vision Bioenergy Oilseeds LLC, and Oracle America, Inc.

Related Documents:

a. [Proposed] Findings of Fact, Conclusions of Law, and Order Approving and Confirming The Amended Chapter 11 Plan of Liquidation of Yield10 Bioscience, Inc. and Its Affiliate Debtors [D.I. 164; filed 10/9/25]

b. Joint Chapter 11 Plan of Liquidation for Yield10 Bioscience, Inc. and Its Affiliates [D.I. 105; filed 7/10/25]

c. Notice of Filing of Amended Joint Plan of Liquidation of Yield10 Bioscience, Inc. and Its Affiliate Debtors [D.I. 132; filed 8/18/25]

d. Notice of Filing of Amended Disclosure Statement for The Joint Plan of Liquidation of Yield10 Bioscience, Inc. and Its Affiliate Debtors [D.I. 133; filed 8/18/25]

e. Exhibit B (Liquidation Analysis) to the Amended Disclosure Statement for the Joint Plan of Liquidation of Yield10 Bioscience, Inc. and Its Affiliate Debtors [D.I. 134; filed 8/18/25]

f. Notice of Confirmation Hearing [D.I. 143; filed 8/22/25]

g.  Plan Supplement for The Amended Joint Chapter 11 Plan of Liquidation of Yield10 Bioscience, Inc. and Its Affiliated Debtors [D.I. 153; filed 9/17/25]

h.  Declaration of Zhao Liu of The Rosner Law Group LLC Regarding The Solicitation of Votes and Tabulation of Ballots on The Amended Chapter 11 Plan of Liquidation of Yield10 Bioscience, Inc. and Its Affiliate Debtors [D.I. 160; filed 10/1/25]

i.  Memorandum of Law in Support of Order Granting Final Approval of the Amended Disclosure Statement for the Joint Plan of Liquidation and Confirming Amended Joint Plan of Liquidation of Yield10 Bioscience, Inc. and Its Affiliate Debtors [D.I. 162; filed 10/9/25]

j.  Declaration of Oliver P. Peoples in Support of Confirmation of The Amended Joint Chapter 11 Plan of Liquidation for Yield10 Bioscience, Inc. and Its Affiliates [D.I. 163; filed 10/9/25]

Status: All informal comments received have been resolved. This matter is going forward on an uncontested basis.

Respectfully submitted,

Dated: October 13, 2025
Wilmington, Delaware

THE ROSNER LAW GROUP LLC

/s/ Zhao Liu
Frederick B. Rosner (DE #3995)
Zhao (Ruby) Liu (DE #6436)
824 N. Market Street, Suite 810
Wilmington, Delaware 19801
Telephone: (302) 777-1111
rosner@teamrosner.com
liu@teamrosner.com

*Counsel to Debtors and Debtors in Possession*