# SIGN-IN SHEET

**CASE NAME:** Yield10 Bioscience, Inc.  
**CASE NUMBER:** 24-12752 (MFW)

**COURTROOM NUMBER:** 4  
**DATE:** October 14, 2025 at 11:30 am

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Zhao (Ruby) Liu | The Rosner Law Group LLC | Debtors |
| | | |
| | | |
| | | |
| | | |

Yield10 Bioscience, Inc. 24-12752
October 14, 2025 at 11:30 am

| First Name | Last Name | Firm | Rep | Case Number | Via |
|---|---|---|---|---|---|
| Clara | Geoghegan | Law360 | | 24-12752-MFW | Audio Only |
| Uday | Gorrepati | | | 24-12752-MFW | Audio Only |
| Zhao | Liu | | The Rosner Law Group LLC | 24-12752-MFW | Video and Audio |
| Oliver | Peoples | | Yield10 Bioscience, Inc. | 24-12752-MFW | Video and Audio |
| Megan | Seliber | US Dept. of Justice | United States Trustee | 24-12752-MFW | Video and Audio |
| Vince | Sullivan | Law360 | | 24-12752-MFW | Audio Only |
| Becky | Yerak | Wall Street Journal | News Corp | 24-12752-MFW | Audio Only |
| Ben | Zigterman | Law360 | | 24-12752-MFW | Audio Only |